United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt
for the United States Trustee
Erin.Schmidt2@usdoj.gov

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 24-70089 - SWE |
| High Plains Radio Network, LLC, | § § § | |
| | § § | CHAPTER 11 (Subchapter V) |
| Debtor. | § § | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Scott Seidel**
6505 West Park Blvd., Suite 306
Plano, TX  75093
214-234-2500-main
214-234-2503-direct
scott@scottseidel.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated:     Dallas, Texas
           March 28, 2024

                                        KEVIN M EPSTEIN,
                                        UNITED STATES TRUSTEE
                                        REGION 6


                                        */s/ Erin Marie Schmidt*
                                        Erin Marie Schmidt
                                        Texas State Bar No. 24033042
                                        Office of the United States Trustee
                                        1100 Commerce Street, Room 976
                                        Dallas, TX  75242
                                        214-767-1075
                                        Erin.Schmidt2@usdoj.gov


## Certificate of Service

I certify that on March 28, 2024, a copy of this document was served on each party listed on the attached matrix.

                                        */s/ Erin Marie Schmidt*
                                        Erin Marie Schmidt

United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Asher Bublick
for the United States Trustee
asher.bublick@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-70089-SWE** |
| **High Plains Radio Network, LLC,** | § | |
| | § | |
| | § | **CHAPTER 11** |
| | § | **(Subchapter V)** |
| **Debtor.** | § | |
| | § | |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V Trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $520, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V Trustee in this case pursuant to FRBP 2008.

Dated:  March 28th, 2024.

_____
Scott M. Seidel
**SUBCHAPTER V TRUSTEE**

```
Label Matrix for local noticing        Eastland County Appraisal District      High Plains Radio Network, LLC
0539-7                                  McCreary, Veselka, Bragg & Allen, PC    PO Box 1419
Case 24-70089-swe11                     P.O. Box 1269                           Vernon, TX 76385-1419
Northern District of Texas              c/o Julie Parsons
Wichita Falls                           Round Rock, TX 78680-1269
Thu Mar 28 09:08:44 CDT 2024

The County of Henderson, Texas          The County of Stephens, Texas           1100 Commerce Street
McCreary Veselka Bragg & Allen, P.C.    McCreary, Veselka, Bragg & Allen, P.C.  Room 1254
c/o Julie Anne Parsons                  P.O. Box 1269                           Dallas, TX 75242-1305
P.O. Box 1269                           Round Rock, TX 78680-1269
Round Rock, TX 78680-1269

Eastland County Appraisal District      The County of Henderson, Texas          The County of Stephens, Texas
c/o McCreary, Veselka, Bragg & Allen    c/o McCreary, Veselka, Bragg & Allen    c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269                           P.O. Box 1269                           P.O. Box 1269
Round Rock, TX 78680-1269               Round Rock, TX 78680-1269               Round Rock, TX 78680-1269


United States Trustee                   Jeffery D. Carruth                      End of Label Matrix
1100 Commerce Street                    Weycer Kaplan Pulaski & Zuber, P.C.     Mailable recipients    10
Room 976                                2608 Hibernia, Suite 105                Bypassed recipients     0
Dallas, TX 75242-0996                   Dallas, TX 75204-2514                   Total                  10
```