United States Bankruptcy Court
Northern District of Texas
Dallas Division

High Plains Radio Network LLC   Case No. 24-70089

**TWENTY LARGEST UNSECURED CLAIMS**

| ## | Name | Address1 | Address2 | Address3 | City | State | Zip | Nature of Claim | AccountNo | C-U-D | TOP20total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Vertical Bridge | 750 Park of Commerce Dr #200 | | | Boca Raton | FL | 33487 | Tower Leases | n/a | disputed | 725,000.00 |
| 2 | Hanszen LaPorte | 14201 Memorial Dr | | | Houston | TX | 77079 | Legal Services | 9545.001 | | 125,000.00 |
| 3 | ASCAP | 250 West 57th St | | | New York | NY | 10107 | Royalties | 600033789 | | 105,000.00 |
| 4 | The Fundworks | 299 S. Main St. #1300 | | | Salt Lake City | UT | 84111 | Cash Operating Loans | tbd | | 89,000.00 |
| 5 | United Funding | 1835 E Hollendate Beach Blvd. | | | Hollendale Beach | FL | 33009 | Cash Operating Loans | tbd | | 75,000.00 |
| 6 | Federal Communications Com. | 45 L Street NE | | | Washington | DC | 20554 | FCC Broadcast Fees | n/a | | 68,000.00 |
| 7 | SBA Covid-19 Disater Loan | PO Box 3918 | | | Portland | OR | 97208-3918 | SBA Covid-19 Disater Loan | 8557278005 | | 65,000.00 |
| 8 | American Express | PO Box 6031 | | | Carol Stream | IL | 60197-6031 | Travel & Equipment | 02009 | | 208,655.00 |
| 9 | Litefund Solutions | 99 Wall St #2613 | | | New York | NY | 10005 | Cash Operating Loans | SP 031524 | | 47,000.00 |
| 10 | Global Music Rights | 1801 W Olympic Blvd | | | Pasadena | CA | 91199-2280 | Royalties | 5011-0001653 | | 51,000.00 |
| 11 | Turbo Capital | 2308 N Market St | | | Wilmington | DE | 19802 | Cash Operating Loans | tbd | | 17,500.00 |
| 12 | SESAC | PO Box 5246 | | | New York | NY | 10008-5246 | Royalties | 566565 | | 16,000.00 |
| 13 | Media Facilities | 1740 Dell Range Blvd. #418 | | | Cheyenne | WY | 82009 | Office Leases | various | | 12,500.00 |
| 14 | United First LLC | 2999 NE 191st St | | | Miami | FL | 33180 | Cash Operating Loans | 268211 | | 7,000.00 |
| 15 | ASCAP | 250 West 57th St | | | New York | NY | 10107 | Royalties | 600033789 | | 5,500.00 |
| 16 | BMI | PO Box 630893 | | | Cincinnati | OH | 45263-0893 | Royalties | 1444437 | | 5,500.00 |
| 17 | Zula Com | PO Box 3649 | | | Palestine | TX | 75801 | Tower Leases | various | | 4,650.00 |
| 18 | Liberty Mutual Insurance | 175 Berkeley St | | | Boston | MA | 02116 | Com. Insurance | BAS (24) 64-08-03-07 | | 3,425.00 |
| 19 | Entergy Utility | PO Box 8105 | | | Baton Rouge | LA | 70891-8105 | Electric Utility | various | | 3,200.00 |
| 20 | Verizon Cell Phone | PO Box 660108 | | | Dallas | TX | 75266-0108 | Cell Phone Service | 24210636-1 & 4 & 5 | | 1,900.00 |

https://weycerkaplan-my.sharepoint.com/personal/jcarruth_wkpz_com/Documents/Attachments/[creditor import hprn 002.xlsx]top20