United States Bankruptcy Court
Northern District of Texas
Dallas Division

**High Plains Radio Network LLC**                                    Case No. 24-70089

**VERIFICATION OF CREDITOR MATRIX**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Ailco | W222 N833 Chaney Rd | | Waukesha | WI | 53186 |
| Ailco Equipment Finance Group Inc. | W 222 N 833 Cheaney Road | | Waukesha | WI | 53186 |
| American Express | PO Box 6031 | | Carol Stream | IL | 60197-6031 |
| Amur | 304 W. 3rd St | | Grand Island | NB | 68801 |
| Arrakis Automations | 6604 Powell St | | Loveland | Co | 80537 |
| ASCAP | 250 West 57th St | | New York | NY | 10107 |
| Ascentium | 23970 HWY 59 Nth. | | Kingwood | TX | 77339 |
| Atmos Energy | PO Box 740353 | | Cincinnati | OH | 45274-0353 |
| Balboa | 575 Anton Blvd 12th Flr. | | Costa Mesa | CA | 92626 |
| Black Hills Natural Gas | PO Box 6006 | | Rapid City | SD | 57709 |
| Blue Bridge | 11921 Freedom Dr. | | Reston VA | VA | 20190 |
| Blue Bridge Financial LLC | 11921 Freedom Dr. | Suite 1130 | Reston | VA | 20190 |
| Bluepeak Telephone | 5100 S. Broadband Lane | | Sioux Falls | SD | 57108 |
| BMI | PO Box 630893 | | Cincinnati | OH | 45263-0893 |
| Bryn Mawr Equipment Finance Inc. | 801 Lancaster Avenue | | Bryn Mawr | PA | 19010 |
| CT Corp. Sys. | Attn: SPRS | 330 N Brand Blvd | Glendale | CA | 91203 |
| Channel Partners Capital | 11100 Wayzata Blvd | | Minnetonka | MN | 55305 |
| City of Altus | 509 S Main St | | Altus | OK | 73521 |
| City of Hereford | PO Box 2277 | | Hereford | TX | 79045-2277 |
| City of Plainview | 202 W 5th | | Plainview | TX | 79072 |
| City of Vernon | 1725 Wilbarger St | | Vernon | TX | 76384-4741 |
| Crest Capitol | PO Box 88233 | | Atlanta | GA | 30356 |
| Entergy Utility | PO Box 8105 | | Baton Rouge | LA | 70891-8105 |
| Excel Energy | PO Box 9477 | | Minneapolis | MN | 55484-9477 |
| Federal Communications Com. | 45 L Street NE | | Washington | DC | 20554 |
| Financial Agent Services | PO Box 2576 | | Springfield | IL | 62708 |
| First State Bank Athens | PO Box 471 | | Athens | TX | 75751 |
| Global Music Rights | 1801 W Olympic Blvd | | Pasadena | CA | 91199-2280 |
| Hamni Bank | 5403 Olympic Dr. #200 | | Gig Harbor | WA | 98335 |
| Hanszen LaPorte | 14201 Memorial Dr | | Houston | TX | 77079 |
| Hitachi Capital America Corp. | 7808 Creekridge Circle | Suite 250 | Edina | MN | 55439 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7317 | Philadelphia | PA | 19101-7317 |
| Liberty Mutual Insurance | 175 Berkeley St | | Boston | MA | 02116 |
| Litefund Solutions | 99 Wall St #2613 | | New York | NY | 10005 |
| Marlin - Peak Com. | 300 Fellowship Rd | | Mt. Laurel | NJ | 08054 |
| Marlin Leasing Corp | 300 Fellowship Rd | | Mount Laurel | NJ | 08054 |
| Media Facilities | 1740 Dell Range Blvd. #418 | | Cheyenne | WY | 82009 |
| Meridian | 367 Eagleview Blvd. | | Exton | PA | 19341 |
| Meridian Equipment Finance LLC | 9 Old Lincoln Highway | | Malvern | PA | 19355 |
| Midland States Bank | 1801 Park 270 Drive | Suite 200 | St. Louis | MO | 63146 |
| Mitsubishi HC | 7201 Metro Blvd. Ste 800 | | Edina | MN | 55439 |
| Monte Spearman | PO Box 3649 | | Palestine | TX | 80534 |

United States Bankruptcy Court
Northern District of Texas
Dallas Division

**High Plains Radio Network LLC**  Case No. 24-70089

**VERIFICATION OF CREDITOR MATRIX**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| New Lane Fin. B-M | 801 Landcaster Ave | | Bryn Mawr | PA | 19010 |
| North Arkansas Electric | PO Box 1000 | | Salem | AR | 72576-1000 |
| Optimum Telephone | 1111 Stewart Ave. | | Bethpage | NY | 11714-3581 |
| Pawnee | 3801 Automation Way #207 | | Ft Collins | CO | 80525 |
| SBA Covid-19 Disaster Loan | PO Box 3918 | | Portland | OR | 97208-3918 |
| SecureNet | 101 N Federal HWY Ste 601 | | Boca Raton | FL | 33432 |
| SESAC | PO Box 5246 | | New York | NY | 10008-5246 |
| Summit | 4680 Parkway Dr #300 | | Mason | OH | 45040 |
| Summit Natural Gas | PO Box 676358 | | Dallas | TX | 75267-6357 |
| The Fundworks | 299 S. Main St. #1300 | | Salt Lake City | UT | 84111 |
| Turbo Capital | 2308 N Market St | | Wilmington | DE | 19802 |
| TXU Utility | PO Box 650638 | | Dallas | TX | 75265-0638 |
| U.S. Bank Equipment Finance | 1310 Madrid Street | | Marshall | MN | 56258 |
| U.S. Small Business Administration | 1545 Hawkins Blvd | Suite 202 | El Paso | TX | 79925 |
| United First LLC | 2999 NE 191st St | | Miami | FL | 33180 |
| United Funding | 1835 E Hollandale Beach BLVD | | Hollandale Beach | FL | 33009 |
| Verizon Cell Phone | PO Box 660108 | | Dallas | TX | 75266-0108 |
| Vertical Bridge | 750 Park of Commerce Dr #200 | | Boca Raton | FL | 33487 |
| Zula Com | PO Box 3649 | | Palestine | TX | 75801 |

https://weycerkaplan-my.sharepoint.com/personal/jcarruth_wkpz_com/Documents/Attachments/[creditor import hprn 002.xlsx]verifmatrix001

The above-named Debtor hereby verifies that the creditors list above is true and correct to the best of the knowledge of the Debtor.

Dated:  3/29/2024

Debtor:  **High Plains Radio Network LLC**

By: /s/ Monte Spearman
Manager / President