Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HIGH PLAINS RADIO NETWORK,** | § | **CASE NO. 24-70089-swe11** |
| **LLC,** | § | |
| **DEBTOR.** | § | **EXPEDITED HEARING** |
| | § | **REQUESTED:** |

## EMERGENCY MOTION TO USE CASH COLLATERAL

**TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:**

High Plains Radio Network LLC, the debtor and debtor in possession ("HPRN" or the "Debtor"), file this *Emergency Motion to Use Cash Collateral* (the "Motion to Use Cash Collateral" or the "Motion") and in support thereof would show to the Court the following.

### EMERGENCY / EXPEDITED HEARING REQUESTED

1.      Debtor concurrently has filed a separatee motion seeking emergency and/or expedited consideration of this motion on **April 3, 2024, April 4, 2024, or April 5, 2024.**

### INTRODUCTION

2.      This motion seeks interim authorization to use cash collateral from April 1, 2024 through at least through and until April 25, 2024, with final authorization to occur thereafter, without prejudice to subsequent extensions.

3.      The SBA appears to be the only relevant pre-petition lienholder with respect to cash collateral.  The claims of the SBA is only approximately $65,000.

## JURISDICTION AND VENUE

4.      The Court has jurisdiction over this action pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure and, without limitation. §§ 105, 361 and 363 and 1101 et seq. of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code").

5.      Venue action is proper in this Court pursuant to 28 U.S.C. § 1409.

6.      The Court may try this action to a conclusion and enter final orders under *Stern v. Marshall*, 131 S. Ct. 2594 (U.S. 2011).

## FACTUAL BACKGROUND

**The identity and background of the Debtor and Debtor in Possession.**

7.      HPRN owns and operates a chain of rural AM and FM radio stations in parts of Texas, Oklahoma, and Arkansas.

**The Commencement of the Bankruptcy Cases.**

8.      On March 26, 2024, HPRN commenced the above-captioned Chapter 11 case by filing a voluntary petition.

9.      HPRN commenced this case primarily as a result of ongoing difficulties with various tower leases and challenges in a the rapidly evolving radio industry.

**Factual background in support of the relief requested.**

10.     The Small Business Administration ("SBA" or the "Lender") appears to hold a first lien with respect to the accounts and cash collateral of HPRN by a UCC-1 filed on or about July 16, 2020.  *See* **Exhibit H001** (UCC-1 recap); **Exhibit H002** (Texas SOS UCC-1 list).

11.     The approximate balance of the claim of the SBA is $65,000.

12.     *Although a large number of UCC-1 filings appear in the Texas SOS records as to the Debtor, only the SBA appears to possess a lien on accounts and cash that would require cash collateral attention in this case.*

13.     HPRN requires access to its cash collateral in order to continue work and maintain operations of the stations, to make payroll, and to fund critical needs and operations.

14.     A proposed interim budget for the period of April 1-25, 2024 is attached (the "Budget"). *See* **Exhibit H003**.

15.     HPRN seeks authority to use cash collateral consistent with the Budget and the accompanying proposed Interim Order pending a final hearing and the entry of a Final Order authorizing the use of cash collateral.

## RELIEF REQUESTED

16.     Pursuant to Code §§ 105, 361, and 363 the Debtor respectfully requests an expedited hearing on this Motion and entry of interim and final orders granting authorization on an interim basis to use cash collateral from April 1, 2024 through at least through and until April 25, 2024, with final authorization to occur thereafter, without prejudice to subsequent extensions.

17.     A proposed form of interim cash collateral order is attached hereto and incorporated by reference herein.

## BASIS OF RELIEF

18.     HPRN requires immediate use of its cash in order to maintain operations and preserve the assets of the estate.

19.     The SBA shall be adequately protected in the use of cash collateral by HPRN by the granting of replacement liens against the property of the estate coextensive with the pre-petition lanes of SBA and with the super priority under Code § 361(2) as set forth in the proposed Interim Order.

20.    Considering the lack of other lien holders co-extensive with the SBA, and the relative small amount of the potentially allowed claim of the SBA, HPRN submits that replacement liens on the existing collateral and the continuation of the business of the Debtor to continue to generate accounts receivable, provides more than sufficient adequate protection for the SBA.

## RESERVATION OF RIGHTS

21.    HPRN reserves the right to amend and/or supplement this Motion prior to any hearing, including particularly with respect to the proposed interim budget, **Exhibit H003.**

## PRELIMINARY DESIGNATION OF WITNESSES AND EXHIBITS

22.    HPRN designates the following as potential exhibits for any hearing on this Motion: (1) the exhibits attached to this Motion; (2) the exhibits attached to any other pleading filed in this case by HPRN; (3) any other exhibits designated by HPRN as to any other matter; (4) any exhibits designated by any other party.

23.    HPRN designates the following as potential witnesses for any hearing on this Motion.  (1) Monte Spearman; (2) any other witnesses designated by any other party.

## NOTICE

24.    HPRN through the undersigned counsel has provided notice of this Motion to Use Cash Collateral and the related request for an expedited hearing to the parties entitled to notice under the Federal Rules of Bankruptcy Procedure and the applicable Local Rules.  Notice by email or other expedited means will be provided and/or have been provided to the extent contact information is available.

25.    As indicated below, a Certificate of Service separate from this Motion to Use Cash Collateral will be filed.

## CONCLUSION AND PRAYER

WHEREFORE, High Plains Radio Network LLC, Debtor and Debtor in Possession, respectfully requests that an expedited hearing be held on this Motion and that the Court immediately grant the Debtor's interim use of cash collateral according to the budget, **Exhibit H003** for the period of April 1, 2024 through and until April 25, 2024, with final authorization to occur thereafter, without prejudice to subsequent extensions. The Debtor further requests such other and further relief to which the Debtor is entitled at law or in equity.

Dated:  April 1, 2024                    Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:___*/s/ Jeff Carruth*_____
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, TX 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5595
    E-mail:  jcarruth@wkpz.com


    PROPOSED ATTORNEYS FOR
    HIGH PLAINS RADIO NETWORK, LLC
    DEBTOR AND DEBTOR IN POSSESSION


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on April 1, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix).

