Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § § | CASE NO. 24-70089-swe11 |
| DEBTOR. | § § § | EXPEDITED HEARING REQUESTED |

**MOTION TO MAINTAIN BANK ACCOUNTS**

**TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:**

High Plains Radio Network, LLC, debtor and debtor in possession (the "Debtor") files this *Motion to Maintain Bank Accounts* (the "Motion to Maintain Bank Accounts") and in support thereof would show to the Court the following.

**EMERGENCY / EXPEDITED HEARING REQUESTED**

1. Debtor concurrently has filed a separatee motion seeking emergency and/or expedited consideration of this motion on **April 3, 2024, April 4, 2024, or April 5, 2024.**

**INTRODUCTION**

2. This Motion seeks authorization to maintain the pre-petition bank accounts of the Debtor, which relief the Debtor believes to be important considering the wide span of geographic locations in which the Debtor operates.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this action pursuant to, and without limitation §§ 105, 363, 507, and 1101 et seq. of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code").

4. Venue action is proper in this Court pursuant to 28 U.S.C. § 1409.

5. The Court may try this action to a conclusion and enter final orders under *Stern v. Marshall*, 131 S. Ct. 2594 (U.S. 2011).

## FACTUAL BACKGROUND

**The identity and background of the Debtor and Debtor in Possession.**

6. HPRN owns and operates a chain of rural AM and FM radio stations in parts of Texas, Oklahoma, and Arkansas.

**The Commencement of the Bankruptcy Cases.**

7. On March 26, 2024, HPRN commenced the above-captioned Chapter 11 case by filing a voluntary petition.

8. HPRN commenced this case primarily as a result of ongoing difficulties with various tower leases and challenges in the rapidly evolving radio industry.

**Factual background in support of the relief requested.**

9. The Debtor maintains offices in at least four locations in three states, with radio stations and/or transmitters located in many other cities.

10. The Debtor maintains the pre-petition bank accounts (collectively, the "Subject Accounts" or each a "Subject Account") as shown in **Exhibit H006**,[1].

11. In order to reduce disruption of the business operations of the Debtor, and taking into account the geographic challenges faced by the distant locations in which the Debtor

---

[1] The Debtor is consecutively numbering all exhibits throughout this case.

operates, the Debtor believes the estate would operate more efficiently if the Debtor were to maintain the Subject Accounts post-petition.

12. At no time in the prior 12 months has the balance in any of the Subject Accounts exceeded $250,000.00.

13. At no time during the following 12-month period of time subsequent to the Petition Date is the balance of any of the Subject Accounts anticipated to exceed $250,000.00 at any point in time.

## RELIEF REQUESTED

14. Pursuant to Code §§ 105 and/or 363, the Debtor respectfully requests that it be allowed to continue to use the Subject Accounts at the existing banks without the necessity of opening separate, new debtor-in-possession accounts.

15. A proposed form of final order accompanies this Motion to Maintain Bank Accounts and is incorporated by reference herein. (The attached form was provided by the U.S. Trustee's office for the Western District of Texas.)

## BASIS OF RELIEF

16. Maintenance of the Subject Accounts will greatly aid in the administration of this SubChapter V case and reduce the administrative burden upon the Debtor in opening a new bank accounts.

17. The Debtor shall ensure that each account and the checks are marked with the necessary notations reflecting the existence of this bankruptcy case.

18. Although such relief is commonly granted in larger Chapter 11 cases, such relief is also appropriate in a small business case for the same purposes of ease of the administrative

burden and continuity of operations. For example, inbound payments to the Bank account will continue to flow from customers of the Debtor without the possibility of interruption.

19. The Debtor has taken and/or will take all steps necessary to stop payment on items that could result in the unauthorized post-petition payment of pre-petition debt.

20. Maintaining the Subject Accounts also shall assist the Debtor with its unique challenges arising from its geographic dispersion of locations and personnel.

## RESERVATION OF RIGHTS

21. HPRN reserves the right to amend and/or supplement this Motion prior to any hearing.

## PRELIMINARY DESIGNATION OF WITNESSES AND EXHIBITS

22. HPRN designates the following as potential exhibits for any hearing on this Motion: (1) the exhibits attached to this Motion; (2) the exhibits attached to any other pleading filed in this case by HPRN; (3) any other exhibits designated by HPRN as to any other matter; (4) any exhibits designated by any other party.

23. HPRN designates the following as potential witnesses for any hearing on this Motion. (1) Monte Spearman; (2) any other witnesses designated by any other party.

