**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § § § | CASE NO. 24-70089-swe11V |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING MOTION TO MAINTAIN BANK ACCOUNTS (RE: DOCKET NO. 13)**

On this day the Court considered the *Motion to Maintain Bank Accounts* (Docket No. 13) (the "Motion to Maintain Bank Accounts") filed herein on April 2, 2024 by High Plains Radio Network, LLC, debtor and debtor in possession (the "Debtor"). The Debtor seeks the issuance and entry of an Order authorizing the continued maintenance of its pre-petition bank accounts as shown in the table below (collectively, the "***Subject Accounts***" or each a "Subject Account") and the continued use of business forms. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate and its creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; (v) all objections to the Motion has been resolved by the Order or are overruled in their entirety; and (vi) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

| Bank | Account Holder | Account ## |
|---|---|---|
| Guaranty Bank | High Plains Radio Network LLC | -3917 |
| BancFirst | High Plains Radio Network, LLC dba KTAT and KYBE Radio | -0273 |
| Cattlemens Bank | High Plains Radio Network LLC<br>Monte L Spearman<br>Todd Spearman | -2929 |
| FNBC | High Plains Radio Network LLC | -8559 |
| First State Bank | High Plains Radio Network, LLC<br>Monte L Spearman<br>Christopher M Quinn<br>HPRN - Payables | -6875 |
| Partners Bank | High Plains Radio Network, LLC | -6037 |
| Waggoner National | High Plains Radio Network, LLC | -6715 |

EXHIBIT H006

C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[hprn bank statement recap 4857-6664-4403 v.1.xlsx]Sheet1

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Maintain Bank Accounts be, and it is hereby granted and approved with the following conditions.

2. The Debtor is hereby authorized and empowered to use, with the same account number, each Subject Account.

3. The Debtor is hereby authorized and empowered to continue to use their existing forms until such supply of existing forms is exhausted; but the Debtor shall clearly imprint on each form the case name and number and "Debtor in Possession." With respect to pre-printed checks, any new check stock ordered by the Debtor shall contain the "Debtor in Possession" label and case number; provided further, that with respect to checks that the Debtor prints in-house, the Debtor shall begin printing those checks with a "Debtor in Possession" designation and case number within five (5) business days of the date this Order is entered.

4. Nothing contained herein shall prevent the Debtor to opening or closing such bank accounts as it may deem necessary and appropriate, upon further motion and order.

5. The Debtor shall close pre-petition accounts, other than the Subject Account set forth herein.

6. The Debtor will provide to the Office of the United States Trustee the location and account number of any additional Debtor-in-Possession accounts opened by the Debtor.

7. The Debtor will provide the United States Trustee with sufficient evidence to show that the Subject Accounts has been styled as a Debtor-in-Possession account.

8. The Debtor, within seven (7) days from entry of this Order, shall cause a copy of this Order to be served on each bank and any other bank at which a bank account is maintained and counsel to any creditors' committee appointed in the Debtor's Chapter 11 case.

9. All institutions maintaining an account which constitute authorized depositories shall comply with the reporting requirements of the United States Trustee for such authorized depository.

10. The Debtor, on or before _____, shall provide to the United States Trustee a reconciliation for each Subject Account as of petition date, March 26, 2024.

11. At no time shall the Debtor maintain aggregate balances in the Subject Account which exceeds the federally-insured limit, currently $250,000.00.

12. The Debtor shall attach a copy of the monthly bank statement for the Subject Account to its monthly operating reports.

13. Nothing in this Order shall preclude the Debtor or any other party in interest from seeking modification of this Order upon motion to this Court.

### END OF ORDER ###

Submitted by:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:   */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, TX 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION