Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HIGH PLAINS RADIO NETWORK, LLC,** | § | **CASE NO. 24-70089-swe11** |
| | § | |
| **DEBTOR.** | § | **EXPEDITED HEARING REQUESTED** |
| | § | |

**MOTION TO EXPEDITE HEARINGS REGARDING CERTAIN FIRST DAY MATTERS (RE: DOCKET NOS. 11, 12, 13)**

**TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:**

High Plains Radio Network, LLC, debtor and debtor in possession (the "Debtor") files this *Motion to Maintain Bank Accounts* (the "Motion to Maintain Bank Accounts") and in support thereof would show to the Court the following.

1.      On April 1-2, 2024, the Debtor filed the following "first day" motions (collectively, the "Subject Motions").

| Docket No. | Motion |
|---|---|
| 11 | Motion to Use Cash Collateral |
| 12 | Motion to Pay Pre-Petition Wages |
| 13 | Motion to Maintain Bank Accounts |

2.      <u>Requested hearing date</u>:  The Debtor respectfully requests that the Court set an expedited hearing regarding each of the Subject Motions on **April 3, 2024, April 4, 2024, and/or April 5, 2024**.

3.      ***Debtor requests that the hearing be conducted by WebEx and/or in Dallas, Texas in order to accommodate travel of the principal of the Debtor.***

4.      ***The time estimate for the hearing as to all of the Subject Motions is 30 minutes.***

5.      <u>Reason for expedited hearing:</u>  A hearing is necessary in order to authorize the use of cash collateral, and to make the next payroll that is due April 10, 2024.

6.      <u>Notice is sufficient.</u>  Setting an expedited hearing during April 3-5 is sufficient considering the limited relief that is request and that only the SBA, on a claim in the amount of $65,000, is involved with respect to cash collateral.

7.      The Debtor will endeavor also to reach agreed orders with the SBA on cash collateral and the U.S. Trustee on wages and bank accounts prior to the hearing.

8.      <u>Reason hearing not requested sooner.</u>  A hearing was requested as soon as possible after the commencement of this case on the evening of March 26, 2024.

WHEREFORE, High Plains Radio Network, LLC, the debtor and debtor-in-possession, respectfully requests that the Court set the Subject Motion for an expedited hearing on April 3, 4, or 5, 2024 by WebEx.  Debtor respectfully requests that the Court grant to Debtor such other and further relief to which the Debtor is entitled at law or in equity.

Dated:  November 29, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:____*/s/ Jeff Carruth*_____
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, TX 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on April 2, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix).

**COPIES OF THE EXHIBITS WERE NOT SERVED BY REGULAR MAIL.  PLEASE CONTACT THE UNDERSIGNED IF YOU WISH TO RECEIVE THE EXHIBITS.**

_____*/s/Jeff Carruth*_____
Jeff Carruth
### ECF SERVICE LIST

**24-70089-swe11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor High Plains Radio Network, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Paul H. Cross on behalf of Creditor Hanmi Bank
phclease@msn.com

Julie Anne Parsons on behalf of Creditor Eastland County Appraisal District
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Henderson, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Stephens, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Scott M. Seidel -SBRA V
scott@scottseidel.com, csms11@trustesolutions.net;susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

**REGULAR MAIL LIST**

United States Bankruptcy Court
Northern District of Texas
Dallas Division

**High Plains Radio Network LLC**                                    Case  No. 24-70089

VERIFICATION OF CREDITOR MATRIX

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Allco | W222 N833 Chaney Rd | | Waukesha | WI | 53186 |
| Allco Equipment Finance Group Inc. | W 222 N 833 Cheaney Road | | Waukesha | WI | 53186 |
| American Express | PO Box 6031 | | Carol Stream | IL | 60197-6031 |
| Amur | 304 W. 3rd St | | Grand Island | NB | 68801 |
| Arrakis Automations | 6604 Powell St | | Loveland | Co | 80537 |
| ASCAP | 250 West 57th St | | New York | NY | 10107 |
| Ascentium | 23970 HWY 59 Nth. | | Kingwood | TX | 77339 |
| Atmos Energy | PO Box 740353 | | Cincinnati | OH | 45274-0353 |
| Balboa | 575 Anton Blvd 12th Flr. | | Costa Mesa | CA | 92626 |
| Black Hills Natural Gas | PO Box 6006 | | Rapid City | SD | 57709 |
| Blue Bridge | 11921 Freedom Dr. | | Reston VA | VA | 20190 |
| Blue Bridge Financial LLC | 11921 Freedom Dr. | Suite 1130 | Reston | VA | 20190 |
| Bluepeak Telephone | 5100 S. Broadband Lane | | Sioux Falls | SD | 57108 |
| BMI | PO Box 630893 | | Cincinnati | OH | 45263-0893 |
| Bryn Mawr Equipment Finance Inc. | 801 Lancaster Avenue | | Bryn Mawr | PA | 19010 |
| CT Corp. Sys. | Attn:  SPRS | 330 N Brand Blvd | Glendale | CA | 91203 |
| Channel Partners Capital | 11100 Wayzata Blvd | | Minnetonka | MN | 55305 |
| City of Altus | 509 S Main St | | Altus | OK | 73521 |
| City of Hereford | PO Box 2277 | | Hereford | TX | 79045-2277 |
| City of Plainview | 202 W 5th | | Plainview | TX | 79072 |
| City of Vernon | 1725 Wilbarger St | | Vernon | TX | 76384-4741 |
| Crest Capitol | PO Box 88233 | | Atlanta | GA | 30356 |
| Entergy Utility | PO Box 8105 | | Baton Rouge | LA | 70891-8105 |
| Excel Energy | PO Box 9477 | | Minneapolis | MN | 55484-9477 |
| Federal Communications Com. | 45 L Street NE | | Washington | DC | 20554 |
| Financial Agent Services | PO Box 2576 | | Springfield | IL | 62708 |
| First State Bank Athens | PO Box 471 | | Athens | TX | 75751 |
| Global Music Rights | 1801 W Olympic Blvd | | Pasadena | CA | 91199-2280 |
| Hanmi Bank | 5403 Olympic Dr. #200 | | Gig Harbor | WA | 98335 |
| Hanssen LaPorte | 14201 Memorial Dr | | Houston | TX | 77079 |
| Hitachi Capital America Corp. | 7808 Creekridge Circle | Suite 250 | Edina | MN | 55439 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7317 | Philadelphia | PA | 19101-7317 |
| Liberty Mutual Insurance | 175 Berkeley St | | Boston | MA | 02116 |
| Litefund Solutions | 99 Wall St #2613 | | New York | NY | 10005 |
| Marlin - Peak Com. | 300 Fellowship Rd | | Mt. Laurel | NJ | 08054 |
| Marlin Leasing Corp | 300 Fellowship Rd | | Mount Laurel | NJ | 08054 |
| Media Facilities | 1740 Dell Range Blvd. #418 | | Cheyenne | WY | 82009 |
| Meridian | 367 Eagleview Blvd. | | Exton | PA | 19341 |
| Meridian Equipment Finance LLC | 9 Old Lincoln Highway | | Malvern | PA | 19355 |
| Midland States Bank | 1801 Park 270 Drive | Suite 200 | St. Louis | MO | 63146 |
| Mitsubishi HC | 7201 Metro Blvd. Ste 800 | | Edina | MN | 55439 |
| Monte Spearman | PO Box 3649 | | Palestine | TX | 80534 |

