**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HIGH PLAINS RADIO NETWORK,** | § | **CASE NO. 24-70089-swe11V** |
| **LLC,** | § | |
| | § | |
| **DEBTOR.** | § | |

**ORDER GRANTING MOTION TO EXPEDITE HEARINGS REGARDING CERTAIN FIRST DAY MATTERS (RE: DOCKET NOS. 11, 12, 13, 14)**

On this day the Court considered the *Motion to Expedite Hearings Regarding Certain First Day Matters* (Docket No. 14) (the "Motion to Expedite") filed herein on April 2, 2024 by High Plains Radio Network, LLC, debtor and debtor in possession (the "Debtor"). Upon review of the Motion to Expedite, the Court is of the opinion that sufficient cause exists to set an expedited hearing regarding each of the following motions filed by the Debtor on April 1-2, 2024 (collectively, the "Subject Motions").

| Docket No. | Motion |
|---|---|
| 11 | Motion to Use Cash Collateral |
| 12 | Motion to Pay Pre-Petition Wages |
| 13 | Motion to Maintain Bank Accounts |

IT IS THEREFORE ORDERED THAT the Court shall conduct an expedited hearing on the Subject Motions at the date and time entered on the docket for this case. ***The hearing shall be conducted by WebEx.*** Movant shall be responsible for notice.

### END OF ORDER ###

Submitted by:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:____*/s/ Jeff Carruth*_____
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, TX 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION