UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § § | CASE NO. 24-70089-swe11 |
| DEBTOR. | § § § | |

**AMENDED NOTICE OF EXPEDITED HEARINGS**

Please take notice that an expedited hearing has been set for **THURSDAY, APRIL 4, 2024 AT 10:30 A.M.** before the Honorable Scott W. Everett, United States Bankruptcy Judge regarding the matters referenced and described below.

**The hearing will be conducted via a hybrid format**. Parties who will be offering evidence or participating in examination must make in-person appearances in Judge Everett's courtroom located at US Federal Courthouse, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242; other interested parties may make Webex appearances. Also, Debtor's representative may appear by WebEx.

**For WebEx Video Participation/Attendance**:

https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Participation/Attendance**:

Dial-In: 1-650-479-3207
Access Code: 476 420 189

| Filing Date | Docket Text |
|---|---|
| 04/01/2024 | 11    (29 pgs; 2 docs) Motion to use cash collateral *Emergency Motion* Filed by Debtor High Plains Radio Network, LLC (Attachments: # 1 Proposed Order) (Carruth, Jeffery) |
| 04/02/2024 | 12   (17 pgs; 2 docs) Emergency Motion to pay pre-petition debt-- *Emergency Motion to Pay Pre-Petition Wages* Filed by Debtor High Plains Radio Network, LLC (Attachments: # 1 Proposed Order) (Carruth, Jeffery) |
| 04/02/2024 | 13   (16 pgs; 2 docs) Motion to maintain bank accounts. Filed by Debtor High Plains Radio Network, LLC (Attachments: # 1 Proposed Order) (Carruth, Jeffery) |

Dated:  November 29, 2022    Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:   */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, TX 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on April 3, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix).

**COPIES OF THE EXHIBITS WERE NOT SERVED BY REGULAR MAIL.  PLEASE CONTACT THE UNDERSIGNED IF YOU WISH TO RECEIVE THE EXHIBITS.**

    */s/Jeff Carruth*
    Jeff Carruth

## ECF SERVICE LIST

**24-70089-swe11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor High Plains Radio Network, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Paul H. Cross on behalf of Creditor Hanmi Bank
phclease@msn.com

Julie Anne Parsons on behalf of Creditor Eastland County Appraisal District
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Henderson, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Stephens, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Scott M. Seidel -SBRA V
scott@scottseidel.com, csms11@trustesolutions.net;susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

## Regular Mail List

United States Bankruptcy Court
Northern District of Texas
Dallas Division

**High Plains Radio Network LLC**                                   Case No. 24-70089

**VERIFICATION OF CREDITOR MATRIX**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Ailco | W222 N833 Chaney Rd | | Waukesha | WI | 53186 |
| Ailco Equipment Finance Group Inc. | W 222 N 833 Cheaney Road | | Waukesha | WI | 53186 |
| American Express | PO Box 6031 | | Carol Stream | IL | 60197-6031 |
| Amur | 304 W. 3rd St | | Grand Island | NB | 68801 |
| Arrakis Automations | 6604 Powell St | | Loveland | Co | 80537 |
| ASCAP | 250 West 57th St | | New York | NY | 10107 |
| Ascentium | 23970 HWY 59 Nth. | | Kingwood | TX | 77339 |
| Atmos Energy | PO Box 740353 | | Cincinnati | OH | 45274-0353 |
| Balboa | 575 Anton Blvd 12th Flr. | | Costa Mesa | CA | 92626 |
| Black Hills Natural Gas | PO Box 6006 | | Rapid City | SD | 57709 |
| Blue Bridge | 11921 Freedom Dr. | | Reston VA | VA | 20190 |
| Blue Bridge Financial LLC | 11921 Freedom Dr. | Suite 1130 | Reston | VA | 20190 |
| Bluepeak Telephone | 5100 S. Broadband Lane | | Sioux Falls | SD | 57108 |
| BMI | PO Box 630893 | | Cincinnati | OH | 45263-0893 |
| Bryn Mawr Equipment Finance Inc. | 801 Lancaster Avenue | | Bryn Mawr | PA | 19010 |
| CT Corp. Sys. | Attn: SPRS | 330 N Brand Blvd | Glendale | CA | 91203 |
| Channel Partners Capital | 11100 Wayzata Blvd | | Minnetonka | MN | 55305 |
| City of Altus | 509 S Main St | | Altus | OK | 73521 |
| City of Hereford | PO Box 2277 | | Hereford | TX | 79045-2277 |
| City of Plainview | 202 W 5th | | Plainview | TX | 79072 |
| City of Vernon | 1725 Wilbarger St | | Vernon | TX | 76384-4741 |
| Crest Capitol | PO Box 88233 | | Atlanta | GA | 30356 |
| Entergy Utility | PO Box 8105 | | Baton Rouge | LA | 70891-8105 |
| Excel Energy | PO Box 9477 | | Minneapolis | MN | 55484-9477 |
| Federal Communications Com. | 45 L Street NE | | Washington | DC | 20554 |
| Financial Agent Services | PO Box 2576 | | Springfield | IL | 62708 |
| First State Bank Athens | PO Box 471 | | Athens | TX | 75751 |
| Global Music Rights | 1801 W Olympic Blvd | | Pasadena | CA | 91199-2280 |
| Hamni Bank | 5403 Olympic Dr. #200 | | Gig Harbor | WA | 98335 |
| Hanszen LaPorte | 14201 Memorial Dr | | Houston | TX | 77079 |
| Hitachi Capital America Corp. | 7808 Creekridge Circle | Suite 250 | Edina | MN | 55439 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7317 | Philadelphia | PA | 19101-7317 |
| Liberty Mutual Insurance | 175 Berkeley St | | Boston | MA | 02116 |
| Litefund Solutions | 99 Wall St #2613 | | New York | NY | 10005 |
| Marlin - Peak Com. | 300 Fellowship Rd | | Mt. Laurel | NJ | 08054 |
| Marlin Leasing Corp | 300 Fellowship Rd | | Mount Laurel | NJ | 08054 |
| Media Facilities | 1740 Dell Range Blvd. #418 | | Cheyenne | WY | 82009 |
| Meridian | 367 Eagleview Blvd. | | Exton | PA | 19341 |
| Meridian Equipment Finance LLC | 9 Old Lincoln Highway | | Malvern | PA | 19355 |
| Midland States Bank | 1801 Park 270 Drive | Suite 200 | St. Louis | MO | 63146 |
| Mitsubishi HC | 7201 Metro Blvd. Ste 800 | | Edina | MN | 55439 |
| Monte Spearman | PO Box 3649 | | Palestine | TX | 80534 |

United States Bankruptcy Court
Northern District of Texas
Dallas Division

**High Plains Radio Network LLC**      Case No. 24-70089

**VERIFICATION OF CREDITOR MATRIX**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| New Lane Fin. B-M | 801 Landcaster Ave | | Bryn Mawr | PA | 19010 |
| North Arkansas Electric | PO Box 1000 | | Salem | AR | 72576-1000 |
| Optimum Telephone | 1111 Stewart Ave. | | Bethpage | NY | 11714-3581 |
| Pawnee | 3801 Automation Way #207 | | Ft Collins | CO | 80525 |
| SBA Covid-19 Disaster Loan | PO Box 3918 | | Portland | OR | 97208-3918 |
| SecureNet | 101 N Federal HWY Ste 601 | | Boca Raton | FL | 33432 |
| SESAC | PO Box 5246 | | New York | NY | 10008-5246 |
| Summit | 4680 Parkway Dr #300 | | Mason | OH | 45040 |
| Summit Natural Gas | PO Box 676358 | | Dallas | TX | 75267-6357 |
| The Fundworks | 299 S. Main St. #1300 | | Salt Lake City | UT | 84111 |
| Turbo Capital | 2308 N Market St | | Wilmington | DE | 19802 |
| TXU Utility | PO Box 650638 | | Dallas | TX | 75265-0638 |
| U.S. Bank Equipment Finance | 1310 Madrid Street | | Marshall | MN | 56258 |
| U.S. Small Business Administration | 1545 Hawkins Blvd | Suite 202 | El Paso | TX | 79925 |
| United First LLC | 2999 NE 191st St | | Miami | FL | 33180 |
| United Funding | 1835 E Hollandale Beach BLVD | | Hollandale Beach | FL | 33009 |
| Verizon Cell Phone | PO Box 660108 | | Dallas | TX | 75266-0108 |
| Vertical Bridge | 750 Park of Commerce Dr #200 | | Boca Raton | FL | 33487 |
| Zula Com | PO Box 3649 | | Palestine | TX | 75801 |

https://weycerkaplan-my.sharepoint.com/personal/jcarruth_wkpz_com/Documents/Attachments/[creditor import hprn 002.xlsx]verifmatrix001

The above-named Debtor hereby verifies that the creditors list above is true and correct to the best of the knowledge of the Debtor.

Dated:      3/29/2024

Debtor:      **High Plains Radio Network LLC**

By: /s/ Monte Spearman
Manager / President

4889-5963-6915, v. 4

# WebEx Hearing Instructions
## Judge Scott W. Everett

Pursuant to General Order 2023-05 issued by the Court on September 19, 2023, hearings before Judge Scott W. Everett will be conducted pursuant to the guidelines set forth in the General Order unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In:  1-650-479-3207;   Access code:   476 420 189

**Participation/Attendance Requirements:**

- Counsel and other parties-in-interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties-in-interest who will <u>not</u> be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic-only mode may attend the hearing in the WebEx telephonic-only mode using the WebEx dial-in and access code above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. <u>During hearings participants are required to keep their lines on mute when they are not addressing the Court or otherwise actively participating in the hearing</u>. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode, and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will <u>not</u> be accepted by the Court. The Court may consider special requests for other appearance options on a case-by-case basis.

- All WebEx hearing attendees are required to comply with Judge Everett's Telephonic and Videoconference Hearing Policy (included within Judge Everett's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing <u>must</u> file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a <u>separate, individual attachment thereto</u> so that the Court and all participants have ready access to all designated exhibits.

- In addition, for evidentiary hearings, when more than ten exhibits have been filed in ECF or when the total page count of all exhibits exceeds 500 pages, Judge Everett requests a thumb/USB drive be delivered to him prior to the hearing at: U.S. Bankruptcy Court, Attn: Stephen Manz, 1100 Commerce Street, Room 1254, Dallas, TX 75242.

- Paper copies of exhibits are not encouraged; however, paper copies may be provided <u>to the witness(s)</u> at an in-person hearing if preferred.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Everett's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .

- When electronically filing the Notice of Hearing via CM/ECF <u>select "at https://us-courts.webex.com/meet/everett" as the location of the hearing</u> (note: this option appears immediately after the first set of Wichita Falls locations). Do <u>not</u> select Judge Everett's Dallas courtroom as the location for the hearing.

**CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING**

The Court will allow participation in a virtual hearing using either of the following two methods. Please connect at least 10 minutes prior to the hearing time. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours before the hearing.

**Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.**

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a phone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the court.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me At" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

**Option 2: Call in via phone (audio only).**

Webex dial-in number: 1-650-479-3207 (access code: 476 420 189).

<u>HELPFUL HINTS AND ETIQUETTE</u>

- Please use the mute function when you are not speaking. Please be aware that sometimes the court mutes everyone when there is background noise. When you want to speak, make sure you are not on mute. Call-in users should <u>dial *6 to unmute your line</u>.

- Remember to state your name for the record each time before speaking and speak slowly and clearly so the Court can get a good record.

- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. <u>If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.</u>

- During examination, attorneys and witnesses should use a separate camera and microphone when possible. To avoid feedback, parties using separate devices must not be in the same room. The Court may consider special requests on a case-by-case basis.

- WebEx participants may use the "share" button to easily share their screen or document with the Court or other WebEx participants. Press "stop sharing" to remove the presentation from the meeting.

- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

- Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.

- Participants are reminded that they should wear attire suitable for court.

- Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the courtroom deputy.

**EXHIBITS AND DEMONSTRATIVE AIDS**

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules using the "list (witness/exhibit/generic)" OR "notice (generic)" OR "Support/Supplemental document" event in ECF.

Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

- During the hearing, lawyers can refer to (and offer) their exhibits by referencing the exhibit's docket number for the court and all to access. After the hearing, the court will create a Minute Entry reflecting which exhibits were admitted. You should consider emailing exhibits to witnesses ahead of time since they may not have access to PACER.

- In addition for evidentiary hearings, when more than ten exhibits have been filed in ECF or when the total page count of all exhibits exceeds 500 pages, Judge Everett requests a thumb/USB drive be delivered to him prior to the hearing at: U.S. Bankruptcy Court, Attn: Stephen Manz, 1100 Commerce Street, Room 1254, Dallas, TX 75242.

- Paper copies of exhibits are not encouraged; however, paper copies may be provided <u>to the witness(es)</u> at an in-person hearing if preferred.