KAMINSKI LAW, PLLC
Shanna M. Kaminski
P.O. Box 247
Grass Lake, MI 49240
(248) 462-7111
Email: skaminski@kaminskilawpllc.com
*Attorneys for Union Funding Source, Inc.*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **Case No. 24-70089** |
| **HIGH PLAINS RADIO NETWORK, LLC** § | |
| § | **Chapter 11** |
| **Debtor.** § | |
| § | |

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR NOTICE</u>**

PLEASE TAKE NOTICE that Shanna M. Kaminski of Kaminski Law, PLLC appears as counsel for Union Funding Source, Inc., and, pursuant to Fed. R. Bankr. P. 2002 and 9010, requests that all notices given or required to be given in the above case be given to and served upon:

Shanna M. Kaminski
KAMINSKI LAW, PLLC
P.O. Box 247
Grass Lake, MI 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, email or otherwise, that affects any party in interest, creditor, the Debtor, Debtor-in-Possession, or property of the Debtor or Debtor-in-Possession.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Union Funding Source Inc.'s right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Union Funding Source, Inc. is or may be entitled, in law or in equity; all of which rights, claims, actions, defenses, setoffs and recoupments to which Union Funding Source, Inc. expressly reserves.

Dated:  April 3rd, 2024

                                                  Respectfully Submitted,

KAMINSKI LAW, PLLC

__/s/ Shanna M. Kaminski_____
SHANNA M. KAMINSKI
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

*Attorneys for Union Funding Source, Inc.*