# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § § § § | CASE NO. 24-70089 |
| DEBTOR. | § | |

## ORDER GRANTING MOTION TO EXPEDITE HEARING REGARDING UTILITIES MOTION (RE: DOCKET NOS. 15, 24)

On this day the Court considered the *Motion to Expedite Hearing Regarding Utilities Motion* (Docket No. 24) (the "Motion to Expedite") filed herein on April 2, 2024 by High Plains Radio Network, LLC, debtor and debtor in possession (the "Debtor"). Upon review of the Motion to Expedite, the Court is of the opinion that sufficient cause exists to set an expedited hearing regarding each of the following motions filed by the Debtor (collectively, the "Subject Motions").

| Docket No. | Motion |
|---|---|
| 15 | Motion for Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services and (II) Establishing Procedures for Determining Requests for Additional Adequate Assurance |

      IT IS THEREFORE ORDERED THAT the Court shall conduct an expedited hearing on the Subject Motions at the date and time entered on the docket for this case.  ***The hearing shall be conducted by WebEx, and the representative of the Debtor may appear by WebEx.***  Movant shall be responsible for notice.

### ### END OF ORDER ###

Submitted by:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:  */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, TX 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION