LEIGHA SIMONTON
UNITED STATES ATTORNEY
Dawn Whalen Theiss
Assistant United States Attorney
Texas Bar No. 24051755
1100 Commerce St., Ste. 300
Dallas, Texas 75242
dawn.theiss@usdoj.gov
Telephone: 214-659-8600
Facsimile:  214-659-8807
Attorneys for
United States of America
Small Business Administration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| In re:<br><br>HIGH PLAINS RADIO NETWORK, LLC,<br><br>Debtor. | CASE NO. 24-70089-RLJ-11<br>CHAPTER 11 |

**NOTICE OF APPEARANCE OF SBA**
**AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned counsel is appearing for the following governmental unit in the above-styled and numbered bankruptcy case:  United States of America on behalf of the Small Business Administration (SBA).   The SBA is an interested party.

Pursuant to Bankruptcy Rules that include 2002, 3017(a), and 9010(b) and N.D. Tex. L.B.R. 2002-1(j) all notices given or required to be given to the SBA and all papers served or required to be served on this agency in this case are requested to be served on the undersigned counsel.

This appearance is on behalf of the agency or instrumentality identified above only, and

**Notice of Appearance of SBA – Page 1**

neither extends to nor constitutes an appearance by any other agency, instrumentality, branch, or subdivision of the United States of America, and, further, this Appearance does not constitute a waiver of the requirements of proper and full service on such other agency, instrumentality, branch, or subdivision of the United States of America.

DATED April 4, 2024.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

 */s/ Dawn Whalen Theiss*
Dawn Whalen Theiss
Assistant United States Attorney
Texas Bar No. 24051755
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8628
Facsimile:   214-659-8807
dawn.theiss@usdoj.gov

Attorneys for Small Business Administration

Certificate of Service

On April 4, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. Bankruptcy Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

 */s/ Dawn Whalen Theiss*
Dawn Whalen Theiss
Assistant United States Attorney