**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| **HIGH PLAINS RADIO NETWORK, LLC,** § | **CASE NO. 24-70089-swe11** |
| § | |
| DEBTOR. § | |
| § | |

**CASH FLOW STATEMENT**

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
JEFF CARRUTH (TX SBN: 24001846)
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

### EXHIBIT H011 - BUDGET 13 WEEK

**High Plains Radio Network** — 13-week budget. No admission of liability.

| Calendar Start of Week | 4/5/2024 | 4/12/2024 | 4/19/2024 | 4/26/2024 | 5/3/2024 | 5/10/2024 | 5/17/2024 | 5/24/2024 | 5/31/2024 | 6/7/2024 | 6/14/2024 | 6/21/2024 | 6/28/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| **Start Cash** | 10,289 | 24,075 | 34,848 | 41,794 | 7,008 | 22,217 | 34,413 | 22,782 | 5,419 | 14,628 | (4,599) | 12,347 | 13,561 |
| **Receipts** | | | | | | | | | | | | | |
| Operating income | 20,000 | 60,000 | 60,000 | 30,000 | 20,000 | 60,000 | 40,000 | 40,000 | 20,000 | 30,000 | 70,000 | 60,000 | 30,000 |
| **Total Cash Receipts** | 20,000 | 60,000 | 60,000 | 30,000 | 20,000 | 60,000 | 40,000 | 40,000 | 20,000 | 30,000 | 70,000 | 60,000 | 30,000 |
| **Operating Expenses** | | | | | | | | | | | | | |
| Payroll | 0 | (43,013) | 0 | (52,572) | 0 | (43,013) | 0 | (52,572) | 0 | (43,013) | 0 | (52,572) | 0 |
| Utilities & Leases | 0 | 0 | (33,530) | 0 | 0 | 0 | (33,530) | 0 | 0 | 0 | (33,530) | 0 | 0 |
| Programming Related | 0 | 0 | (13,310) | 0 | 0 | 0 | (13,310) | 0 | 0 | 0 | (13,310) | 0 | 0 |
| Insurance - Admin - Misc | (6,214) | (6,214) | (6,214) | (6,214) | (4,791) | (4,791) | (4,791) | (4,791) | (4,791) | (6,214) | (6,214) | (6,214) | (6,214) |
| **Total OpEx** | (6,214) | (49,227) | (53,054) | (58,786) | (4,791) | (47,804) | (51,631) | (57,363) | (4,791) | (49,227) | (53,054) | (58,786) | (6,214) |
| **Prof. Fees/Admin. Expenses** | | | | | | | | | | | | | |
| WKPZ | | | | (5,000) | | | | | (5,000) | | | | (5,000) |
| SubV Trustee | | | | (1,000) | | | | | (1,000) | | | | (1,000) |
| **Total Prof. Fees/Admin. Exp,** | 0 | 0 | 0 | (6,000) | 0 | 0 | 0 | 0 | (6,000) | 0 | 0 | 0 | (6,000) |
| **Total Disbursements** | (6,214) | (49,227) | (53,054) | (64,786) | (4,791) | (47,804) | (51,631) | (57,363) | (10,791) | (49,227) | (53,054) | (58,786) | (12,214) |
| **Net Cash Flow** | 13,786 | 10,773 | 6,946 | (34,786) | 15,209 | 12,196 | (11,631) | (17,363) | 9,209 | (19,227) | 16,946 | 1,214 | 17,786 |
| **End Cash** | 24,075 | 34,848 | 41,794 | 7,008 | 22,217 | 34,413 | 22,782 | 5,419 | 14,628 | (4,599) | 12,347 | 13,561 | 31,347 |

| NOTES | Projected Collections | April | 170,000 |
|---|---|---|---|
| | Increase Sales HS Sports | May | 180,000 |
| | Increase Sales Graduation | June | 190,000 |

C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[exh h011 - budget 002 13-wk 4859-1230-7636 v.2.xlsx]13 Wk Budget

**EXHIBIT H010**

| Operations Budget | Altus | Month % |
|---|---:|---:|
| 1 Office - 4 FM Stations | SW Okla | Line |
| Type of Expense | 4 FM | Item |
| KYEB - KVWC Tower Lease - Titan Systems | 1200 | 3.2% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| KYEB - KVWC Tower Electric - TXU | 800 | 2.1% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Office Int-Phones - Bluepeak | 300 | 0.8% |
| Equipment Insurance - Liberty Mutual | 1200 | 3.2% |
| Internet Feed Service - SecureNet | 100 | 0.3% |
| Natural Gas - Summit | 100 | 0.3% |
| Office Electric - Altus | 500 | 1.3% |
| Office Water - Trash - Sewer - Altus | 100 | 0.3% |
| Office Lease | 2500 | 6.7% |
| Real Property Tax - Altus | 300 | 0.8% |
| Personal Property Tax - All Counties | 100 | 0.3% |
| **Leases - Utilities - Insurance - Property Tax** | **7200** | **19.3%** |
| Cell Services - $80 Per Station - Verizon | 320 | 0.9% |
| Programming & Automation - Arrakis Adobe | 100 | 0.3% |
| Sales & Sports Travel - $80 Per Station | 320 | 0.9% |
| FCC Annual Fees - FM $2400 | 800 | 2.1% |
| Royalties - ASCAP @ $160 Ea. | 640 | 1.7% |
| BMI @ $160 Ea. | 640 | 1.7% |
| GMR @ $25 Ea. | 100 | 0.3% |
| SESAC @ $25 Ea. | 100 | 0.3% |
| Sound Exchange @ $100 Each Feed | 200 | 0.5% |
| **Programming - Travel - Broadcast - Royalties** | **3220** | **8.6%** |
| Sports Mgr - Kathy | 800 | 2.1% |
| Production Affidavits & FCC Quarterly - Jacob | 300 | 0.8% |
| MS Prod Talent - Cal - Altus | 2000 | 5.4% |
|  | 0 | 0.0% |
| Sports Ancers @ $100 Per Mth Per Station | 400 | 1.1% |
| Office & Traffic Mgr - Tracie | 1750 | 4.7% |
| Sales Mgr Local - Trudy | 1500 | 4.0% |
| Sales Rep #1 Altus - Niki | 500 | 1.3% |
| Sales Rep #2 Frederick - Jennifer | 500 | 1.3% |
| Sales Rep #3 Vernon - | 500 | 1.3% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Engineering - Mike | 750 | 2.0% |
| Agency Sales Mgr. - Tiffany | 1000 | 2.7% |
| Property Maint. - Gentry | 1000 | 2.7% |
| Promotions Mgr. - Kristi | 500 | 1.3% |
| Gen. Sales Mgr. - Monte | 1000 | 2.7% |
| Employee Tax Match 10% | 1250 | 3.3% |
| **Payroll** | **13750** | **36.8%** |
| **Corporate Expenses** | **1250** | **3.3%** |
| **Fees - Misc. - Other - ROUND OFF** | **5680** | **15.2%** |
| **Monthly Total** | **31100** | **100.0%** |
|  |  |  |
| **Commissions Added at 20% of the Monthly Total** | **6220** | 16.7% |
|  |  |  |
| **Combined Monthly Total** | **37320** |  |
|  |  |  |
| **Combined Annual Total** | **447840** |  |

**EXHIBIT H010 - PAGE 1**

| Operations Budget<br>1 Office - 4 FM & 1 AM Stations<br>Type of Expense | Hereford<br>West Texas<br>4 FM - 1 AM | Month %<br>Line<br>Item |
|---|---:|---:|
| KKYN & KRIA Tower Lease - Lift Systems | 700 | 1.9% |
| KGRW Tower Lease - City of Friona | 500 | 1.3% |
| KNNK Tower Lease - South Plains Com | 750 | 2.0% |
| KKYN & KRIA Tower Electric - Swisher Elec. | 500 | 1.3% |
| KZZN Tower Electric - Xcel | 300 | 0.8% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Equipment Insurance - Liberty Mutual | 1500 | 4.0% |
| Internet Feed Service - SecureNet | 100 | 0.3% |
| Natural Gas - Atmos | 100 | 0.3% |
| Office Electric - Xcel | 300 | 0.8% |
| Office Water - Trash - Sewer - Hereford | 120 | 0.3% |
| Office Lease | 2500 | 6.7% |
| Real Property Tax - Hrfd & Ltfd | 600 | 1.6% |
| Personal Property Tax - All Counties | 100 | 0.3% |
| **Leases - Utilities - Insurance - Property Tax** | **8070** | **21.6%** |
| Cell Services - $80 Per Station - Verizon | 400 | 1.1% |
| Programming & Automation - Arrakis Adobe | 100 | 0.3% |
| Sales & Sports Travel - $80 Per Station | 400 | 1.1% |
| FCC Annual Fees - FM $2400 - AM $600 | 850 | 2.3% |
| Royalties - ASCAP @ $160 Ea. | 800 | 2.1% |
| BMI @ $160 Ea. | 800 | 2.1% |
| GMR @ $25 Ea. | 125 | 0.3% |
| SESAC @ $25 Ea. | 125 | 0.3% |
| Sound Exchange @ $100 Each Feed | 200 | 0.5% |
| **Programming - Travel - Broadcast - Royalties** | **3800** | **10.2%** |
| Sports Mgr - Johnny | 1000 | 2.7% |
| MS Prod Talent - Chris - Plainview | 1000 | 2.7% |
| MS Prod Talent - Jeri - Hereford | 1000 | 2.7% |
|  | 0 | 0.0% |
| Sports Ancers @ $200 Per Mth Per Station | 1000 | 2.7% |
| Office & Traffic Mgr - Tracie | 1750 | 4.7% |
| Sales Mgr Local - Jeri | 1000 | 2.7% |
| Sales Rep #1 Hereford - | 500 | 1.3% |
| Sales Rep #2 Friona - | 500 | 1.3% |
| Sales Rep #3 Littlefield - | 500 | 1.3% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Engineering - Mike | 750 | 2.0% |
| Agency Sales Mgr. - Tiffany | 1000 | 2.7% |
| Property Maint. - Gentry | 1000 | 2.7% |
| Promotions Mgr. - Kristi | 500 | 1.3% |
| Gen. Sales Mgr. - Monte | 1000 | 2.7% |
| Employee Tax Match 10% | 1250 | 3.3% |
| **Payroll** | **13750** | **36.8%** |
| **Corporate Expenses** | **1250** | **3.3%** |
| **Fees - Misc. - Other - ROUND OFF** | **4230** | **11.3%** |
| **Monthly Total** | **31100** | **100.0%** |
| **Commissions Added at 20% of the Monthly Total** | **6220** | **16.7%** |
| **Combined Monthly Total** | **37320** |  |
| **Combined Annual Total** | **447840** |  |

**EXHIBIT H010 - PAGE 2**

| Operations Budget<br>1 Office - 2 FM & 3 AM Stations<br>Type of Expense | Palestine<br>East Texas<br>2 FM - 3 AM | Month %<br>Line<br>Item |
|---|---:|---:|
| KYYK Tower Lease - American | 1600 | 2.9% |
| KWRD Tower Lease - Titan | 700 | 1.3% |
| KCKL & KLVQ Tower Lease - Titan | 1500 | 2.7% |
| KYYK & KNET Utility - Reliant | 300 | 0.5% |
| KCKL & KLVQ Utility - TXU | 500 | 0.9% |
| Office Apartment Expense | 1000 | 1.8% |
| Office Int-Phones - Optimum & Etex & BrtSpd | 900 | 1.6% |
| Equipment Insurance - Liberty Mutual | 1500 | 2.7% |
| Internet Feed Service - SecureNet | 100 | 0.2% |
| Natural Gas - None | 0 | 0.0% |
| Office Electric - Reliant & SWEPC | 1000 | 1.8% |
| Office Water - Trash - Sewer - Pal & Hend | 200 | 0.4% |
| Office Lease - 2 Offices | 5000 | 9.0% |
| Real Property Tax - Palestine & Henderson | 700 | 1.3% |
| Personal Property Tax - All Counties | 100 | 0.2% |
| **Leases - Utilities - Insurance - Property Tax** | **15100** | **27.3%** |
| Cell Services - $80 Per Station - Verizon | 400 | 0.7% |
| Programming & Automation - Arrakis Adobe | 100 | 0.2% |
| Sales & Sports Travel - $80 Per Station | 400 | 0.7% |
| FCC Annual Fees - FM $2400 - AM $600 | 550 | 1.0% |
| Royalties - ASCAP @ $160 Ea. | 800 | 1.4% |
| BMI @ $160 Ea. | 800 | 1.4% |
| GMR @ $25 Ea. | 125 | 0.2% |
| SESAC @ $25 Ea. | 125 | 0.2% |
| Sound Exchange @ $100 Each Feed | 200 | 0.4% |
| **Programming - Travel - Broadcast - Royalties** | **3500** | **6.3%** |
| Sports Mgr - Paul | 1200 | 2.2% |
| MS Prod Talent - Stephanie - Athens | 2500 | 4.5% |
| MS Prod Talent - Mark - Henderson | 1250 | 2.3% |
| MS Prod Talent - Kat - Palestine | 2500 | 4.5% |
| Sports Ancers @ $200 Per Mth Per Station | 1000 | 1.8% |
| Office & Traffic Mgr - Tasha | 1750 | 3.2% |
| Sales Mgr Local - Stephanie - Athens | 3000 | 5.4% |
| Sales Mgr Local - Kenny - Henderson | 2000 | 3.6% |
| Sales Mgr Local - Thor - Palestine | 1000 | 1.8% |
| Sales Rep #1 -          - Athens | 500 | 0.9% |
| Sales Rep #2 - Erminia - Henderson | 500 | 0.9% |
| Sales Rep #3 -          - Palestine | 500 | 0.9% |
| Engineering - Mike | 750 | 1.4% |
| Agency Sales Mgr. - Tiffany | 1000 | 1.8% |
| Property Maint. - Gentry | 1000 | 1.8% |
| Promotions Mgr. - Kristi | 500 | 0.9% |
| Gen. Sales Mgr. - Monte | 1000 | 1.8% |
| Employee Tax Match 10% | 2195 | 4.0% |
| **Payroll** | **24145** | **43.6%** |
| **Corporate Expenses** | **1250** | **2.3%** |
| **Fees - Misc. - Other - ROUND OFF** | **2105** | **3.8%** |
| **Monthly Total** | **46100** | **100.0%** |
| **Commissions Added at 20% of the Monthly Total** | **9220** | **16.7%** |
| **Combined Monthly Total** | **55320** | |
| **Combined Annual Total** | **663840** | |

**EXHIBIT H010 - PAGE 3**

| Operations Budget<br>1 Office - 3 FM<br>Type of Expense | Helena<br>KJMT - KFFA<br>WDMS 3 FM | Month %<br>Line<br>Item |
|---|---:|---:|
| KFFA Tower Rent - Titan Tower All Exp | 1200 | 3.2% |
| Mtn. Home Tower & Office Lease | 600 | 1.6% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Office Int-Phones - Optimum | 900 | 2.4% |
| Property & Equipment Ins GNVL - SouthGroup | 900 | 2.4% |
| Internet Feed Service - SecureNet | 100 | 0.3% |
| Natural Gas - Black Hills Gas | 100 | 0.3% |
| Office Electric - NAEC - Entergy - Entergy | 1400 | 3.8% |
| Office Water - Trash - Sewer - Helena & GNVL | 160 | 0.4% |
| Office Lease | 2500 | 6.7% |
| Real Property Tax - Helena | 300 | 0.8% |
| Personal Property Tax - All Counties | 100 | 0.3% |
| **Leases - Utilities - Insurance - Property Tax** | **8260** | **22.1%** |
| Cell Services - $80 Per Station - Verizon | 240 | 0.6% |
| Programming & Automation - Arrakis Adobe | 300 | 0.8% |
| Sales & Sports Travel - $80 Per Station | 240 | 0.6% |
| FCC Annual Fees - FM $2400 | 600 | 1.6% |
| Royalties - ASCAP @ $160 Ea. | 480 | 1.3% |
| BMI @ $160 Ea. | 480 | 1.3% |
| GMR @ $25 Ea. | 75 | 0.2% |
| SESAC @ $25 Ea. | 75 | 0.2% |
| Sound Exchange @ $100 Each Feed | 300 | 0.8% |
| **Programming - Travel - Broadcast - Royalties** | **2790** | **7.5%** |
| MS Prod Talent - Scott - Mtn Hm | 1500 | 4.0% |
| MS Prod Talent - Leon - Helena | 1500 | 4.0% |
| MS Prod Talent - Johnny - Greenville | 1000 | 2.7% |
|  | 0 | 0.0% |
| Sports Ancers @ $200 Per Mth Per Station | 600 | 1.6% |
| Office & Traffic Mgr - Tasha | 1750 | 4.7% |
| Sales Mgr Local - Johnny - Greenville | 2000 | 5.4% |
| Sales Mgr Local - Deward - Helena | 1000 | 2.7% |
| Sales Mgr Local -           - Mtn. Hm. | 1000 | 2.7% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
|  | 0 | 0.0% |
| Engineering - Mike | 750 | 2.0% |
| Agency Sales Mgr. - Tiffany | 1000 | 2.7% |
| Property Maint. - Gentry | 1000 | 2.7% |
| Promotions Mgr. - Kristi | 500 | 1.3% |
| Gen. Sales Mgr. - Monte | 1000 | 2.7% |
| Employee Tax Match 10% | 1460 | 3.9% |
| **Payroll** | **16060** | **43.0%** |
| **Corporate Expenses** | **1250** | **3.3%** |
| **Fees - Misc. - Other - ROUND OFF** | **2740** | **7.3%** |
| **Monthly Total** | **31100** | **100.0%** |
| **Commissions Added at 20% of the Monthly Total** | **6220** | 16.7% |
| **Combined Monthly Total** | **37320** |  |
| **Combined Annual Total** | **447840** |  |

**EXHIBIT H010 - PAGE 4**