UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   24-70089 |
| HIGH PLAINS RADIO NETWORK, LLC | § | |
| DEBTORS(S), | § | CHAPTER   11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**MALAKOFF ISD**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on   5th   day of   April   ,2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

JEFFERY D CARRUTH
WEYCER KAPLAN PULASKI &
ZUBER, P.C.
2608 HIBERNIA, STE 105
DALLAS, TX 75204-2514

SCOTT M. SEIDEL
TRUSTEE - SEIDEL LAW FIRM
6505 W. PARK BLVD, STE 306
PLANO, TX 75093

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:        dallas.bankruptcy@lgbs.com

By:  /s/ Sherrel K. Knighton
     Sherrel K. Knighton
     SBN: 00796900 TX