**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | CASE NO. 24-70089-swe11 |
| | § | |
| DEBTOR. | § | |
| | § | |

## STATEMENT OF OPERATIONS

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
JEFF CARRUTH (TX SBN: 24001846)
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

| High Plains Radio Network LLC | |
|---|---:|
| **2024 Jan & Feb & Mar** | |
| Income | |
| Plainview Group Advertising | $96,764.94 |
| Altus Group Advertising | $166,461.50 |
| Palestine Group Advertising | $165,270.49 |
| Delta Group Advertising | $45,651.67 |
| Miscellanious | $5,698.29 |
| Total Income | $479,846.89 |
| | |
| Industry Expense | |
| Agency Commissions | $3,359.27 |
| FCC Fees | $255.00 |
| Sports Travel | $1,771.10 |
| Sports Announcers Non-payroll | $120.00 |
| Royalties | |
| Plainview Group | $2,318.46 |
| Altus Group | $1,343.62 |
| Palestine Group | $2,129.44 |
| Delta Group | $1,895.50 |
| Total Industry Expense | $13,192.39 |
| | |
| Gross Profit | $466,654.50 |
| | |
| Expenses | |
| Office Supplies & Postage | $1,180.33 |
| Dues & Subs & FCC Fees | $4,963.38 |
| Credit Line Interest | $10,136.79 |
| Real Property Tax | $16,842.73 |
| Personal Property Tax | $135.40 |
| Service Charges Card Services | $8,033.49 |
| Property Maint & Repair | $9,525.93 |
| Broadcast Equip and Engineer | $5,271.82 |
| Tower Lease-Rent | $24,452.04 |
| Legal & Accounting | $31,000.00 |
| Commercial Insurance | $17,225.21 |
| Medical Insurance | $4,626.57 |
| Promotional | $3,895.33 |
| Travel Fuel | $689.18 |
| Travel Expense | $7,118.43 |
| Payroll | $241,415.38 |
| Production & Programming | $3,853.90 |
| Equipment Lease Pmt | $18,447.21 |
| Natural Gas | $3,528.34 |
| Electricity | $34,449.99 |
| Water, Sewer, Trash | $2,835.56 |
| Telephone | $5,827.31 |
| Cell Phone | $5,879.29 |
| Internet Office | $3,079.73 |
| Internet Broadcast | $515.00 |
| Total Expenses | $464,928.34 |
| | |
| Operating Profit | $1,726.16 |

C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[hprn 2024-q1 p-l 4858-4187-3844 v.1.xlsx]P&L J-F-M 2024