**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | **CASE NO. 24-70089-swe11** |
| | § | |
| DEBTOR. | § | |
| | § | |

## BALANCE SHEET

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
JEFF CARRUTH (TX SBN: 24001846)
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

**High Plains Radio Network LLC**
**Balance Sheet March 2024**

| | |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| **Cash On Hand** | |
| ALTUS Cattlemens | $1,903 |
| ATHENS FSB East Tx | ($2,921) |
| GNVL Delta Guaranty | ($2,529) |
| MTN HM FNBC | $20 |
| VERNON Waggoner | $1,353 |
| FREDERICK BancFirst | $497 |
| HELENA Partners | $211 |
| Total Cash On Hand | ($1,465) |
| **Accounts Receivable** | **$386,029** |
| **Total Current Assets** | **$384,564** |
| | |
| **Other Assets** | |
| Broadcast Equipment | |
| Purchase Cost | $3,500,000 |
| Total Broadcast Equipment | $3,500,000 |
| Broadcast Licenses | |
| Purchase Cost | $2,500,000 |
| Total Broadcast Licenses | $2,500,000 |
| Broadcast Mobil Equipment | |
| Purchase Cost | $400,000 |
| Total Broadcast Mobil Equipment | $400,000 |
| Broadcast Vehicles | |
| Purchase Cost | $100,000 |
| Total Broadcast Vehicles | $100,000 |
| Total Property & Equipment | $6,500,000 |
| **Total Assets** | **$6,884,564** |
| | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | $221,373 |
| Cash Loans | $234,118 |
| Verical Bridge Settlement Balance | $725,000 |
| Legal Expense | $152,000 |
| **Total Current Liabilities** | **$1,332,491** |
| | |
| **Long-Term Liabilities** | |
| Equipment Loans | $1,217,094 |
| **Total Long-Term Liabilities** | **$1,217,094** |
| **Total Liabilities** | **$2,549,585** |
| | |
| **Equity** | |
| **Owner's Equity** | |
| Owner's Investment | $1,274,873 |
| Total Owner's Equity | $1,274,873 |
| Retained Earnings | ($195,057) |
| Current Year Earnings | $1,726 |
| Historical Balancing | $3,253,437 |
| Total Equity | $4,334,979 |
| | |
| **Total Liability & Equity** | **$6,884,564** |

C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[hprn 202403 balance sheet 4861-6942-4052 v.1.xlsx]Balance Sheet March 2024