Paul H. Cross
Texas Bar No. 05131500
PAUL H. CROSS ATTORNEY AT LAW PLLC
11300 N. Central Expwy., Suite 604
Dallas, Texas 75243
Telephone:	214.926.5734
Facsimile:	214.269.1439
Email:  phclease@msn.com

ATTORNEY FOR HANMI BANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | § | CASE NO. 24-70089 |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | |
| | § | |
| DEBTOR | § | CHAPTER 11, Subchapter V |

**NOTICE OF HEARING OF HANMI BANK'S MOTION
FOR RELIEF FROM AUTOMATIC STAY**

Hanmi Bank's Motion for Relief From Automatic Stay is set for hearing on May 23, 2023 at 9:00 o'clock a.m. before the Honorable Scott W. Everett, United States Bankruptcy Judge, in the United States Federal Courthouse, 1000 Lamar Street, Room 222, Wichita Falls, TX 76301.

Parties who wish to appear via telephone in must pre-register with CourtCall at (866) 582-6878 or courtconference@courtcall.com prior to the hearing. Deadlines: Participants must pre-register with CourtCall by 3:30 o'clock p.m. the day prior to the scheduled hearing and join the call no later than ten (10) minutes prior to the hearing time. There is a small fee for the service. If pre-registration is obtained after the 3:30 o'clock p.m. deadline, send a courtesy email to the courtroom deputy (swe_settings@txnb.uscourts.gov) to ensure the court is aware of the telephonic appearance. When sending an email to the court, include the case number, the debtor's name, the hearing date, and the hearing time on the subject line.

GIVEN on April 9, 2024.

Respectfully submitted,

*/s/ Paul H. Cross*
_____
Paul H. Cross
Texas Bar No. 05131500
PAUL H. CROSS ATTORNEY AT LAW PLLC
11300 N. Central Expwy., Suite 604
Dallas, Texas 75243
Telephone:	214.926.5734
Facsimile:	214.269.1439
Email:  phclease@msn.com

COUNSEL FOR HANMI BANK

## Certificate of Service

    The undersigned certifies that on April 9, 2024 a true and correct copy of the foregoing motion was served via ECF all those receiving ECF notification in this case.

                                                                                    _____
                                                                                     Paul H. Cross