

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 10, 2024**

_____
**United States Bankruptcy Judge**

_____

BTXN 218 (rev. 07/17)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                     §
High Plains Radio Network, LLC             §    Case No.: 24−70089−swe11
                                           §    Chapter No.: 11
            Debtor(s)                      §

**ORDER EXTENDING DEADLINE TO FILE DEFICIENT DOCUMENT(S)**

The Court, after review of the Motion to extend deadline to file deficient document(s) (excluding credit counseling and creditor matrix) in the above−entitled and numbered case, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the deadline to file the deficient document(s), (excluding credit counseling and creditor matrix) in this case is extended to 4/24/2024.

# # # End of Order # # #