UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS (WICHITA FALLS)

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034
(856) 779-0300

| | |
|---|---|
| IN RE: | : CASE NUMBER: 24-70089-SWE |
| | : |
| HIGH PLAINS RADIO NETWORK, LLC | : |
| | : CHAPTER 11 |
| Debtor. | : Subchapter V |
| | : |

**CREDITOR REQUEST FOR NOTICES**

Please take notice that in accordance with Fed. R. Bankr. P. 2002, the undersigned requests that the documents filed in this case be served on the undersigned at this address:

Saldutti Law Group
Rebecca K. McDowell, Esq.
1040 N. Kings Highway
Ste 100
Cherry Hill, New Jersey 08034
Email: rmcdowell@slgcollect.com

SALDUTTI LAW GROUP

*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: April 18, 2024