Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § § | CASE NO. 24-70089-swe |
| DEBTOR. | § § § | (Chapter 11, SubV) |

**MOTION TO REJECT ALL LEASES WITH VERTICAL BRIDGE REIT LLC**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE ST., RM. 1254, DALLAS, TX 75242-1496. BEFORE CLOSE OF BUSINESS ON <u>MAY 21, 2024</u>, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:**

High Plains Radio Network, LLC, debtor and debtor in possession (the "Debtor" or "HPRN"), files this *Motion to Reject All Leases with Vertical Bridge REIT LLC* (the "Motion to Reject" or the "Motion") and in support thereof would show to the Court the following.

1. Debtor files this Motion with great reluctance, but the premature filings of Vertical Bridge REIT LLC ("Vertical Bridge" or "VB") on April 30, 2024, Docket No. 65-66 (together, the "VB Motions") necessitate that the Debtor files this Motion in order to seek to reduce the administrative expense burden to the estate that is the subject of the VB Motions, especially in light of the apparent and/or potential accrual of some rent on May 1, 2024 under the applicable leases.[1]

2. To be clear, it is the desire of Debtor to arrive at a position with Vertical Bridge in the next several days that would permit the abatement, withdrawal, and/or other resolution of this Motion, a rationalization of the administrative burdens on the estate relative to, *inter alia*, the market value of the leases, the potential demands of secured creditors (which subset excludes Vertical Bridge) which might seek adequate protection, and the available resources of the Debtor, and thus delay a dispositive or final determination of the leases until a sale process completes.[2]

3. Debtor will respond and object in further detail to the VB Motions filed on April 30, 2024 filings. For now, suffice to say, aside from any of the prior litigation between the parties, this case presents a narrow situation in which Vertical Bridge on its very best day possess series of leases that are substantially above market, the rents of which this case could

---

[1] Efforts with Vertical Bridge to find a resolution with respect to timing of this Motion and the potential May 1, 2024 rent accrual in the late afternoon and evening of April 30, 2024 were not fruitful.

[2] Even still, the administrative rent question needs to be addressed now. A full sales process seems to lack rationale if the primary or net result is to simply satisfy administrative rent.

never bear if fully assessed, and for which some value might be preserved for Vertical Bridge and the estate through a sale process that the Debtor has pursued with diligence from day one, and which sale process is insisted upon by Vertical Bridge.

4. On the other hand, on its worst day, Vertical Bridge possesses a very small handful of leases in actual use as of March 26, 2024, the ("Petition Date") that ultimately may be rejected upon a final hearing on this Motion, and with a final hearing on this Motion determining that the vast majority of leases terminated prepetition and/or that the Debtor has not used the leases in months or years, thus nullifying any potential administrative rent claim. The idea that there are dozens of active leases used by the Debtor is incorrect.

5. Again, it bears repeating that the Debtor sought to delay this discussion and not bring into the open the status of any of the leases. On or about April 5, 2024, Debtor and Vertical Bridge agreed that Media Services Group LLC ("MSG") led by Bill Whitley ("Whitley")[3] would act as the broker, and a motion to retain the arrangements is forthcoming.[4]

6. Over the last 14-21 days or more, Debtor has met with and/or interacted with Whitley on several occasions. The Debtor and Vertical Bridge have provided Whitley with source documents and information. The Debtor and Whitley have engaged in at least two (2) video conferences including most recently on April 29, 2024. The inference in the VB Motions that a lack of progress exists on the most promising exit from this case is disingenuous.

7. The timing and aggressiveness of the VB Motions are unfortunate, unnecessary, and misplaced. Vertical Bridge complains of administrative insolvency, but has filed about 60 pages of verbose and densely briefed pleadings which must have cost several thousands of

---

[3] https://mediaservicesgroup.com/staff-member/bill-whitley/

[4] Debtor anticipated filing the broker retention motion this evening, but instead is addressing the VB Motions.

dollars to produce and which likely exceed one or more months of the administrative rent that might be paid.

8. Vertical Bridge fired these salvos approximately 24 hours after a call where real progress was made on the sale process. Vertical Bridge exchanged various views and market observations with Whitley, and Whitley reported that MSG was ready to build a data room, among other progress. The Debtor also reported to Vertical Bridge that it would address the adequate protection question with a proposal or analysis to be delivered on April 30, 2024, once schedules had been completed and filed on April 29, 2024. Nonetheless, Vertical Bridge couldn't wait a full day after the filing of the schedules to file the VB Motions.

9. The timing of the VB Motions is even more frustrating considering that ample time remained for a full 21-days notice to place things on the docket with the May 28, 2024 items already set in this case, that the current window to put a lift stay on the next docket (Dallas or Wichita Falls) is several days away, and that the filings could have occurred at the end of the week. The leases constitute nonresidential real property leases, and the Debtor remains well within the 60-day grace period of Code § 365(d)(3). As will be developed in the objections to the VB Motions, the Debtor has not ignored the administrative rent question, but instead the Debtor realizes the cash position that must be managed over the course of this case if value is to be maximized in a sale process, especially when a long sales process and FCC closing issues loom ahead.

10. The posturing and aggressiveness of the VB Motions is directly contrary to what will be required of VB and the Debtor over the ensuing months. Vertical Bridge has agreed with and insisted on a sales process; however, a full sales process would seem to lack rationale if the

primary or net result is to simply satisfy administrative rent of one creditor disproportionate to any other claim or class in this case.

11. A list of the lease with Vertical Bridge and/or the properties of the Debtor involving a lease is attached hereto as **Exhibit H013**. The Debtor reserves the right to amend and/or supplement this exhibit to more fully explain the status of the leases.[5]

12. The Debtor has identified the leases that were not in use as of the Petition Date, some or all of which had terminated pre-petition, and/or some which had not terminated but which the Debtor has ceased the use of well prior to the Petition Date, all with ample, contemporaneous, prior knowledge by Vertical Bridge (collectively, the "Inactive Leases").

13. Accordingly, the Debtor respectfully requests that the Court reject the Inactive Lease effective as of the Petition Date.

14. The Debtor has a small subset of leases which are still in use by the Debtor (collectively, the "Active Leases"). Accordingly, the Debtor respectfully requests that the Court reject the Active Leases also effective as of the Petition Date, or, alternatively, not later than the filing of this Motion on April 30, 2024.

15. Again, to emphasize, the Debor desperately hopes to be able to abate, withdraw, and/or otherwise resolve this Motion in the coming days so that the parties may renew and intensify their focus on a sales process, and the Debtor stress that this Motion is filed only because of the unfortunate timing of the VB Motions and the necessity to address the administrative rent question occasioned thereby.

16. Debtor reserves the right to amend, supplement, and/or withdraw this Motion.

---

[5] Debtor believes the agreements or arrangements with VB constitute nonresidential leases of real property. However, the Debtor reserves the right amend and/or revise this position. In any event, Debtor seeks in this Motion to reject all agreements whether the agreements constitute leases or executory contracts.

17. A proposed form of order accompanies this Motion and is incorporated by reference herein.

WHEREFORE, High Plains Radio Network, Debtor and Debtor in Possession, respectfully requests that the Court reject all of the lease with Vertical Bridge as set forth above effective as of the Petition Date. Debtor requests such other and further relief to which Debtor is entitled at law or in equity.

Dated: April 30, 2024

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN: 24001846)
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

**CERTIFICATE OF SERVICE**

The parties exchanged views in a call on April 29, 2024. Debtor presumes Vertical Bridge opposes this motion.

*/s/Jeff Carruth*
Jeff Carruth

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on April 30, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached service list.

*/s/Jeff Carruth*
Jeff Carruth

# ECF SERVICE LIST

**24-70089-swe11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor High Plains Radio Network, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com;jcarruth@ecf.courtdrive.com

Paul H. Cross on behalf of Creditor Hanmi Bank  phclease@msn.com

Shanna M. Kaminski on behalf of Interested Party Union Funding Source, Inc.  skaminski@kaminskilawpllc.com

Sherrel K. Knighton on behalf of Creditor Malakoff ISD  Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Matthew F. Kye on behalf of Creditor Amur Equipment Finance, Inc.  mkye@kyelaw.com, dsullivan@kyelaw.com

Julie Anne Parsons on behalf of Creditor Eastland County Appraisal District  jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Henderson, Texas  jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Stephens, Texas  jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Scott M. Seidel -SBRA V  scott@scottseidel.com, csms11@trustesolutions.net;susan.seidel@earthlink.net

Dawn Whalen Theiss on behalf of Creditor Small Business Administration  dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

United States Trustee  ustpregion06.da.ecf@usdoj.gov

David Weitman on behalf of Creditor Vertical Bridge REIT, LLC  david.weitman@klgates.com

# SERVICE LIST

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVICE LIST | Case No. 22-51323 | In re: Kuberluxmi, LLC | | | | UPDATED: | 4/30/2024 | |
| 2 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\(service list (hprn) 001 4878-4499-4995 v.8.xlsx)Sheet1 | | | | | | | | |
| 3 | Name | Address1 | Address2 | Address3 | City | State | Zip | Email | Method of Service / Comment |
| 4 | BMI | PO Box 630893 | | | Cincinnati | OH | 45263-0893 | | Regular Mail |
| 5 | Broadcase Music, Inc. | 7 World Trade Center | 250 Greenwich St | | New York | NY | 10007 | renriquez-cohen@bmi.com | NOA-ECF |
| 6 | Bryn Mawr Equipment Finance Inc. | 801 Lancaster Avenue | | | Bryn Mawr | PA | 19010-3305 | | Regular Mail |
| 7 | Channel Partners Capital LLC | Attn Legal Department | 1111 E College Drive | Suite 200 | Marshall | MN | 56258-1968 | | Regular Mail |
| 8 | City of Altus | 509 S Main St | | | Altus | OK | 73521-3135 | | Regular Mail |
| 9 | City of Friona | 623 Main St | | | Friona | TX | 79035 | | Regular Mail |
| 10 | City of Hereford | PO Box 2277 | | | Hereford | TX | 79045-2277 | | Regular Mail |
| 11 | City of Plainview | 202 W 5th | | | Plainview | TX | 79072-8232 | | Regular Mail |
| 12 | City of Vernon | 1725 Wilbarger St | | | Vernon | TX | 76384-4741 | | Regular Mail |
| 13 | Crest Capitol | PO Box 88233 | | | Atlanta | GA | 30356-8233 | | Regular Mail |
| 14 | CT Corp. Sys. | Attn: SPRS | 330 N Brand Blvd | | Glendale | CA | 91203-2308 | | Regular Mail |
| 15 | D&D Telecommunications | PO Box 6988 | | | Abilene | TX | 79608 | | Regular Mail |
| 16 | Eastland County Appraisal District | c/o Julie Parsons | McCreary, Veselka, Bragg & Allen, PC | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |
| 17 | Eastland County Appraisal District | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 18 | Entergy Utility | PO Box 8105 | | | Baton Rouge | LA | 70891-8105 | | Regular Mail |
| 19 | Federal Communications Com. | 45 L Street NE | | | Washington | DC | 20554-0001 | | Regular Mail |
| 20 | Financial Agent Services | PO Box 2576 | | | Springfield | IL | 62708-2576 | | Regular Mail |
| 21 | First State Bank Athens | PO Box 471 | | | Athens | TX | 75751-0471 | | Regular Mail |
| 22 | Global Music Rights | 1801 W Olympic Blvd | | | Pasadena | CA | 91199-2280 | | Regular Mail |
| 23 | Hanmi Bank | 5403 Olympic Dr. #200 | | | Gig Harbor | WA | 98335-1853 | | NOA-ECF |
| 24 | Hanmi Bank | 1107 E Pioneer Parkway | | | Arlington | TX | 76010-5866 | | NOA-ECF |
| 25 | Hanmi Bank | Attn. Paul Cross Esq. | 11300 N. Central Expressway Ste. 604 | | Dallas | TX | 75243 | phdease@msn.com | NOA-ECF |
| 26 | Hanmi Bank | 11300 North Central Expressway | Suite 604 | | Dallas | TX | 75243 | phdease@msn.com | NOA-ECF |
| 27 | Hanszen LaPorte | 14201 Memorial Dr | | | Houston | TX | 77079-6731 | | Regular Mail |
| 28 | High Plains Radio Network, LLC | PO Box 1419 | | | Vernon | TX | 76385-1419 | | Regular Mail |
| 29 | Hitachi Capital America Corp. | 7808 Creekridge Circle | Suite 250 | | Edina | MN | 55439-2647 | | Regular Mail |
| 30 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7317 | | Philadelphia | PA | 19101-7317 | | Regular Mail |
| 31 | Jeffery D. Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | 2608 Hibernia | Suite 105 | Dallas | TX | 75204-2514 | jcarruth@wkpz.com | Regular Mail |
| 32 | Liberty Mutual Insurance | 175 Berkeley Street | | | Boston | MA | 02116-3350 | | Regular Mail |
| 33 | Lift Systems | PO Box 7233 | | | Abilene | TX | 79608 | | Regular Mail |
| 34 | Litefund Solutions | 99 Wall St #2613 | | | New York | NY | 10005-4301 | | Regular Mail |
| 35 | M Properties | 2627 West Road | | | Mtn. Home | AR | 72653 | | Regular Mail |
| 36 | Malakoff ISD | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeeway, Suite 1000 | | Dallas | TX | 75207 | dallas.bankruptcy@lgbs.com | NOA-ECF |
| 37 | Malakoff ISD | Linebarger Goggan Blair & Sampson, LLP | c/o Sherrel K Knighton | 2777 N Stemmons Fwy, Ste. 1000 | Dallas | TX | 75207-2328 | Sherrel.Knighton@lgbs.com | NOA-ECF |
| 38 | Marlin Lease Corp | 300 Fellowship Rd | | | Mount Laurel | NJ | 08054 | | Regular Mail |
| 39 | Marlin Leasing Corp | 300 Fellowship Rd | | | Mount Laurel | NJ | 08054-1727 | | Regular Mail |
| 40 | Media Facilities | 1740 Dell Range Blvd. #418 | | | Cheyenne | WY | 82009-4961 | | Regular Mail |
| 41 | Meridian | 367 Eagleview Blvd. | | | Exton | PA | 19341-1156 | | Regular Mail |
| 42 | Meridian Equipment Finance LLC | 9 Old Lincoln Highway | | | Malvern | PA | 19355-2551 | | Regular Mail |
| 43 | Meridian Equipment Finance, LLC | c/o Saldutti Law Group | 1040 Kinsg Highway N, Ste. 100 | | Cherry Hill | NJ | 08034 | rmcdowell@slgcollect.com | NOA-ECF |
| 44 | Midland States Bank | 1801 Park 270 Drive | Suite 200 | | St. Louis | MO | 63146-4022 | | Regular Mail |
| 45 | Mitsubishi HC | 7201 Metro Blvd. Ste 800 | | | Edina | MN | 55439-1333 | | Regular Mail |
| 46 | Mitsubishi HC Capital America, Inc. | c/o Jason Sellers | 825 Nicollet Mall, Suite 1648 | | Minneapolis | MN | 55400 | jacob@greensteinsellers.com | NOA-ECF |
| 47 | Monte Spearman | 4837 Silverwood Dr. | | | Johnstown | CO | 80534 | | direct email |
| 48 | Monte Spearman | PO Box 3649 | | | Palestine | TX | 75802 | | Regular Mail |
| 49 | New Lane Fin. B-M | 801 Landcaster Ave | | | Bryn Mawr | PA | 19010-3305 | | Regular Mail |
| 50 | North Arkansas Electric | PO Box 1000 | | | Salem | AR | 72576-1000 | | Regular Mail |
| 51 | Optimum Telephone | 1111 Stewart Ave. | | | Bethpage | NY | 11714-3581 | | Regular Mail |
| 52 | Pawnee | 3801 Automation Way #207 | | | Ft Collins | CO | 80525-5735 | | Regular Mail |
| 53 | SBA Covid-19 Disaster Loan | PO Box 3918 | | | Portland | OR | 97208-3918 | | NOA-ECF |
| 54 | Scott M. Seidel -SBRA V | Seidel Law Firm | 6505 West Park Blvd | Suite 306 | Plano | TX | 75093-6212 | scott@scottseidel.com | NOA-ECF |
| 55 | SecureNet | 101 N Federal HWY Ste 601 | | | Boca Raton | FL | 33432-3969 | | Regular Mail |
| 56 | SESAC | PO Box 5246 | | | New York | NY | 10008-5246 | | Regular Mail |
| 57 | South Plains Communications | 5811 34th St | | | Lubbock | TX | 79407 | | Regular Mail |
| 58 | Summit | 4680 Parkway Dr #300 | | | Mason | OH | 45040-7979 | | Regular Mail |
| 59 | Summit Natural Gas | PO Box 676358 | | | Dallas | TX | 75267-6358 | | Regular Mail |
| 60 | Texas Comptroller | Rev Acct Div - Bankruptcy Section | PO Box 13528 | | Austin | TX | 78711-3528 | | Regular Mail |
| 61 | The County of Henderson, Texas | c/o Julie Anne Parsons | McCreary Veselka Bragg & Allen, P.C. | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |
| 62 | The County of Henderson, Texas | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 63 | The County of Stephens, Texas | c/o Julie Anne Parsons | McCreary Veselka Bragg & Allen, P.C. | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVICE LIST | Case No. 22-51323 | In re: Kuberlaxmi, LLC | | | | UPDATED: | 4/30/2024 | |
| 2 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[service list (hprn) 001 4878-4499-4995 v.8.xlsx]Sheet1 | | | | | | | | |
| 3 | Name | Address1 | Address2 | Address3 | City | State | Zip | Email | Method of Service / Comment |
| 64 | The County of Stephens, Texas | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 65 | The Fundworks | 299 S. Main St. #1300 | | | Salt Lake City | UT | 84111-2241 | | Regular Mail |
| 66 | The Fundworks LLC | c/o Dedicated Financial GBC | 4000 Lexington Ave N, Suite 125 | | Shoreview | MN | 55126 | bankruptcy@dedicatedgbc.com | NOA-ECF |
| 67 | Titan Tower | PO Box 6972 | | | Abilene | TX | 79608 | | Regular Mail |
| 68 | Turbo Capital | 2308 N Market St | | | Wilmington | DE | 19802-4230 | | Regular Mail |
| 69 | TXU Utility | PO Box 650638 | | | Dallas | TX | 75265-0638 | | Regular Mail |
| 70 | U.S. Bank Equipment Finance | 1310 Madrid Street | | | Marshall | MN | 56258-4099 | | Regular Mail |
| 71 | U.S. Small Business Admin | 150 Westpark Way | Suite 130 | | Euless | TX | 76040 | rebekah.osullivan@sba.gov | NOA-ECF |
| 72 | U.S. Small Business Administration | 1545 Hawkins Blvd Ste 202 | | | El Paso | TX | 79925-2654 | | NOA-ECF |
| 73 | U.S. Small Business Administration | c/o Dawn Whalen Theiss | 1100 Commerce St Ste 300 | | Dallas | TX | 75242 | dawn.theiss@usdoj.gov | NOA-ECF |
| 74 | United First LLC | 2999 NE 191st St | | | Miami | FL | 33180-3123 | | Regular Mail |
| 75 | United Funding | 1835 E Hollandale Beach BLVD | | | Hollandale Beach | FL | 33009-4619 | | NOA-ECF |
| 76 | United Funding | Shanna M. Kaminski | Kaminski Law, PLLC | P.O. Box 247 | Grass Lake | MI | 49240 | skaminski@kaminskilawpllc.com | NOA-ECF |
| 77 | United States Trustee | 1100 Commerce Street | Room 976 | | Dallas | TX | 75242-0996 | erin.schmidt2@usdoj.gov | NOA-ECF |
| 78 | Verizon Cell Phone | PO Box 660108 | | | Dallas | TX | 75266-0108 | | Regular Mail |
| 79 | Vertical Bridge REIT LLC | 750 Park of Commerce Dr #200 | | | Boca Raton | FL | 33487-3650 | | NOA-ECF |
| 80 | Vertical Bridge REIT LLC | Brandy A. Sargent | K&L Gates | One SW Columbia St., Ste 1900 | Portland | OR | 97204 | brandy.sargent@klgates.com | NOA-ECF |
| 81 | Vertical Bridge REIT LLC | David Weitman | K&L Gates | 1717 Main Street Suite 2800 | Dallas | TX | 75201 | david.weitman@klgates.com | NOA-ECF |
| 82 | Xcel Energy | Attn Bankruptcy Department | Po Box 9477 | | Minneapolis | MN | 55484-0001 | | Regular Mail |
| 83 | Zula Com | PO Box 3649 | | | Palestine | TX | 75802-3649 | | direct email |

4877-0474-6938, v. 2

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § § | CASE NO. 24-70089-swe |
| | § | (Chapter 11, SubV) |
| DEBTOR. | § § | |

**ORDER GRANTING MOTION OF DEBTOR TO REJECT ALL LEASES WITH VERTICAL BRIDGE REIT LLC (RE: DOCKET NO. 67)**

On this day came on for consideration the *Motion to Reject All Leases with Vertical Bridge REIT LLC* (Docket No. 67) (the "Motion to Reject") filed herein on April 30, 2024 by High Plains Radio Network, LLC.  The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or

any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. All of the leases and/or executory contracts between the Debtor and Vertical Bridge REIT LLC are rejected effective as of the Petition Date.

4. Vertical Bridge REIT LLC is not entitled to any administrative expense or rent claim.

###END OF ORDER###


Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
DEBTORS AND DEBTORS IN POSSESSION

## Exhibit H013 -- Station VB lease status 20240430

| Lease Numb. | Site Numb. | Site Location | Station Calls | Site Status | Station Info Statement with Details | ACTIVE / INACTIVE | Note |
|---|---|---|---|---|---|---|---|
| 1807 | US-TX-5036 | Lubbock | KDAV AM | Off-Air | FCC STA - Can Sell With New Lease to Buyer | VB Inactive | |
| 3348 | US-TX-5049 | Plainview | KKYN FM | On-Air | New Site Lease - VB Not Needed - FCC STA File to Change Site & Power | VB Inactive | |
| 3349 | US-TX-5049 | Plainview | KRIA FM | On-Air | New Site Lease - VB Not Needed - FCC STA File to Change Site & Power | VB Inactive | |
| 3351 | US-TX-5050 | Plainview | KREW AM | Off-Air XX | FCC STA - Can Return FCC Lic. - Offer to Trade Tower for OKLA Two Sites | VB Inactive | |
| 3352 | US-TX-5051 | Plainview A | KVOP AM | Off-Air | FCC STA - Can Sell With New Lease to Buyer | VB Inactive | |
| 3353 | US-TX-5052 | Plainview B | KVOP AM | Off-Air | FCC STA - Can Sell With New Lease to Buyer | VB Inactive | |
| 3354 | US-TX-5053 | Plainview C | KVOP AM | Off-Air | FCC STA - Can Sell With New Lease to Buyer | VB Inactive | |
| 3355 | US-TX-5054 | Plainview D | KVOP AM | Off-Air | FCC STA - Can Sell With New Lease to Buyer | VB Inactive | |
| 5396 | US-AR-5023 | Calico Rock | KJMT FM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 5397 | US-AR-5024 | Viola | KCMC FM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 5398 | US-AR-5025 | Emback | KRZP FM | On-Air | New Site Lease - VB Not Needed - FCC STA File to Change Site & Power | VB Inactive | |
| 5527 | US-TX-5163 | Levelland | KLVT AM | On-Air | Station Sold - Owner will move if needed - Can Sell to Owner with New Lease | VB Inactive | Note 1 |
| 5528 | US-TX-5164 | Littlefield | KZZN AM | Off-Air XX | FCC STA - Can Return FCC Lic. - Offer to Trade Tower for OKLA Two Sites | VB Inactive | |
| 5897 | US-OK-5007 | Altus | KEYB FM | On-Air | New Site Lease - VB Not Needed - FCC STA File to Change Site & Power | VB Inactive | |
| 5898 | US-OK-5016 | Hollis | KJOK FM | On-Air | New Site Lease - VB Not Needed - FCC STA File to Change Site & Power | VB Inactive | |
| 5899 | US-OK-5016 | Hollis | KKRE FM | Off-Air | Lic. Returned to FCC | VB Inactive | |
| 5996 | US-OK-5017 | Frederick | KYBE FM | On-Air | New Site Lease - VB Not Needed - FCC STA File to Change Site & Power | VB Inactive | |
| 5997 | US-OK-5019 | Frederick | KTAT AM | Off-Air XX | FCC STA - Can Return FCC Lic. - Offer to Trade Tower for OKLA Two Sites | VB Inactive | |
| 6612 | US-MS-5036 | Greenville | WDMS FM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 6613 | US-MS-5036 | Greenville | WGVM AM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 6624 | US-AR-5034 | Helena | KFFA FM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 6625 | US-AR-5035 | Helena | KFFA AM | Off-Air XX | FCC STA - Can Return FCC Lic. - Offer to Trade Tower for OKLA Two Sites | VB Inactive | |
| 7800 | US-TX-5363 | Malakoff | KCKL FM | On-Air | New Site Lease - VB Not Needed - FCC STA File to Change Site & Power | VB Inactive | |
| 7801 | US-TX-5364 | Athens | KLVQ AM | Off-Air XX | FCC STA - Can Return FCC Lic. - Offer to Trade Tower for OKLA Two Sites | VB Inactive | |
| 7803 | US-TX-5364 | Athens | KLVQ AM | Off-Air XX | FCC STA - Can Return FCC Lic. - Offer to Trade Tower for OKLA Two Sites | VB Inactive | |
| 7821 | US-CO-5066 | Buena Vista | KSKE AM | Off-Air | Lic. Returned to FCC | VB Inactive | |
| 7995 | US-AR-5039 | Gurdon | KYXK FM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 7996 | US-AR-5040 | Caddo Valley | KWPS FM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 8338 | US-AR-5036 | Benton | KAFN AM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 8339 | US-AR-5037 | Malvern | KZYP AM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 8340 | US-AR-5038 | Arkadelphia | KDEL FM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 8341 | US-AR-5038 | Arkadelphia | KVRC AM | On-Air XX | Can be Turned off with FCC STA Filing - Can Sell With New Lease to Buyer | VB ACTIVE | |
| 8682 | US-TX-5493 | Graham | KWKQ FM | On-Air | Station Sold - Owner will move if needed - Can Sell to Owner with New Lease | VB Inactive | Note 1 |
| 8683 | US-TX-5494 | Graham | KSWA AM | Off-Air | Lic. Returned to FCC | VB Inactive | |
| 8684 | US-TX-5495 | Breckenridge | KLXK FM | On-Air | Station Sold - Owner will move if needed - Can Sell to Owner with New Lease | VB Inactive | Note 1 |
| 8685 | US-TX-5495 | Breckenridge | KROO AM | Off-Air | Lic. Returned to FCC | VB Inactive | |
| 9867 | US-TX-5577 | Vernon | KVWC AM | Off-Air | Lic. Returned to FCC | VB Inactive | |
| 9868 | US-TX-5577 | Vernon | KVWC FM | On-Air | New Site Lease - VB Not Needed - FCC STA File to Change Site & Power | VB Inactive | |
| 10006 | US-TX-5578 | Lariat | KICA AM | Off-Air | Lic. Returned to FCC | VB Inactive | |
| 10007 | US-TX-5578 | Lariat | KICA FM | Off-Air | FCC STA - Can Sell With New Lease to Buyer | VB Inactive | |
| 10008 | US-TX-5578 | Lariat | KKYC FM | Off-Air | Lic. Returned to FCC | VB Inactive | |
| 10009 | US-TX-5579 | Friona | KGRW FM | On-Air | New Site Lease - VB Not Needed - FCC STA File to Change Site & Power | VB Inactive | |
| 10010 | US-TX-5579 | Friona | KKNM FM | Off-Air | FCC STA - Can Sell With New Lease to Buyer | VB Inactive | |

Note 1: Debtor sold these stations approximately three years ago with the consent of VB. The parties have sine disputed the sale and/or effects of the sale. VB possibly still carries these lease in the name of the Debtor. Debtor reserves all facts, claims, issues, rights, remedies, and/or defenses regarding these stations, the leases, and the sale.