UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | CASE NO. 24-70089-swe |
| | § | (Chapter 11, SubV) |
| DEBTOR. | § | |
| | § | |

**ORDER GRANTING MOTION OF DEBTOR TO REJECT ALL LEASES WITH VERTICAL BRIDGE REIT LLC (RE: DOCKET NO. 67)**

On this day came on for consideration the *Motion to Reject All Leases with Vertical Bridge REIT LLC* (Docket No. 67) (the "Motion to Reject") filed herein on April 30, 2024 by High Plains Radio Network, LLC.  The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or

any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. All of the leases and/or executory contracts between the Debtor and Vertical Bridge REIT LLC are rejected effective as of the Petition Date.

4. Vertical Bridge REIT LLC is not entitled to any administrative expense or rent claim.

###END OF ORDER###

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
DEBTORS AND DEBTORS IN POSSESSION