David Weitman
Texas Bar No. 21116200
Brandy Sargent
(*Admitted Pro Hac Vice*)
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone:    (214) 939-5500
Facsimile:    (214) 939-5849
Email:   david.weitman@klgates.com

ATTORNEYS FOR VERTICAL BRIDGE REIT, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| IN RE: | § | CASE NO.: 24-70089 (SWE) |
|---|---|---|
| HIGH PLAINS RADIO NETWORK, LLC, | § § § § § § § § § § § § | A Hearing on the Motion of Creditor Vertical Bridge for Entry of an Order (I) Granting Vertical Bridge Relief from the Automatic Stay, or (II) Alternatively, Granting (A) Adequate Protection to Vertical Bridge with Immediate Payment of Its Administrative Claim for Post-Petition Rent and (B) Compelling Immediate Assumption or Rejection of Unexpired Leases of Nonresidential Real Property |
| Debtor. | | |

## NOTICE OF HEARING

TO ALL PARTIES IN INTEREST:

This is to inform you that a hearing on the above-referenced Motion has been set for hearing on **MAY 23, 2024, AT 9:00 A.M**., before the Honorable Scott W. Everett.

**The hearing will be conducted via WebEx.**  The WebEx hearing instructions for the Court are shown below.

| **For WebEx Video Participation/Attendance:** | https://us-courts.webex.com/meet/everett |
|---|---|
| **For WebEx Telephonic Participation/Attendance:** | Dial-In: 1-650-479-3207<br>Access code: 476 420 189 |

DATED APRIL 30, 2024

318396704.2 0245915-00149

Respectfully submitted,

**K&L GATES LLP**

*/s/ David Weitman*
David Weitman
Texas Bar No. 21116200
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone:     (214) 939-5500
Email:          david.weitman@klgates.com

-and-

Brandy A. Sargent
[*Admitted Pro Hac Vice*]
**K&L Gates LLP**
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone:     (503) 228-3200
Email:          brandy.sargent@klgates.com

*Attorneys for Vertical Bridge REIT, LLC*

**NOTICE**

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE ST., ROOM 1254, DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON MAY 14, 2024, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 30, 2024, a true and correct copy of this Notice of Hearing was served via ECF. The parties set forth below, the 20 largest unsecured creditors, and those parties who have filed notices of appearance and requests for notices were served with this Notice of Hearing by First Class United States Mail:

| | |
|---|---|
| High Plains Radio Network, LLC<br>c/o Monte Lee Spearman, Member<br>P.O. Box 1419<br>Vernon, Texas 76384 | Debtor's Counsel<br>c/o Jeffery D. Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>Dallas, Texas 75204-2514 |
| United States Trustee<br>1100 Commerce St., Room 976<br>Dallas, Texas 75242 | Subchapter V Trustee<br>c/o Scott M. Seidel<br>6505 West Park Blvd., Suite 306<br>Plano, Texas 75093 |
| U.S. Small Business Administration<br>10737 Gateway West, Ste. 300<br>El Paso, Texas 79935 | |
| | */s/ David Weitman*<br>David Weitman |

318396704.2 0245915-00149