Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § § | CASE NO. 24-70089-swe |
| DEBTOR. | § § § | (Chapter 11, SubV) |

**MOTION TO DISCONTINUE UTILITY SERVICE AT VERTICAL BRIDGE REIT LLC INACTIVE AND/OR REJECTED LOCATIONS**

---

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE ST., RM. 1254, DALLAS, TX 75242-1496. BEFORE CLOSE OF BUSINESS ON MAY 22, 2024, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

---

**TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:**

High Plains Radio Network, LLC, debtor and debtor in possession (the "Debtor" or "HPRN"), files this *Motion to Discontinue Utility Service at Vertical Bridge REIT LLC Inactive*

*and/or Rejected* (the "Motion to Discontinue" or the "Motion") and in support thereof would show to the Court the following.

1. Debtor files this motion in conjunction with the motion to reject leases (Docket No. 67) filed on April 30, 2024.

2. A list of the leases with Vertical Bridge REIT LLC ("Vertical Bridge" or "VB") and/or the properties of the Debtor involving a lease with Vertical Bridge is attached hereto as **Exhibit H013**. The Debtor reserves the right to amend and/or supplement this exhibit to more fully explain the status of the leases.

3. The Debtor has identified the leases that were not in use as of the Petition Date, some or all of which had terminated pre-petition, and/or some of which had not terminated but which the Debtor has ceased the use of well prior to the Petition Date, all with ample, contemporaneous, prior knowledge to Vertical Bridge (collectively, the "Inactive Leases").

4. The Debtor has a small subset of leases with Vertical Bridge which are still in use by the Debtor (collectively, the "Active Leases").

5. The safety lights on each of the towers belong to and are the responsibility of Vertical Bridge.

6. The Debtor has continued to supply electricity to all the Vertical Bridge tower locations even after pre-petition lease terminations in order to maintain the operations of the tower safety lights.

7. Debtor spends approximately $3,000 per month for the tower lights electricity, which amount would constitute adequate protection of the interest of Vertical Bridge aside from the unreasonable demands for post-petition market rent, and which amount can and should be used for other purposes at this point.

8. Taking into consideration the safety concerns involved, the Debtor seeks leave to discontinue the electricity service immediately as to the Inactive Locations and then upon any rejection of a lease on the Active Locations.

9. Debtor reserves the right to amend, supplement, and/or withdraw this Motion.

10. A proposed form of order accompanies this Motion and is incorporated by reference herein.

WHEREFORE, High Plains Radio Network, LLC, Debtor and Debtor in Possession, respectfully requests that the Court permit the Debtor to discontinue utility service immediately as to all of the VB Inactive locations and as to any of the VB Active locations when or if those leases are rejected. Debtor requests such other and further relief to which Debtor is entitled at law or in equity.

Dated: May 1, 2024

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN: 24001846)
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The parties exchanged views in a call on April 29, 2024.  Debtor presumes Vertical Bridge opposes this motion.

*/s/Jeff Carruth*
Jeff Carruth

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on May 1, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached service list.

*/s/Jeff Carruth*
Jeff Carruth

### ECF SERVICE LIST

**24-70089-swe11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor High Plains Radio Network, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com;jcarruth@ecf.courtdrive.com

Paul H. Cross on behalf of Creditor Hanmi Bank  phclease@msn.com

Shanna M. Kaminski on behalf of Interested Party Union Funding Source, Inc.   skaminski@kaminskilawpllc.com

Sherrel K. Knighton on behalf of Creditor Malakoff ISD  Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Matthew F. Kye on behalf of Creditor Amur Equipment Finance, Inc.   mkye@kyelaw.com, dsullivan@kyelaw.com

Julie Anne Parsons on behalf of Creditor Eastland County Appraisal District  jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Henderson, Texas   jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Stephens, Texas  jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Scott M. Seidel -SBRA V   scott@scottseidel.com, csms11@trustesolutions.net;susan.seidel@earthlink.net

Dawn Whalen Theiss on behalf of Creditor Small Business Administration   dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

United States Trustee   ustpregion06.da.ecf@usdoj.gov

David Weitman on behalf of Creditor Vertical Bridge REIT, LLC   david.weitman@klgates.com

# SERVICE LIST

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVICE LIST | Case No. 22-51323 | In re: Kuberlaxmi, LLC | | | | UPDATED: | 4/30/2024 | |
| 2 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[service list (hprn) 001 4878-4499-4995 v.8.xlsx]Sheet1 | | | | | | | | |
| 3 | Name | Address1 | Address2 | Address3 | City | State | Zip | Email | Method of Service / Comment |
| 4 | BMI | PO Box 630893 | | | Cincinnati | OH | 45263-0893 | | Regular Mail |
| 5 | Broadcase Music, Inc. | 7 World Trade Center | 250 Greenwich St | | New York | NY | 10007 | renriquez-cohen@bmi.com | NOA-ECF |
| 6 | Bryn Mawr Equipment Finance Inc. | 801 Lancaster Avenue | | | Bryn Mawr | PA | 19010-3305 | | Regular Mail |
| 7 | Channel Partners Capital LLC | Attn Legal Department | 1111 E College Drive | Suite 200 | Marshall | MN | 56258-1968 | | Regular Mail |
| 8 | City of Altus | 509 S Main St | | | Altus | OK | 73521-3135 | | Regular Mail |
| 9 | City of Friona | 623 Main St | | | Friona | TX | 79035 | | Regular Mail |
| 10 | City of Hereford | PO Box 2277 | | | Hereford | TX | 79045-2277 | | Regular Mail |
| 11 | City of Plainview | 202 W 5th | | | Plainview | TX | 79072-8232 | | Regular Mail |
| 12 | City of Vernon | 1725 Wilbarger St | | | Vernon | TX | 76384-4741 | | Regular Mail |
| 13 | Crest Capitol | PO Box 88233 | | | Atlanta | GA | 30356-8233 | | Regular Mail |
| 14 | CT Corp. Sys. | Attn: SPRS | 330 N Brand Blvd | | Glendale | CA | 91203-2308 | | Regular Mail |
| 15 | D&D Telecommunications | PO Box 6988 | | | Abilene | TX | 79608 | | Regular Mail |
| 16 | Eastland County Appraisal District | c/o Julie Parsons | McCreary, Veselka, Bragg & Allen, PC | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |
| 17 | Eastland County Appraisal District | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 18 | Entergy Utility | PO Box 8105 | | | Baton Rouge | LA | 70891-8105 | | Regular Mail |
| 19 | Federal Communications Com. | 45 L Street NE | | | Washington | DC | 20554-0001 | | Regular Mail |
| 20 | Financial Agent Services | PO Box 2576 | | | Springfield | IL | 62708-2576 | | Regular Mail |
| 21 | First State Bank Athens | PO Box 471 | | | Athens | TX | 75751-0471 | | Regular Mail |
| 22 | Global Music Rights | 1801 W Olympic Blvd | | | Pasadena | CA | 91199-2280 | | Regular Mail |
| 23 | Hanmi Bank | 5403 Olympic Dr. #200 | | | Gig Harbor | WA | 98335-1853 | | NOA-ECF |
| 24 | Hanmi Bank | 1107 E Pioneer Parkway | | | Arlington | TX | 76010-5886 | | NOA-ECF |
| 25 | Hanmi Bank | Attn. Paul Cross Esq. | 11300 N. Central Expressway Ste. 604 | | Dallas | TX | 75243 | phdlease@msn.com | NOA-ECF |
| 26 | Hanmi Bank | 11300 North Central Expressway | Suite 604 | | Dallas | TX | 75243 | phdlease@msn.com | NOA-ECF |
| 27 | Hanszen LaPorte | 14201 Memorial Dr | | | Houston | TX | 77079-6731 | | Regular Mail |
| 28 | High Plains Radio Network, LLC | PO Box 1419 | | | Vernon | TX | 76385-1419 | | Regular Mail |
| 29 | Hitachi Capital America Corp. | 7808 Creekridge Circle | Suite 250 | | Edina | MN | 55439-2647 | | Regular Mail |
| 30 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7317 | | Philadelphia | PA | 19101-7317 | | Regular Mail |
| 31 | Jeffery D. Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | 2608 Hibernia | Suite 105 | Dallas | TX | 75204-2514 | jcarruth@wkpz.com | Regular Mail |
| 32 | Liberty Mutual Insurance | 175 Berkeley Street | | | Boston | MA | 02116-3350 | | Regular Mail |
| 33 | Lift Systems | PO Box 7233 | | | Abilene | TX | 79608 | | Regular Mail |
| 34 | Litefund Solutions | 99 Wall St #2613 | | | New York | NY | 10005-4301 | | Regular Mail |
| 35 | M Properties | 2627 West Road | | | Mtn. Home | AR | 72653 | | Regular Mail |
| 36 | Malakoff ISD | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeeway, Suite 1000 | | Dallas | TX | 75207 | dallas.bankruptcy@lgbs.com | NOA-ECF |
| 37 | Malakoff ISD | Linebarger Goggan Blair & Sampson, LLP | c/o Sherrel K Knighton | 2777 N Stemmons Fwy, Ste. 1000 | Dallas | TX | 75207-2328 | Sherrel.Knighton@lgbs.com | NOA-ECF |
| 38 | Marlin Lease Corp | 300 Fellowship Rd | | | Mount Laurel | NJ | 08054 | | Regular Mail |
| 39 | Marlin Leasing Corp | 300 Fellowship Rd | | | Mount Laurel | NJ | 08054-1727 | | Regular Mail |
| 40 | Media Facilities | 1740 Dell Range Blvd. #418 | | | Cheyenne | WY | 82009-4961 | | Regular Mail |
| 41 | Meridian | 367 Eagleview Blvd. | | | Exton | PA | 19341-1156 | | Regular Mail |
| 42 | Meridian Equipment Finance LLC | 9 Old Lincoln Highway | | | Malvern | PA | 19355-2551 | | Regular Mail |
| 43 | Meridian Equipment Finance, LLC | c/o Saldutti Law Group | 1040 Kinsg Highway N, Ste. 100 | | Cherry Hill | NJ | 08034 | rmcdowell@slgcollect.com | NOA-ECF |
| 44 | Midland States Bank | 1801 Park 270 Drive | Suite 200 | | St. Louis | MO | 63146-4022 | | Regular Mail |
| 45 | Mitsubishi HC | 7201 Metro Blvd. Ste 800 | | | Edina | MN | 55439-1333 | | Regular Mail |
| 46 | Mitsubishi HC Capital America, Inc. | c/o Jason Sellers | 825 Nicollet Mall, Suite 1648 | | Minneapolis | MN | 55400 | jacob@greensteinsellers.com | NOA-ECF |
| 47 | Monte Spearman | 4837 Silverwood Dr. | | | Johnstown | CO | 80534 | | direct email |
| 48 | Monte Spearman | PO Box 3649 | | | Palestine | TX | 75802 | | Regular Mail |
| 49 | New Lane Fin. B-M | 801 Landcaster Ave | | | Bryn Mawr | PA | 19010-3305 | | Regular Mail |
| 50 | North Arkansas Electric | PO Box 1000 | | | Salem | AR | 72576-1000 | | Regular Mail |
| 51 | Optimum Telephone | 1111 Stewart Ave. | | | Bethpage | NY | 11714-3581 | | Regular Mail |
| 52 | Pawnee | 3801 Automation Way #207 | | | Ft Collins | CO | 80525-5735 | | Regular Mail |
| 53 | SBA Covid-19 Disaster Loan | PO Box 3918 | | | Portland | OR | 97208-3918 | | NOA-ECF |
| 54 | Scott M. Seidel -SBRA V | Seidel Law Firm | 6505 West Park Blvd | Suite 306 | Plano | TX | 75093-6212 | scott@scottseidel.com | NOA-ECF |
| 55 | SecureNet | 101 N Federal HWY Ste 601 | | | Boca Raton | FL | 33432-3969 | | Regular Mail |
| 56 | SESAC | PO Box 5246 | | | New York | NY | 10008-5246 | | Regular Mail |
| 57 | South Plains Communications | 5811 34th St | | | Lubbock | TX | 79407 | | Regular Mail |
| 58 | Summit | 4680 Parkway Dr #300 | | | Mason | OH | 45040-7979 | | Regular Mail |
| 59 | Summit Natural Gas | PO Box 676358 | | | Dallas | TX | 75267-6358 | | Regular Mail |
| 60 | Texas Comptroller | Rev Acct Div - Bankruptcy Section | PO Box 13528 | | Austin | TX | 78711-3528 | | Regular Mail |
| 61 | The County of Henderson, Texas | c/o Julie Anne Parsons | McCreary Veselka Bragg & Allen, P.C. | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |
| 62 | The County of Henderson, Texas | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 63 | The County of Stephens, Texas | c/o Julie Anne Parsons | McCreary Veselka Bragg & Allen, P.C. | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |

4855-9063-0587, v. 1

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVICE LIST | Case No. 22-51323 | In re: Kuberlaxmi, LLC | | | | UPDATED: | 4/30/2024 | |
| 2 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[service list (hprn) 001 4878-4499-4995 v.8.xlsx]Sheet1 | | | | | | | | |
| 3 | Name | Address1 | Address2 | Address3 | City | State | Zip | Email | Method of Service / Comment |
| 64 | The County of Stephens, Texas | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 65 | The Fundworks | 299 S. Main St. #1300 | | | Salt Lake City | UT | 84111-2241 | | Regular Mail |
| 66 | The Fundworks LLC | c/o Dedicated Financial GBC | 4000 Lexington Ave N, Suite 125 | | Shoreview | MN | 55126 | bankruptcy@dedicatedgbs.com | NOA-ECF |
| 67 | Titan Tower | PO Box 6972 | | | Abilene | TX | 79608 | | Regular Mail |
| 68 | Turbo Capital | 2308 N Market St | | | Wilmington | DE | 19802-4230 | | Regular Mail |
| 69 | TXU Utility | PO Box 650638 | | | Dallas | TX | 75265-0638 | | Regular Mail |
| 70 | U.S. Bank Equipment Finance | 1310 Madrid Street | | | Marshall | MN | 56258-4099 | | Regular Mail |
| 71 | U.S. Small Business Admin | 150 Westpark Way | Suite 130 | | Euless | TX | 76040 | rebekah.osullivan@sba.gov | NOA-ECF |
| 72 | U.S. Small Business Administration | 1545 Hawkins Blvd Ste 202 | | | El Paso | TX | 79925-2654 | | NOA-ECF |
| 73 | U.S. Small Business Administration | c/o Dawn Whalen Theiss | 1100 Commerce St Ste 300 | | Dallas | TX | 75242 | dawn.theiss@usdoj.gov | NOA-ECF |
| 74 | United First LLC | 2999 NE 191st St | | | Miami | FL | 33180-3123 | | Regular Mail |
| 75 | United Funding | 1835 E Hollandale Beach BLVD | | | Hollandale Beach | FL | 33009-4619 | | NOA-ECF |
| 76 | United Funding | Shanna M. Kaminski | Kaminski Law, PLLC | P.O. Box 247 | Grass Lake | MI | 49240 | skaminski@kaminskilawpllc.com | NOA-ECF |
| 77 | United States Trustee | 1100 Commerce Street | Room 976 | | Dallas | TX | 75242-0996 | erin.schmidt2@usdoj.gov | NOA-ECF |
| 78 | Verizon Cell Phone | PO Box 660108 | | | Dallas | TX | 75266-0108 | | Regular Mail |
| 79 | Vertical Bridge REIT LLC | 750 Park of Commerce Dr #200 | | | Boca Raton | FL | 33487-3650 | | NOA-ECF |
| 80 | Vertical Bridge REIT LLC | Brandy A. Sargent | K&L Gates | One SW Columbia St., Ste 1900 | Portland | OR | 97204 | brandy.sargent@klgates.com | NOA-ECF |
| 81 | Vertical Bridge REIT LLC | David Weitman | K&L Gates | 1717 Main Street Suite 2800 | Dallas | TX | 75201 | david.weitman@klgates.com | NOA-ECF |
| 82 | Xcel Energy | Attn Bankruptcy Department | Po Box 9477 | | Minneapolis | MN | 55484-0001 | | Regular Mail |
| 83 | Zula Com | PO Box 3649 | | | Palestine | TX | 75802-3649 | | direct email |

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § § | CASE NO. 24-70089-swe |
| | | (Chapter 11, SubV) |
| DEBTOR. | § § § | |

**ORDER GRANTING MOTION TO DISCONTINUE UTILITY SERVICE AT VERTICAL BRIDGE REIT LLC INACTIVE AND/OR REJECTED LOCATIONS (RE: DOCKET NO. 68)**

On this day came on for consideration the *Motion to Discontinue Utility Service at Vertical Bridge REIT LLC Inactive and/or Rejected Locations* (Docket No. 68) (the "Motion") filed herein on May 1, 2024 by High Plains Radio Network, LLC. The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or any such response or objection is overruled by this Order;

and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

The Court finds and concludes that all leases on the "VB Inactive" locations in Debtor Exhibit H013 terminated pre-petition.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. The Debtor immediately may discontinue and terminate utility services that are in the name of or otherwise provided by Debtor to VB Inactive locations shown on Debtor Exhibit H013.

4. The Debtor immediately may discontinue utility services that are in the name of the Debtor or otherwise supplied by the Debtor as to the VB Active locations shown on Debtor Exhibit H013 if and when any or each of those leases is or are rejected.

###END OF ORDER###

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
DEBTORS AND DEBTORS IN POSSESSION