**COPIES OF THE EXHIBITS WERE NOT SERVED BY REGULAR MAIL.  PLEASE CONTACT THE UNDERSIGNED IF YOU WISH TO RECEIVE THE EXHIBITS.**

        */s/Jeff Carruth*_____
            Jeff Carruth

<u>**ECF SERVICE LIST**</u>

**24-70089-swe11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor High Plains Radio Network, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Paul H. Cross on behalf of Creditor Hanmi Bank
phclease@msn.com

Julie Anne Parsons on behalf of Creditor Eastland County Appraisal District
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Henderson, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Stephens, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Scott M. Seidel -SBRA V
scott@scottseidel.com, csms11@trustesolutions.net;susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

**REGULAR MAIL LIST**

United States Bankruptcy Court
Northern District of Texas
Dallas Division

**High Plains Radio Network LLC**                              Case  No. 24-70089

VERIFICATION OF CREDITOR MATRIX

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Alco | W222 N833 Chaney Rd | | Waukesha | WI | 53186 |
| Alco Equipment Finance Group Inc. | W 222 N 833 Cheaney Road | | Waukesha | WI | 53186 |
| American Express | PO Box 6031 | | Carol Stream | IL | 60197-6031 |
| Amur | 304 W. 3rd St | | Grand Island | NB | 68801 |
| Arrakis Automations | 6604 Powell St | | Loveland | Co | 80537 |
| ASCAP | 250 West 57th St | | New York | NY | 10107 |
| Ascentium | 23970 HWY 59 Nth. | | Kingwood | TX | 77339 |
| Atmos Energy | PO Box 740353 | | Cincinnati | OH | 45274-0353 |
| Balboa | 575 Anton Blvd 12th Flr. | | Costa Mesa | CA | 92626 |
| Black Hills Natural Gas | PO Box 6006 | | Rapid City | SD | 57709 |
| Blue Bridge | 11921 Freedom Dr. | | Reston VA | VA | 20190 |
| Blue Bridge Financial LLC | 11921 Freedom Dr. | Suite 1130 | Reston | VA | 20190 |
| Bluepeak Telephone | 5100 S. Broadband Lane | | Sioux Falls | SD | 57104 |
| BMI | PO Box 630893 | | Cincinnati | OH | 45263-0893 |
| Bryn Mawr Equipment Finance Inc. | 801 Lancaster Avenue | | Bryn Mawr | PA | 19010 |
| CT Corp. Sys. | Attn:  SPRS | 330 N Brand Blvd | Glendale | CA | 91203 |
| Channel Partners Capital | 11100 Wayzata Blvd | | Minnetonka | MN | 55305 |
| City of Altus | 509 S Main St | | Altus | OK | 73521 |
| City of Hereford | PO Box 2277 | | Hereford | TX | 79045-2277 |
| City of Plainview | 202 W 5th | | Plainview | TX | 79072 |
| City of Vernon | 1725 Wilbarger St | | Vernon | TX | 76384-4741 |
| Crest Capitol | PO Box 88233 | | Atlanta | GA | 30356 |
| Entergy Utility | PO Box 8105 | | Baton Rouge | LA | 70891-8105 |
| Excel Energy | PO Box 9477 | | Minneapolis | MN | 55484-9477 |
| Federal Communications Com. | 45 L Street NE | | Washington | DC | 20554 |
| Financial Agent Services | PO Box 2576 | | Springfield | IL | 62708 |
| First State Bank Athens | PO Box 471 | | Athens | TX | 75751 |
| Global Music Rights | 1801 W Olympic Blvd | | Pasadena | CA | 91199-2280 |
| Hanmi Bank | 5403 Olympic Dr. #200 | | Gig Harbor | WA | 98335 |
| Hansten LaPorte | 14201 Memorial Dr | | Houston | TX | 77079 |
| Hitachi Capital America Corp. | 7808 Creekridge Circle | Suite 250 | Edina | MN | 55439 |
| Internal Revenue Service | Centralized Insolency Operation | PO Box 7317 | Philadelphia | PA | 19101-7317 |
| Liberty Mutual Insurance | 175 Berkeley St | | Boston | MA | 02116 |
| Litefund Solutions | 99 Wall St #2613 | | New York | NY | 10005 |
| Marlin - Peak Com. | 300 Fellowship Rd | | Mt. Laurel | NJ | 08054 |
| Marlin Leasing Corp | 300 Fellowship Rd | | Mount Laurel | NJ | 08054 |
| Media Facilities | 1740 Dell Range Blvd. #418 | | Cheyenne | WY | 82009 |
| Meridian | 367 Eagleview Blvd. | | Exton | PA | 19341 |
| Meridian Equipment Finance LLC | 9 Old Lincoln Highway | | Malvern | PA | 19355 |
| Midland States Bank | 1801 Park 270 Drive | Suite 200 | St. Louis | MO | 63146 |
| Mitsubishi HC | 7201 Metro Blvd. Ste 800 | | Edina | MN | 55439 |
| Monte Spearman | PO Box 3649 | | Palestine | TX | 80534 |

3/29/2024, 9:21 PM                                      Page 1 of 2                          creditor import hprn 002.xlsx, verifmatrix001

motion cash collateral 4888-6557-7651 v.1.docx[2] 4860-1882-5395, v. 1

United States Bankruptcy Court
Northern District of Texas
Dallas Division

**High Plains Radio Network LLC**                                    Case No. 24-70089

VERIFICATION OF CREDITOR MATRIX

| Name | Address1 | Address2 | City | State | Zip |
|------|----------|----------|------|-------|-----|
| New Lane Fin. B-M | 801 Landcaster Ave | | Bryn Mawr | PA | 19010 |
| North Arkansas Electric | PO Box 1000 | | Salem | AR | 72576-1000 |
| Optimum Telephone | 1111 Stewart Ave. | | Bethpage | NY | 11714-3581 |
| Pawnee | 3801 Automation Way #207 | | Ft Collins | CO | 80525 |
| SBA Covid-19 Disaster Loan | PO Box 3918 | | Portland | OR | 97208-3918 |
| SecureNet | 101 N Federal HWY Ste 601 | | Boca Raton | FL | 33432 |
| SESAC | PO Box 5246 | | New York | NY | 10008-5246 |
| Summit | 4680 Parkway Dr #300 | | Mason | OH | 45040 |
| Summit Natural Gas | PO Box 676358 | | Dallas | TX | 75267-6357 |
| The Fundworks | 299 S. Main St. #1300 | | Salt Lake City | UT | 84111 |
| Turbo Capital | 2308 N Market St | | Wilmington | DE | 19802 |
| TXU Utility | PO Box 650638 | | Dallas | TX | 75265-0638 |
| U.S. Bank Equipment Finance | 1310 Madrid Street | | Marshall | MN | 56258 |
| U.S. Small Business Administration | 1545 Hawkins Blvd | Suite 202 | El Paso | TX | 79925 |
| United First LLC | 2999 NE 191st St | | Miami | FL | 33180 |
| United Funding | 1835 E Hollandale Beach BLVD | | Hollandale Beach | FL | 33009 |
| Verizon Cell Phone | PO Box 660108 | | Dallas | TX | 75266-0108 |
| Vertical Bridge | 750 Park of Commerce Dr #200 | | Boca Raton | FL | 33487 |
| Zula Com | PO Box 3649 | | Palestine | TX | 75801 |
| https://weyerkaplan-my.sharepoint.com/personal/jcarruth_wkpz_com/Documents/Attachments/[creditor import hprn 002.xlsx]verifmatrix001 | | | | | |

**The above-named Debtor hereby verifies that the creditors list above is true and correct to the best of the knowledge of the Debtor.**

Dated:            3/29/2024

Debtor:            **High Plains Radio Network LLC**

            By: /s/  Monte Spearman
            Manager / President

motion cash collateral 4888-6557-7651 v.1.docx[2] 4860-1882-5395, v. 1

**<u>PROPOSED INTERIM ORDER</u>**

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**NOTHERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

</div>

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HIGH PLAINS RADIO NETWORK** | § | **CASE NO. 22-51323-MMP** |
| **LLC,** | § | |
| | § | **Chapter 11** |
| **DEBTOR.** | § | |

**INTERIM ORDER GRANTING EMERGENCY MOTION TO USE CASH COLLATERAL (RE: DOCKET NO. 11)**

On this day came on for consideration the *Emergency Motion to Use Cash Collateral* (Docket No. 11) (the "Motion to Use Cash Collateral" or the "Motion") filed herein on April 1, 2024 by High Plains Radio Network LLC, debtor and debtor in possession ("HPRN" or the "Debtor").

The Court finds that HPRN provided due and appropriate notice of the Motion, the relief requested therein, and the emergency hearing (the "Notice") has been served by the Debtor on (i) the Office of the United States Trustee for the Northern District of Texas, (ii) the parties listed in the matrix filed in this case, (iii) any persons possessing a security interest in the assets of the Debtor and any person possessing a security interest in the cash collateral of the Debtor; (iv) certain other parties identified in the certificate of service filed with the Court (collectively, the "Noticed Parties").

Upon the record established at the hearing, the Court is of the opinion that the following Order should be entered.

THE COURT HEREBY MAKES THE FOLLOWING FINDINGS OF FACTS AND CONCLUSIONS OF LAW:

A.      On March 26, 2024 (the "Petition Date"), the Debtor filed its voluntary petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code"). The Debtor continues to manage its assets as a debtor in possession pursuant to Code §§ 1107 and 1108.

B.      The Court has jurisdiction over this proceeding and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334. The Motion is a core proceeding as defined in 28 U.S.C. § 157(b). Venue of the Chapter 11 Case and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      Under the circumstances, the Notice given by the Debtor of the Motion and the interim hearing constitutes due and sufficient notice thereof and complies with Bankruptcy Rule 4001(c).

D.      Debtor's primary creditor with respect to cash collateral is **the Small Business Administration** (the "SBA" or the "Lender").

E.      The Lender likely asserts an interest in, inter alia, the accounts, equipment, and inventory of the Debtor.

F.      Sufficient cause exists for immediate entry of this order pursuant to Bankruptcy Rules 4001(c)(2). The Debtor requires immediate access to and use of the Cash Collateral in order to continue normal business operations.

G.      No party appearing in this Chapter 11 Case has filed or made an objection to the relief sought in the Motion and the entry of this order on an interim basis, or any objections that were made are hereby overruled, or have been resolved by agreement.

Based upon the foregoing, and after due consideration and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1.      The Motion is granted on an interim basis pursuant to Bankruptcy Rule 4001(c)(2).

2.      The cash and revenue generated by the Debtor post-petition are available for use by the Debtor as provided in this Order.

3.      Pending a final hearing as set forth below, the Debtor is authorized to use Cash Collateral under the terms of the budget, attached hereto as **Exhibit H003** (the "Budget"). The expenses of the Debtor shall not exceed 25% per line item category, absent the written consent of the Lender, which consent shall not be unreasonably withheld.

4.      This interim authorization will expire on the earlier of (i) the conclusion of a final hearing on the Motion, (ii) further order of this Court, or (iii) on [date].

5.      This order does not authorize the Debtor to pay any prepetition obligations without further order of this Court.

6.      During the period governed by this interim order, the Debtor must maintain an accounting of all funds and the Debtor shall segregate, remit, and deposit all of the Cash Collateral consistent with the Debtor's past and ordinary practices.

7.      Nothing contained in this Order limits the expenditure of any cash in the possession of the Debtor that is not Cash Collateral.

8.      As adequate protection for any diminution in the value of the Lender's interest in the Lender's collateral caused by the Debtor's use of Cash Collateral, the Lender is hereby granted valid, perfected, and enforceable replacement security interests in and liens upon the collateral referenced and described in the prepetition UCC-1 financing statement filed by the Lender with the Texas Secretary of State, only to the same extent and according to the same priority as the Lender's pre-petition lien position, and only to the extent of (*x*) the use of any Cash Collateral in which the Lender has an interest in excess of the Budget and (*y*) any actual diminution in the value of the Debtor's interest(s) in the Debtor's property resulting from the use of Cash Collateral (the "Post-petition Collateral"). The security interests and liens granted to the Lender shall at all times be senior to the rights of the Debtor and any successor trustees in these or any subsequent proceedings under the Code to the extent that the Lender's prepetition security interests and liens are senior to the rights of the Debtor. The security interests and liens herein granted (i) are and shall be in addition to all security interests, liens, mortgages, and rights to set off existing in favor of the Lender, on the Petition Date; (ii) in the same priority as the prepetition liens in favor of the Lender to the extent that prepetition liens and security interests are valid, perfected, enforceable, and non-avoidable; (iii) are and shall be valid, perfected, enforceable, and effective as of the Petition Date without any further action by the Debtor or the Lender and without the execution, filing, or recordation of any financing statements, security agreements, or other documents, and (iv) shall secure payment of principal as well as any interest, costs, or other charges to which the Lender may be entitled post-petition, but only to the extent that these items represent a diminution in value of the Lender's interest in its collateral.

9.      To the extent of any inadequacy of the Post-petition Collateral with respect to the maintenance of position of the Lender, then, as further adequate protection, the Lender shall also be entitled to assert an administrative expense claim under Code §§ 361(3) and 503(b)(1).

10.      This interim order shall be sufficient and conclusive evidence of the priority, perfection, and validity of the liens granted herein, effective as of the date and time of entry of this order, without any further act and without regard to any other federal, state, or local requirements or law requiring notice, filing, registration, recording, or possession of the collateral or other act to validate or perfect such security interest or lien. If the Lender hereafter requests that the Debtor execute and deliver to the Lender financing statements, instruments, or documents considered by the Lender to be necessary or desirable to further evidence the perfection of the replacement liens and security interests granted in this order, the Debtor is

authorized and directed to execute and deliver those financing statements, instruments, or documents. Nothing in this Order shall in any way restrict the scope of the Lender's pre-petition liens, security interests, rights of set-off, or claims with respect to its collateral, and all liens, security interests, and mortgages on the Lender's collateral shall extend to the fullest extent permitted by Code § 552(b).

11.     The replacement liens granted to the Lender herein exclude and shall not encumber any Code Chapter 5 avoidance claims of the Debtor and/or of the estate.

12.     The liens on the Lender's Post-petition Collateral are subordinated to fees payable to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6).

13.     The terms of this Order shall in no way prejudice any (i) subsequent trustee, (ii) statutory committee or (iii) any party in interest that would otherwise have standing, to contest the pre-petition interests of the Lender in the Debtor's property and the amounts of the Debtor's indebtedness to the Lender.

14.     The final hearing on the Motion pursuant to Bankruptcy Rule 4001(c)(2) is scheduled for _____, 2023 prevailing Central time (the "Hearing Date") before this Court. The Debtor shall promptly mail copies of this order to the Noticed Parties. Any party in interest objecting to the relief sought at the final hearing shall serve and file written objections, which objections shall be served upon (a) counsel for Debtor – Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C., and (b) counsel to the Lenders as shown below,

SBA address                              *Counsel for SBA (contact information to be supplied)*

and (c) the Office of the U.S. Trustee for the Northern District of Texas, and (d) the SubChapter V Trustee, and shall be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Texas, in each case to allow actual receipt of the foregoing no later than _____, 2023, at 5:00 p.m., prevailing Central time on the business day immediately prior to the Hearing Date.

**####END OF ORDER####**

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

**EXHIBIT _____**

[add budget to order]

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | EXHIBIT H001 | | | | |
| 2 | Preliminary collateral / cash collateral analysis - NO ADMISSION OF LIABILITY | | | | |
| 3 | File Date | UCC File ## | Secured Party | Short Description of Collateral | Potential Interest in Accounts or Cash Collateral |
| 4 | 11/20/2019 | 19-0043956542  21-00201202 | Midland States Bank | Particular equipment (lease/finance) | No |
| 5 | 11/25/2019 | 19-0044608678 | US Bank Equipment Finance | Particular equipment (lease/finance) | No |
| 6 | 12/3/2019 | 19-0045700985 | Bryn Mawr Equipment Finance Inc. | Particular equipment (lease/finance) | No |
| 7 | 6/1/2020 | 20-0021729184 | First State Bank Athens | Assignment of a note receivables. | No |
| 8 | 7/16/2020 | 20-0036016290 | SBA | Blanket lien - full description | Yes (note 1) |
| 9 | 8/25/2020 | 20-0044757968 | CT Corp. Sys. (as rep) | Particular equipment (lease/finance) | No |
| 10 | 8/31/2020 | 20-0045702555 | Hitachi Capital America Corp. | Particular equipment (lease/finance) | No |
| 11 | 11/10/2021 | 21-0050185870 | US Bank Equipment Finance | Particular equipment (lease/finance) | No |
| 12 | 11/24/2021 | 21-0052429500 | CT Corp. Sys. (as rep) | Particular equipment (lease/finance) | No |
| 13 | 11/29/2021 | 21-0053543376 | CT Corp. Sys. (as rep) | Particular equipment (lease/finance) | No |
| 14 | 12/1/2021 | 21-0053337519 | Corp. Serv. Co. (as rep) | Particular equipment (lease/finance) | No |
| 15 | 12/28/2021 | 21-0058331679 | Blue Ridge Financial | Particular equipment (lease/finance) | No |
| 16 | 2/24/2022 | 22-0009168432 | Meridian Equipment Finance LLC | Particular equipment (lease/finance) | No |
| 17 | 2/27/2022 | 22-0010082055 | Corp. Serv. Co. (as rep) | Particular equipment (lease/finance) | No |
| 18 | 3/9/2022 | 22-0011706382 | Ailco Equipment Fin. Group Inc. | Particular equipment (lease/finance) | No |
| 19 | 3/16/2022 | 22-0013152440 | Corp. Serv. Co. (as rep) | Particular equipment (lease/finance) | No |
| 20 | 3/22/2022 | 22-0014189754 | Marlin Leasing Corp. | Particular equipment (lease/finance) | No |
| 21 | 9/8/2022 | 22-0044368019 | Corp. Serv. Co. (as rep) | Particular equipment (lease/finance) | No |
| 22 | 5/10/2023 | 23-0020445070  24-00215084 | Channel Partners Capital | "All assets of the Debtor." | Yes, but terminated (note 2) |
| 23 | 1/24/2024 | 24-0003254767 | Zula Com LLC | All assets - complete description. | Yes (insider / related) |
| 24 | | | | | |
| 25 | Note 1:  Balance is only approximately $65,000. | | | | |
| 26 | Note 2:  The UCC-1 list from the Texas SOS includes the Channel Partners UCC-1 but does not list the termination; hence the listing here even tough this UCC-1 is terminated and other terminated and/or lapsed UCC-1s were omitted from this list. | | | | |
| 27 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[exh h001 - ucc1 recap 4869-5120-5299 v.1.xlsx]ucc1recap01 | | | | |

**TEXAS SECRETARY of STATE**
**JANE NELSON**

<div style="border:1px solid red">**EXHIBIT H002**</div>

**Debtor Name Search**

This debtor name search was performed on 03/05/2024 02:49 PM with the following search parameters:
**DEBTOR NAME:** HIGH PLAINS RADIO NETWORK
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **18-0038630584** | **Financing Statement** | **11/01/2018 10:42 AM** | 1 | **11/01/2023** |
| ☐ | | 19-00112445 | Termination | 03/29/2019 08:32 AM | 1 | n/a |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 3218 QUINCY ST PLAINVIEW, TX, 79072 |
|---|---|---|
| Secured Party | FINANCIAL AGENT SERVICES | P.O. BOX 2576 SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **19-0003855728** | **Financing Statement** | **02/01/2019 09:30 AM** | 1 | **02/05/2024** |

| Debtor | HIGH PLAINS RADIO NETWORK LLC | 3218 QUINCEY PLAINVIEW, TX, 79072 |
|---|---|---|
| Debtor | MONTE LEE SPEARMAN | 3218 QUINCEY PLAINVIEW, TX, 79072 |
| Secured Party | FIRST STATE BANK | P O BOX 471 ATHENS, TX, 75751 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **19-0007245725** | **Financing Statement** | **02/28/2019 02:27 PM** | 1 | **02/29/2024** |

| Debtor | HIGH PLAINS RADIO NETWORK LLC | 3218 QUINCEY PLAINVIEW, TX, 79072 |
|---|---|---|
| Debtor | MONTE LEE SPEARMAN | 3218 QUINCEY PLAINVIEW, TX, 79072 |
| Secured Party | FIRTS STATE BANK, ATHENS | P O BOX 471 ATHENS, TX, 75751 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **19-0032986715** | **Financing Statement** | **08/29/2019 09:19 AM** | 1 | **08/29/2024** |
| ☐ | | 20-00107566 | Termination | 03/19/2020 10:46 AM | 1 | n/a |

| Debtor | HIGH PLAINS RADIO NETWORK LLC | 3218 QUINCY ST PLAINVIEW, TX, 79072 |
|---|---|---|
| Secured Party | FINANCIAL AGENT SERVICES | P.O. BOX 2576 SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **19-0043956542** | **Financing Statement** | **11/20/2019 03:47 PM** | 1 | **11/20/2024** |
| ☐ | | 21-00201202 | Assignment | 05/14/2021 05:00 PM | 1 | n/a |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 3218 QUINCY STREET PLAINVIEW, TX, 79073-1906 |
|---|---|---|
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700; ATTN: SPRS |

**EXHIBIT H002 - PAGE 1**

GLENDALE, CA, 91203

| | | |
|---|---|---|
| Secured Party | MIDLAND STATES BANK | 1801 PARK 270 DRIVE, SUITE 200<br>ST. LOUIS, MO, 63146 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🖋 | **19-0044608678** | **Financing Statement** | **11/25/2019 07:02 PM** | 1 | 11/25/2024 |

| | | |
|---|---|---|
| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 3218 QUINCY ST<br>PLAINVIEW, TX, 79072-1906 |
| Secured Party | U.S. BANK EQUIPMENT FINANCE | 1310 MADRID STREET<br>MARSHALL, MN, 56258 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🖋 | **19-0045700985** | **Financing Statement** | **12/03/2019 05:00 PM** | 3 | 12/03/2024 |

| | | |
|---|---|---|
| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 3218 QUINCY STREET<br>PLAINVIEW, TX, 79072 |
| Secured Party | BRYN MAWR EQUIPMENT FINANCE, INC. | 801 LANCASTER AVENUE<br>BRYN MAWR, PA, 19010 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🖋 | **20-0010752522** | **Financing Statement** | **03/19/2020 10:26 AM** | 1 | 03/19/2025 |
| ☐ | 🖋 | 21-00531746 | ==Termination== | 12/01/2021 10:33 AM | 1 | n/a |

| | | |
|---|---|---|
| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 3218 QUINCY ST<br>PLAINVIEW, TX, 79072 |
| Secured Party | FINANCIAL AGENT SERVICES | P.O. BOX 2576<br>SPRINGFIELD, IL, 62708 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🖋 | **20-0021729184** | **Financing Statement** | **06/01/2020 01:52 PM** | 1 | 06/02/2025 |

| | | |
|---|---|---|
| Debtor | HIGH PLAINS RADIO NETWORK LLC | PO BOX 1478<br>PLAINVIEW, TX, 79073-1478 |
| Secured Party | FIRST STATE BANK | PO BOX 471<br>ATHENS, TX, 75751 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🖋 | **20-0036016290** | **Financing Statement** | **07/16/2020 07:29 PM** | 1 | 07/16/2025 |

| | | |
|---|---|---|
| Debtor | HIGH PLAINS RADIO NETWORK, LLC | 3218 QUINCY STREET<br>PLAINVIEW, TX, 79072 |
| Secured Party | U.S. SMALL BUSINESS ADMINISTRATION | 1545 HAWKINS BLVD, SUITE 202<br>EL PASO, TX, 79925 |

---

Records 1 to 10 of 26 scroll    [ Next >> ]    OR    proceed to page [_____] of 4 pages [ GO ]

Select All Filings: ☐

[ Order Selected Filings ]  [ Order Certificate ]  [ New Search ]

---

Instructions:
- 🔴 Press 'New Search' if you wish to perform another web inquiry.

**EXHIBIT H002 - PAGE 2**

- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.

# TEXAS SECRETARY of STATE
# JANE NELSON

**Debtor Name Search**

This debtor name search was performed on 03/05/2024 02:49 PM with the following search parameters:
**DEBTOR NAME:** HIGH PLAINS RADIO NETWORK
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ⚖ | 20-0044757968 | Financing Statement | 08/25/2020 08:36 AM | 1 | 08/25/2025 |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | PO BOX 1478 PLAINVIEW, TX, 79073 |
|---|---|---|
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700, ATTN: SPRS GLENDALE, CA, 91203 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ⚖ | 20-0045702555 | Financing Statement | 08/31/2020 11:42 AM | 1 | 09/02/2025 |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 2651 CO RD 191 LITTLEFIELD, TX, 79339 |
|---|---|---|
| Secured Party | HITACHI CAPITAL AMERICA CORP. | 7808 CREEKRIDGE CIRCLE, STE 250 EDINA, MN, 55439 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ⚖ | 21-0050185870 | Financing Statement | 11/10/2021 07:02 PM | 1 | 11/11/2026 |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 3218 QUINCY ST PLAINVIEW, TX, 79072-1906 |
|---|---|---|
| Secured Party | U.S. BANK EQUIPMENT FINANCE | 1310 MADRID STREET MARSHALL, MN, 56258 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ⚖ | 21-0052429500 | Financing Statement | 11/24/2021 02:57 PM | 1 | 11/24/2026 |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 2300 COUNTRY RD 40 PLAINVIEW, TX, 79072 |
|---|---|---|
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700, ATTN: SPRS GLENDALE, CA, 91203 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ⚖ | 21-0053543376 | Financing Statement | 11/29/2021 05:00 PM | 2 | 11/29/2026 |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 725 FM 2013 FRIONA, TX, 79035 |
|---|---|---|
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700; ATTN: SPRS GLENDALE, CA, 91203 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ⚖ | 21-0053337519 | Financing Statement | 12/01/2021 03:15 PM | 1 | 12/01/2026 |

**EXHIBIT H002 - PAGE 4**

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | PO BOX 1478 PLAINVIEW, TX, 79073-1478 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576 UCCSPREP@CSCINFO.COM SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🔻 | 21-0058331679 | Financing Statement | 12/28/2021 05:00 PM | 2 | 12/28/2026 |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 2300 COUNTRY ROAD 40 PLAINVIEW, TX, 79072 |
| Secured Party | BLUE BRIDGE FINANCIAL, LLC | 11921 FREEDOM DR. SUITE 1130 RESTON, VA, 20190 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🔻 | 22-0009168432 | Financing Statement | 02/24/2022 06:39 AM | 1 | 02/24/2027 |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | PO BOX 1478 PLAINVIEW, TX, 79073 |
| Secured Party | MERIDIAN EQUIPMENT FINANCE LLC | 9 OLD LINCOLN HIGHWAY MALVERN, PA, 19355 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🔻 | 22-0010082055 | Financing Statement | 02/27/2022 09:39 PM | 2 | 03/01/2027 |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | PO BOX 1478 PLAINVIEW, TX, 79073 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576 UCCSPREP@CSCINFO.COM SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🔻 | 22-0011706382 | Financing Statement | 03/09/2022 08:30 AM | 1 | 03/09/2027 |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 808 MAIN STREET ALTUS, OK, 73522 |
| Secured Party | AILCO EQUIPMENT FINANCE GROUP, INC. | W222N833 CHEANEY ROAD WAUKESHA, WI, 53186 |

Records 11 to 20 of 26 scroll  [ << Previous ]  [ Next >> ]  OR  proceed to page  [          ]  of 4 pages  [ GO ]

Select All Filings: ☐

[ Order Selected Filings ]  [ Order Certificate ]  [ New Search ]

---

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for

the results of this web inquiry.

🔴 To view a particular filing document, click on the image under 'View' for the desired document.

# TEXAS SECRETARY of STATE
# JANE NELSON

**Debtor Name Search**

This debtor name search was performed on 03/05/2024 02:49 PM with the following search parameters:
**DEBTOR NAME:**  HIGH PLAINS RADIO NETWORK
**CITY:**  [Not Specified]

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | 📄 | **22-0013152440** | **Financing Statement** | **03/16/2022 09:59 AM** | 1 | **03/16/2027** |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | PO BOX 1478 PLAINVIEW, TX, 79073 |
|--------|------|------|
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576 UCCSPREP@CSCINFO.COM SPRINGFIELD, IL, 62708 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | 📄 | **22-0014189754** | **Financing Statement** | **03/22/2022 05:00 PM** | 2 | **03/22/2027** |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 207 WEST GRAND AVENUE FREDERICK, OK, 73542 |
|--------|------|------|
| Secured Party | MARLIN LEASING CORP | 300 FELLOWSHIP RD MOUNT LAUREL, NJ, 08054 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | 📄 | **22-0044368019** | **Financing Statement** | **09/08/2022 10:47 AM** | 1 | **09/08/2027** |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | PO BOX 1478 PLAINVIEW, TX, 79073 |
|--------|------|------|
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576 UCCSPREP@CSCINFO.COM SPRINGFIELD, IL, 62708 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | 📄 | **23-0020445070** | **Financing Statement** | **05/10/2023 08:30 AM** | 1 | **05/10/2028** |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 3218 QUINCY ST PLAINVIEW, TX, 79072 |
|--------|------|------|
| Secured Party | CHANNEL PARTNERS CAPITAL | 11100 WAYZATA BLVD MINNETONKA, MN, 55305 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | 📄 | **24-0003254767** | **Financing Statement** | **01/24/2024 02:57 PM** | 2 | **01/23/2029** |

| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | 3218 QUINCY PLAINVIEW, TX, 79072 |
|--------|------|------|
| Debtor | ZULA COM, LLC | 205 SOUTH 25 MILE AVENUE HEREFORD, TX, 79045 |
| Debtor | SPEARMAN LAND AND DEVELOPMENT LLC | PO BOX 1478 PLAINVIEW, TX, 79073 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576 UCCSPREP@CSCINFO.COM SPRINGFIELD, IL, 62708 |

---

**EXHIBIT H002 - PAGE 7**

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 24-0012016773 | **Financing Statement** | 02/14/2024 05:08 PM | 5 | 02/13/2029 |

| | | | |
|---|---|---|---|
| Debtor | HIGH PLAINS RADIO NETWORK, LLC | 3218 QUINCY ST PO BOX 1478<br>PLAINVIEW, TX, 79073 | |
| Debtor | PROFIT PROGRAMMING OF NORTHERN TEXAS, LLC | PO BOX 1928<br>LYONS,, CO, 80540 | |
| Debtor | PROFIT PROGRAMMING, LLC | P.O. BOX 2690<br>ESTES PARK, CO, 80517 | |
| Debtor | HIGH PLAINS RADIO NETWORK, L.L.C. | PO BOX 1478<br>PLAINVIEW, TX, 79073 | |
| Debtor | SPEARMAN LAND AND DEVELOPMENT LLC | PO BOX 1478<br>PLAINVIEW, TX, 79073 | |
| Debtor | MK, INC. | P.O. BOX 2690<br>ESTES PARK, CO, 80517 | |
| Debtor | SPEARMAN PROPERTIES, LLC | P.O. BOX 2690<br>ESTES PARK, CO, 80517 | |
| Debtor | SPEARMAN COMPANY | P.O. BOX 2690<br>ESTES PARK, CO, 80517 | |
| Debtor | ZULA COM, LLC | PO BOX 1655<br>HEREFORD, TX, 79045 | |
| Debtor | HIGH PLAINS RADIO NETWORK LLC | 223 RUSSELL ST<br>MOUNTAIN HOME, AR, 72653 | |
| Debtor | SPEARMAN LIVESTOCK, LLC, | P.O. BOX 2690<br>ESTES PARK, CO, 80517 | |
| Debtor | PROFIT PROGRAMMING MRB, LLC | P.O. BOX 2690<br>ESTES PARK,, CO, 80517 | |
| Debtor | PROFIT PROGRAMMING OF NORTHERN NEVADA, LLC | P.O. BOX 2690<br>ESTES PARK, CO, 80517 | |
| Debtor | PROFIT PROGRAMMING OF FARGO, LLC | P.O. BOX 2690<br>ESTES PARK, CO, 80517 | |
| Debtor | HIGH PLAINS RADIO NETWORK LLC | 808 N. MAIN<br>ST., ALTUS, OK, 73521 | |
| Debtor | HIGH PLAINS RADIO NETWORK LLC | 223 RUSSELL ST<br>MOUNTAIN HOME, AR, 72653 | |
| Debtor | MONTE LEE SPEARMAN | 4837 SILVERWOOD DRIVE<br>JOHNSTOWN, CO, 80534 | |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700;<br>ATTN: SPRS<br>GLENDALE, CA, 91203 | |

---

Records 21 to 26 of 26 scroll  [ << Previous ]  [ Next >> ]  **OR**  proceed to page ____ of 4 pages [ GO ]

Select All Filings: ☐

[ Order Selected Filings ]  [ Order Certificate ]  [ New Search ]

---

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.

**EXHIBIT H002 - PAGE 8**

**EXHIBIT H003**

**EXHIBIT H003**

### Operations Budget — Altus (1 Office - 4 FM Stations / SW Okla / 4 FM)

| Type of Expense | Altus | Month % Line Item |
|---|---|---|
| KYEB - KVWC Tower Lease - Titan Systems | 1,200 | 3.2% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| KYEB - KVWC Tower Electric - TKU | 800 | 2.1% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Office Int-Phones - Bluepeak | 300 | 0.8% |
| Equipment Insurance - Liberty Mutual | 1,200 | 3.2% |
| Internet Feed Service - SecureNet | 100 | 0.3% |
| Natural Gas - Summit | 100 | 0.3% |
| Office Electric - Altus | 500 | 1.3% |
| Office Water - Trash - Sewer - Altus | 100 | 0.3% |
| Office Lease | 2,500 | 6.7% |
| Real Property Tax - Altus | 300 | 0.8% |
| Personal Property Tax - All Counties | 100 | 0.3% |
| Leases - Utilities - Insurance - Property Tax | 7,200 | 19.3% |
| Cell Services - $80 Per Station - Verizon | 320 | 0.9% |
| Programming & Automation - Arrakis Adobe | 100 | 0.3% |
| Sales & Sports Travel - $80 Per Station | 320 | 0.9% |
| FCC Annual Fees - FM $2400 | 800 | 2.1% |
| Royalties - ASCAP @ $160 Ea. | 640 | 1.7% |
| BMI @ $160 Ea. | 640 | 1.7% |
| GMR @ $25 Ea. | 100 | 0.3% |
| SESAC @ $25 Ea. | 100 | 0.3% |
| Sound Exchange @ $100 Each Feed | 200 | 0.5% |
| Programming - Travel - Broadcast - Royalties | 3,220 | 8.6% |
| Sports Mgr - Kathy | 800 | 2.1% |
| Production Affidavits & FCC Quarterly - Jacob | 300 | 0.8% |
| MS Prod Talent - Cal - Altus | 2,000 | 5.4% |
|  | 0 | 0.0% |
| Sports Ancers @ $100 Per Mth Per Station | 400 | 1.1% |
| Office & Traffic Mgr - Tracie | 1,750 | 4.7% |
| Sales Mgr Local - Trudy | 1,500 | 4.0% |
| Sales Rep #1 Altus - Halle | 500 | 1.3% |
| Sales Rep #2 Frederick - Jennifer | 500 | 1.3% |
| Sales Rep #3 Vernon - | 500 | 1.3% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Engineering - Mike | 750 | 2.0% |
| Agency Sales Mgr - Tiffany | 1,000 | 2.7% |
| Property Maint. - Gentry | 1,000 | 2.7% |
| Promotions Mgr. - Kristi | 500 | 1.3% |
| Gen. Sales Mgr - Monte | 1,000 | 2.7% |
| Employee Tax Match 10% | 1,250 | 3.3% |
| Payroll | 13,750 | 36.8% |
| Corporate Expenses | 1,430 | 3.8% |
| Fees - Misc. - Other - ROUND OFF | 5,680 | 15.2% |
| Monthly Total | 31,100 | 100.0% |
| Commissions Added at 20% of the Monthly Total | 6,220 | 16.7% |
| Combined Monthly Total | 37,320 | |
| Combined Annual Total | 447,840 | |

### Operations Budget — Hereford (1 Office - 4 FM & 1 AM Stations / West Texas / 4 FM 1 AM)

| Type of Expense | Hereford | Month % Line Item |
|---|---|---|
| KKYN & KRIA Tower Lease - Lift Systems | 700 | 1.9% |
| KGRW Tower Lease - City of Friona | 500 | 1.3% |
| KNNK Tower Lease - South Plains Com | 750 | 2.0% |
| KKYN & KRIA Tower Electric - Swisher Elec. | 500 | 1.3% |
| KZZN Tower Electric - Xcel | 300 | 0.8% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Equipment Insurance - Liberty Mutual | 1,500 | 4.0% |
| Internet Feed Service - SecureNet | 100 | 0.3% |
| Natural Gas - Atmos | 100 | 0.3% |
| Office Electric - Xcel | 300 | 0.8% |
| Office Water - Trash - Sewer - Hereford | 120 | 0.3% |
| Office Lease | 2,500 | 6.7% |
| Real Property Tax - Hrfd & Ltfd | 600 | 1.6% |
| Personal Property Tax - All Counties | 100 | 0.3% |
| Leases - Utilities - Insurance - Property Tax | 8,070 | 21.6% |
| Cell Services - $80 Per Station - Verizon | 400 | 1.1% |
| Programming & Automation - Arrakis Adobe | 100 | 0.3% |
| Sales & Sports Travel - $80 Per Station | 400 | 1.1% |
| FCC Annual Fees - FM $2400 - AM $600 | 850 | 2.3% |
| Royalties - ASCAP @ $160 Ea. | 800 | 2.1% |
| BMI @ $160 Ea. | 800 | 2.1% |
| GMR @ $25 Ea. | 125 | 0.3% |
| SESAC @ $25 Ea. | 125 | 0.3% |
| Sound Exchange @ $100 Each Feed | 200 | 0.5% |
| Programming - Travel - Broadcast - Royalties | 3,800 | 10.2% |
| Sports Mgr - Kathy | 1,000 | 2.7% |
| MS Prod Talent - Chris - Plainview | 1,000 | 2.7% |
| MS Prod Talent - Jeri - Hereford | 1,000 | 2.7% |
|  | 0 | 0.0% |
| Sports Ancers @ $200 Per Mth Per Station | 1,000 | 2.7% |
| Office & Traffic Mgr - Tracie | 1,750 | 4.7% |
| Sales Mgr Local - Jeri | 1,500 | 4.0% |
| Sales Rep #1 Hereford - | 500 | 1.3% |
| Sales Rep #2 Friona - | 500 | 1.3% |
| Sales Rep #3 Littlefield - | 500 | 1.3% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Engineering - Mike | 750 | 2.0% |
| Agency Sales Mgr - Tiffany | 1,000 | 2.7% |
| Property Maint. - Gentry | 1,000 | 2.7% |
| Promotions Mgr. - Kristi | 500 | 1.3% |
| Gen. Sales Mgr - Monte | 1,000 | 2.7% |
| Employee Tax Match 10% | 1,250 | 3.3% |
| Payroll | 13,750 | 36.8% |
| Corporate Expenses | 1,250 | 3.3% |
| Fees - Misc. - Other - ROUND OFF | 4,230 | 11.3% |
| Monthly Total | 31,100 | 100.0% |
| Commissions Added at 20% of the Monthly Total | 6,220 | 16.7% |
| Combined Monthly Total | 37,320 | |
| Combined Annual Total | 447,840 | |

### Operations Budget — Palestine (1 Office - 2 FM & 3 AM Stations / East Texas / 2 FM 3 AM)

| Type of Expense | Palestine | Month % Line Item |
|---|---|---|
| KYYK Tower Lease - American | 1,600 | 2.9% |
| KWRD Tower Lease - Titan | 700 | 1.3% |
| KCKL & KLVQ Tower Lease - Titan | 1,500 | 2.7% |
| KYYK & KNET Utility - Reliant | 300 | 0.5% |
| KCKL & KLVQ Utility - TXU | 500 | 0.9% |
| Office Apartment Expense | 0 | 0.0% |
| Office Int-Phones - Optimum & Etex & BrtSpd | 900 | 1.6% |
| Equipment Insurance - Liberty Mutual | 1,500 | 2.7% |
| Internet Feed Service - SecureNet | 100 | 0.2% |
| Natural Gas - None | 0 | 0.0% |
| Office Electric - Reliant & SWEPC | 1,000 | 1.8% |
| Office Water - Trash - Sewer | 200 | 0.4% |
| Office Lease - 2 Offices | 5,000 | 9.0% |
| Real Property Tax - Palestine & Henderson | 700 | 1.3% |
| Personal Property Tax - All Counties | 100 | 0.2% |
| Leases - Utilities - Insurance - Property Tax | 15,100 | 27.3% |
| Cell Services - $80 Per Station - Verizon | 400 | 0.7% |
| Programming & Automation - Arrakis Adobe | 100 | 0.2% |
| Sales & Sports Travel - $80 Per Station | 400 | 0.7% |
| FCC Annual Fees - FM $2400 - AM $600 | 550 | 1.0% |
| Royalties - ASCAP @ $160 Ea. | 800 | 1.4% |
| BMI @ $160 Ea. | 800 | 1.4% |
| GMR @ $25 Ea. | 125 | 0.2% |
| SESAC @ $25 Ea. | 125 | 0.2% |
| Sound Exchange @ $100 Each Feed | 200 | 0.4% |
| Programming - Travel - Broadcast - Royalties | 3,500 | 6.3% |
| Sports Mgr - Stephanie | 1,200 | 2.2% |
| MS Prod Talent - Leon - Athens | 2,500 | 4.5% |
| MS Prod Talent - Mark - Henderson | 1,250 | 2.3% |
| MS Prod Talent - Kat - Palestine | 2,500 | 4.5% |
| Sports Ancers @ $200 Per Mth Per Station | 1,000 | 1.8% |
| Office & Traffic Mgr - Tasha | 1,750 | 3.2% |
| Sales Mgr Local - Stephanie - Athens | 3,000 | 5.4% |
| Sales Mgr Local - Kenny - Henderson | 2,000 | 3.6% |
| Sales Mgr Local - Thor - Palestine | 1,000 | 1.8% |
| Sales Rep #1 - - Athens | 500 | 0.9% |
| Sales Rep #2 - Erminia - Henderson | 500 | 0.9% |
| Sales Rep #3 - - Palestine | 500 | 0.9% |
| Engineering - Mike | 750 | 1.4% |
| Agency Sales Mgr - Tiffany | 1,000 | 1.8% |
| Property Maint. - Gentry | 1,000 | 1.8% |
| Promotions Mgr. - Kristi | 500 | 0.9% |
| Gen. Sales Mgr - Monte | 1,000 | 1.8% |
| Employee Tax Match 10% | 2,195 | 4.0% |
| Payroll | 24,145 | 43.6% |
| Corporate Expenses | 1,250 | 3.3% |
| Fees - Misc. - Other - ROUND OFF | 2,105 | 3.8% |
| Monthly Total | 46,100 | 100.0% |
| Commissions Added at 20% of the Monthly Total | 9,220 | 16.7% |
| Combined Monthly Total | 55,320 | |
| Combined Annual Total | 663,840 | |

### Operations Budget — Helena (1 Office - 3 FM / KJMT-KFFA / WDMS 3 FM)

| Type of Expense | Helena | Month % Line Item |
|---|---|---|
| KFFA Tower Rent - Titan Tower All Exp | 1,200 | 3.2% |
| Mtn. Home Tower & Office Lease | 600 | 1.6% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Office Int-Phones - Optimum | 0 | 0.0% |
| Property & Equipment Ins GNVL - SouthGroup | 900 | 2.4% |
| Internet Feed Service - SecureNet | 100 | 0.3% |
| Natural Gas - Black Hills Gas | 100 | 0.3% |
| Office Electric - NAEC - Entergy - Entergy | 1,400 | 3.8% |
| Office Water - Trash - Sewer - Helena & GNVL | 160 | 0.4% |
| Office Lease | 2,500 | 6.7% |
| Real Property Tax - Helena | 300 | 0.8% |
| Personal Property Tax - All Counties | 100 | 0.3% |
| Leases - Utilities - Insurance - Property Tax | 8,260 | 22.1% |
| Cell Services - $80 Per Station - Verizon | 400 | 1.1% |
| Programming & Automation - Arrakis Adobe | 300 | 0.8% |
| Sales & Sports Travel - $80 Per Station | 240 | 0.6% |
| FCC Annual Fees - FM $2400 | 600 | 1.6% |
| Royalties - ASCAP @ $160 Ea. | 480 | 1.3% |
| BMI @ $160 Ea. | 480 | 1.3% |
| GMR @ $25 Ea. | 75 | 0.2% |
| SESAC @ $25 Ea. | 75 | 0.2% |
| Sound Exchange @ $100 Each Feed | 300 | 0.8% |
| Programming - Travel - Broadcast - Royalties | 2,790 | 7.5% |
| MS Prod Talent - Scott - Mtn Hm | 1,500 | 4.0% |
| MS Prod Talent - Leon - Helena | 1,500 | 4.0% |
| MS Prod Talent - Johnny - Greenville | 1,000 | 2.7% |
|  | 0 | 0.0% |
| Sports Ancers @ $200 Per Mth Per Station | 600 | 1.6% |
| Office & Traffic Mgr - Tasha | 1,750 | 4.7% |
| Sales Mgr Local - Johnny - Greenville | 2,000 | 5.4% |
| Sales Mgr Local - Deward - Helena | 1,000 | 2.7% |
| Sales Mgr Local - - Mtn. Hm. | 1,000 | 2.7% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Engineering - Mike | 750 | 2.0% |
| Agency Sales Mgr - Tiffany | 1,000 | 2.7% |
| Property Maint. - Gentry | 1,000 | 2.7% |
| Promotions Mgr. - Kristi | 500 | 1.3% |
| Gen. Sales Mgr - Monte | 1,000 | 2.7% |
| Employee Tax Match 10% | 1,460 | 3.9% |
| Payroll | 16,060 | 43.0% |
| Corporate Expenses | 1,250 | 3.3% |
| Fees - Misc. - Other - ROUND OFF | 2,740 | 7.3% |
| Monthly Total | 31,100 | 100.0% |
| Commissions Added at 20% of the Monthly Total | 6,220 | 16.7% |
| Combined Monthly Total | 37,320 | |
| Combined Annual Total | 447,840 | |

| | |
|---|---|
| All Stations - Combined Monthly Total OPEX | 167,280 |
| All Stations - Annual Total OPEX | 2,007,360 |

C:\Users\jcarruth\JNO Office Echo\VAULT-C9SLT2TY\[HPRN OPEX Updated MLS 032624 Sent to JC 040124 4876-1947-6659 v.1.xlsx,Mthly Operating Expenses 032624