## NOTICE

24. HPRN through the undersigned counsel has provided notice of this Motion and the related request for an expedited hearing to the parties entitled to notice under the Federal Rules of Bankruptcy Procedure and the applicable Local Rules. Notice by email or other expedited means will be provided and/or have been provided to the extent contact information is available.

## CONCLUSION AND PRAYER

WHEREFORE, High Plains Radio Network, LLC, the debtor and debtor-in-possession, respectfully requests that the Court enter an order granting the Motion to Maintain Bank Accounts and the relief requested herein. Debtor respectfully requests that the Court grant to Debtor such other and further relief to which the Debtor is entitled at law or in equity.

Dated:  November 29, 2022    Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, TX 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on April 2, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix).

**COPIES OF THE EXHIBITS WERE NOT SERVED BY REGULAR MAIL.  PLEASE CONTACT THE UNDERSIGNED IF YOU WISH TO RECEIVE THE EXHIBITS.**

  */s/Jeff Carruth*  
Jeff Carruth

**ECF SERVICE LIST**

**24-70089-swe11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor High Plains Radio Network, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Paul H. Cross on behalf of Creditor Hanmi Bank
phclease@msn.com

Julie Anne Parsons on behalf of Creditor Eastland County Appraisal District
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Henderson, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Stephens, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Scott M. Seidel -SBRA V
scott@scottseidel.com, csms11@trustesolutions.net;susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

## REGULAR MAIL LIST

United States Bankruptcy Court
Northern District of Texas
Dallas Division

**High Plains Radio Network LLC**                Case No. 24-70089

**VERIFICATION OF CREDITOR MATRIX**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Ailco | W222 N833 Chaney Rd | | Waukesha | WI | 53186 |
| Ailco Equipment Finance Group Inc. | W 222 N 833 Cheaney Road | | Waukesha | WI | 53186 |
| American Express | PO Box 6031 | | Carol Stream | IL | 60197-6031 |
| Amur | 304 W. 3rd St | | Grand Island | NB | 68801 |
| Arrakis Automations | 6604 Powell St | | Loveland | Co | 80537 |
| ASCAP | 250 West 57th St | | New York | NY | 10107 |
| Ascentium | 23970 HWY 59 Nth. | | Kingwood | TX | 77339 |
| Atmos Energy | PO Box 740353 | | Cincinnati | OH | 45274-0353 |
| Balboa | 575 Anton Blvd 12th Flr. | | Costa Mesa | CA | 92626 |
| Black Hills Natural Gas | PO Box 6006 | | Rapid City | SD | 57709 |
| Blue Bridge | 11921 Freedom Dr. | | Reston VA | VA | 20190 |
| Blue Bridge Financial LLC | 11921 Freedom Dr. | Suite 1130 | Reston | VA | 20190 |
| Bluepeak Telephone | 5100 S. Broadband Lane | | Sioux Falls | SD | 57108 |
| BMI | PO Box 630893 | | Cincinnati | OH | 45263-0893 |
| Bryn Mawr Equipment Finance Inc. | 801 Lancaster Avenue | | Bryn Mawr | PA | 19010 |
| CT Corp. Sys. | Attn: SPRS | 330 N Brand Blvd | Glendale | CA | 91203 |
| Channel Partners Capital | 11100 Wayzata Blvd | | Minnetonka | MN | 55305 |
| City of Altus | 509 S Main St | | Altus | OK | 73521 |
| City of Hereford | PO Box 2277 | | Hereford | TX | 79045-2277 |
| City of Plainview | 202 W 5th | | Plainview | TX | 79072 |
| City of Vernon | 1725 Wilbarger St | | Vernon | TX | 76384-4741 |
| Crest Capitol | PO Box 88233 | | Atlanta | GA | 30356 |
| Entergy Utility | PO Box 8105 | | Baton Rouge | LA | 70891-8105 |
| Excel Energy | PO Box 9477 | | Minneapolis | MN | 55484-9477 |
| Federal Communications Com. | 45 L Street NE | | Washington | DC | 20554 |
| Financial Agent Services | PO Box 2576 | | Springfield | IL | 62708 |
| First State Bank Athens | PO Box 471 | | Athens | TX | 75751 |
| Global Music Rights | 1801 W Olympic Blvd | | Pasadena | CA | 91199-2280 |
| Hamni Bank | 5403 Olympic Dr. #200 | | Gig Harbor | WA | 98335 |
| Hanszen LaPorte | 14201 Memorial Dr | | Houston | TX | 77079 |
| Hitachi Capital America Corp. | 7808 Creekridge Circle | Suite 250 | Edina | MN | 55439 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7317 | Philadelphia | PA | 19101-7317 |
| Liberty Mutual Insurance | 175 Berkeley St | | Boston | MA | 02116 |
| Litefund Solutions | 99 Wall St #2613 | | New York | NY | 10005 |
| Marlin - Peak Com. | 300 Fellowship Rd | | Mt. Laurel | NJ | 08054 |
| Marlin Leasing Corp | 300 Fellowship Rd | | Mount Laurel | NJ | 08054 |
| Media Facilities | 1740 Dell Range Blvd. #418 | | Cheyenne | WY | 82009 |
| Meridian | 367 Eagleview Blvd. | | Exton | PA | 19341 |
| Meridian Equipment Finance LLC | 9 Old Lincoln Highway | | Malvern | PA | 19355 |
| Midland States Bank | 1801 Park 270 Drive | Suite 200 | St. Louis | MO | 63146 |
| Mitsubishi HC | 7201 Metro Blvd. Ste 800 | | Edina | MN | 55439 |
| Monte Spearman | PO Box 3649 | | Palestine | TX | 80534 |

3/29/2024, 9:21 PM                Page 1 of 2                creditor import hprn 002.xlsx, verifmatrix001

4873-1473-6307, v. 1

United States Bankruptcy Court
Northern District of Texas
Dallas Division

**High Plains Radio Network LLC**                                Case No. 24-70089

VERIFICATION OF CREDITOR MATRIX

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| New Lane Fin. B-M | 801 Landcaster Ave | | Bryn Mawr | PA | 19010 |
| North Arkansas Electric | PO Box 1000 | | Salem | AR | 72576-1000 |
| Optimum Telephone | 1111 Stewart Ave. | | Bethpage | NY | 11714-3581 |
| Pawnee | 3801 Automation Way #207 | | Ft Collins | CO | 80525 |
| SBA Covid-19 Disaster Loan | PO Box 3918 | | Portland | OR | 97208-3918 |
| SecureNet | 101 N Federal HWY Ste 601 | | Boca Raton | FL | 33432 |
| SESAC | PO Box 5246 | | New York | NY | 10008-5246 |
| Summit | 4680 Parkway Dr #300 | | Mason | OH | 45040 |
| Summit Natural Gas | PO Box 676358 | | Dallas | TX | 75267-6357 |
| The Fundworks | 299 S. Main St. #1300 | | Salt Lake City | UT | 84111 |
| Turbo Capital | 2308 N Market St | | Wilmington | DE | 19802 |
| TXU Utility | PO Box 650638 | | Dallas | TX | 75265-0638 |
| U.S. Bank Equipment Finance | 1310 Madrid Street | | Marshall | MN | 56258 |
| U.S. Small Business Administration | 1545 Hawkins Blvd | Suite 202 | El Paso | TX | 79925 |
| United First LLC | 2999 NE 191st St | | Miami | FL | 33180 |
| United Funding | 1835 E Hollandale Beach BLVD | | Hollandale Beach | FL | 33009 |
| Verizon Cell Phone | PO Box 660108 | | Dallas | TX | 75266-0108 |
| Vertical Bridge | 750 Park of Commerce Dr #200 | | Boca Raton | FL | 33487 |
| Zula Com | PO Box 3649 | | Palestine | TX | 75801 |

https://weycerkaplan-my.sharepoint.com/personal/jcarruth_wkpz_com/Documents/Attachments/[creditor import hprn 002.xlsx]verifmatrix001

The above-named Debtor hereby verifies that the creditors list above is true and correct to the best of the knowledge of the Debtor.

Dated:        3/29/2024

Debtor:       **High Plains Radio Network LLC**

              By: /s/ Monte Spearman
              Manager / President

4873-1473-6307, v. 1

**PROPOSED FINAL ORDER**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § § § § | CASE NO. 24-70089-swe11V |
| DEBTOR. | § | |

**ORDER GRANTING MOTION TO MAINTAIN BANK ACCOUNTS (RE: DOCKET NO. 13)**

    On this day the Court considered the *Motion to Maintain Bank Accounts* (Docket No. 13) (the "Motion to Maintain Bank Accounts") filed herein on April 2, 2024 by High Plains Radio Network, LLC, debtor and debtor in possession (the "Debtor"). The Debtor seeks the issuance and entry of an Order authorizing the continued maintenance of its pre-petition bank accounts as shown in the table below (collectively, the "***Subject Accounts***" or each a "Subject Account") and the continued use of business forms. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate and its creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; (v) all objections to the Motion has been resolved by the Order or are overruled in their entirety; and (vi) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

**EXHIBIT H006**

| Bank | Account Holder | Account ## |
|---|---|---|
| Guaranty Bank | High Plains Radio Network LLC | -3917 |
| BancFirst | High Plains Radio Network, LLC dba KTAT and KYBE Radio | -0273 |
| Cattlemens Bank | High Plains Radio Network LLC<br>Monte L Spearman<br>Todd Spearman | -2929 |
| FNBC | High Plains Radio Network LLC | -8559 |
| First State Bank | High Plains Radio Network, LLC<br>Monte L Spearman<br>Christopher M Quinn<br>HPRN - Payables | -6875 |
| Partners Bank | High Plains Radio Network, LLC | -6037 |
| Waggoner National | High Plains Radio Network, LLC | -6715 |

C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[hprn bank statement recap 4857-6664-4403 v.1.xlsx]Sheet1

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Maintain Bank Accounts be, and it is hereby granted and approved with the following conditions.

2. The Debtor is hereby authorized and empowered to use, with the same account number, each Subject Account.

3. The Debtor is hereby authorized and empowered to continue to use their existing forms until such supply of existing forms is exhausted; but the Debtor shall clearly imprint on each form the case name and number and "Debtor in Possession." With respect to pre-printed checks, any new check stock ordered by the Debtor shall contain the "Debtor in Possession" label and case number; provided further, that with respect to checks that the Debtor prints in-house, the Debtor shall begin printing those checks with a "Debtor in Possession" designation and case number within five (5) business days of the date this Order is entered.

4. Nothing contained herein shall prevent the Debtor to opening or closing such bank accounts as it may deem necessary and appropriate, upon further motion and order.

5. The Debtor shall close pre-petition accounts, other than the Subject Account set forth herein.

6. The Debtor will provide to the Office of the United States Trustee the location and account number of any additional Debtor-in-Possession accounts opened by the Debtor.

7. The Debtor will provide the United States Trustee with sufficient evidence to show that the Subject Accounts has been styled as a Debtor-in-Possession account.

        8.      The Debtor, within seven (7) days from entry of this Order, shall cause a copy of this Order to be served on each bank and any other bank at which a bank account is maintained and counsel to any creditors' committee appointed in the Debtor's Chapter 11 case.

        9.      All institutions maintaining an account which constitute authorized depositories shall comply with the reporting requirements of the United States Trustee for such authorized depository.

        10.      The Debtor, on or before _____, shall provide to the United States Trustee a reconciliation for each Subject Account as of petition date, March 26, 2024.

        11.      At no time shall the Debtor maintain aggregate balances in the Subject Account which exceeds the federally-insured limit, currently $250,000.00.

        12.      The Debtor shall attach a copy of the monthly bank statement for the Subject Account to its monthly operating reports.

        13.      Nothing in this Order shall preclude the Debtor or any other party in interest from seeking modification of this Order upon motion to this Court.

### ### END OF ORDER ###

Submitted by:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:   */s/ Jeff Carruth*
     JEFF CARRUTH (TX SBN: 24001846)
     2608 Hibernia, Suite 105
     Dallas, TX 75204-2514
     Telephone: (713) 341-1158
     Fax: (713) 961-5341
     E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

| | **EXHIBIT H006** | |
|---|---|---|
| **Bank** | **Account Holder** | **Account ##** |
| Guaranty Bank | High Plains Radio Network LLC | -3917 |
| BancFirst | High Plains Radio Network, LLC dba KTAT and KYBE Radio | -0273 |
| Cattlemens Bank | High Plains Radio Network LLC | -2929 |
| | Monte L Spearman | |
| | Todd Spearman | |
| FNBC | High Plains Radio Network LLC | -8559 |
| First State Bank | High Plains Radio Network, LLC | -6875 |
| | Monte L Spearman | |
| | Christopher M Quinn | |
| | HPRN - Payables | |
| Partners Bank | High Plains Radio Network, LLC | -6037 |
| Waggoner National Bank | High Plains Radio Network, LLC | -6715 |
| | | |
| C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[hprn bank statement recap 4857-6664-4403 v.1.xlsx]Sheet1 | | |