4871-6878-7891, v. 1

United States Bankruptcy Court
Northern District of Texas
Dallas Division

**High Plains Radio Network LLC**                              Case  No. 24-70089

**VERIFICATION OF CREDITOR MATRIX**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| New Lane Fin. B-M | 801 Landcaster Ave | | Bryn Mawr | PA | 19010 |
| North Arkansas Electric | PO Box 1000 | | Salem | AR | 72576-1000 |
| Optimum Telephone | 1111 Stewart Ave. | | Bethpage | NY | 11714-3581 |
| Pawnee | 3801 Automation Way #207 | | Ft Collins | CO | 80525 |
| SBA Covid-19 Disaster Loan | PO Box 3918 | | Portland | OR | 97208-3918 |
| SecureNet | 101 N Federal HWY Ste 601 | | Boca Raton | FL | 33432 |
| SESAC | PO Box 5246 | | New York | NY | 10008-5246 |
| Summit | 4680 Parkway Dr #300 | | Mason | OH | 45040 |
| Summit Natural Gas | PO Box 676358 | | Dallas | TX | 75267-6357 |
| The Fundworks | 299 S. Main St. #1300 | | Salt Lake City | UT | 84111 |
| Turbo Capital | 2308 N Market St | | Wilmington | DE | 19802 |
| TXU Utility | PO Box 650638 | | Dallas | TX | 75265-0638 |
| U.S. Bank Equipment Finance | 1310 Madrid Street | | Marshall | MN | 56258 |
| U.S. Small Business Administration | 1545 Hawkins Blvd | Suite 202 | El Paso | TX | 79925 |
| United First LLC | 2999 NE 191st St | | Miami | FL | 33180 |
| United Funding | 1835 E Hollandale Beach BLVD | | Hollandale Beach | FL | 33009 |
| Verizon Cell Phone | PO Box 660108 | | Dallas | TX | 75266-0108 |
| Vertical Bridge | 750 Park of Commerce Dr #200 | | Boca Raton | FL | 33487 |
| Zula Com | PO Box 3649 | | Palestine | TX | 75801 |
| https://weyerkaplan-my.sharepoint.com/personal/jcarruth_wkpz_com/Documents/Attachments/[creditor import hprn 002.xlsx]verifmatrix001 | | | | | |

**The above-named Debtor hereby verifies that the creditors list above is true and correct to the best of the knowledge of the Debtor.**

Dated:                3/29/2024

Debtor:              **High Plains Radio Network LLC**

By: /s/  Monte Spearman
Manager / President

4871-6878-7891, v. 1

**<u>PROPOSED ORDER</u>**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HIGH PLAINS RADIO NETWORK,** | § | **CASE NO. 24-70089-swe11V** |
| **LLC,** | § | |
| | § | |
| **DEBTOR.** | § | |

**ORDER GRANTING MOTION TO EXPEDITE HEARINGS REGARDING CERTAIN FIRST DAY MATTERS (RE: DOCKET NOS. 11, 12, 13, 14)**

On this day the Court considered the *Motion to Expedite Hearings Regarding Certain First Day Matters* (Docket No. 14) (the "Motion to Expedite") filed herein on April 2, 2024 by High Plains Radio Network, LLC, debtor and debtor in possession (the "Debtor"). Upon review of the Motion to Expedite, the Court is of the opinion that sufficient cause exists to set an expedited hearing regarding each of the following motions filed by the Debtor on April 1-2, 2024 (collectively, the "Subject Motions").

| Docket No. | Motion |
|---|---|
| 11 | Motion to Use Cash Collateral |
| 12 | Motion to Pay Pre-Petition Wages |
| 13 | Motion to Maintain Bank Accounts |

IT IS THEREFORE ORDERED THAT the Court shall conduct an expedited hearing on the Subject Motions at the date and time entered on the docket for this case.  ***The hearing shall be conducted by WebEx.***  Movant shall be responsible for notice.


### ### END OF ORDER ###


Submitted by:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:_____*/s/ Jeff Carruth*_____
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, TX 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION