UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | CASE NO. 24-70089-swe |
| | § | (Chapter 11, SubV) |
| | § | |
| | § | |
| DEBTOR. | § | **HEARING SET:** MAY 28, 2024, 1:30 p.m. |
| | § | Dallas Texas |

### MOTION OF DEBTOR TO EMPLOY BUSINESS BROKER AND GRANT RELATED RELIEF

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE ST., RM. 1254, DALLAS, TX 75242-1496. BEFORE CLOSE OF BUSINESS ON MAY 22, 2024, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:**

High Plains Radio Network, LLC, debtor and debtor in possession (the "Debtor" or "HPRN"), files this *Motion to Employ Business Broker and Grant Related Relief* (the "Broker Motion") and in support thereof would show the Court the following.

# INTRODUCTION

1. HPRN seeks entry of a final order approving of the retention of an experienced radio industry broker and the authority to pay the broker upon the closing of any transactions in accordance with the brokerage agreement and as may be approved by the Court.

2. HPRN files this motion and, for the time being, contemplates a sale process with or without the leases of Vertical Bridge in light of the pleadings filed by Vertical Bridge on April 29-30, 2024.  It is up to Vertical Bridge to decide whether it wishes to be a constructive part of a sales process.

# JURISDICTION AND VENUE

3. This Court has jurisdiction over this Motion pursuant to Sections 327, 328 and/or 1101 et seq. of the United States Bankruptcy Code, Title 11 of the U.S. Code, 11 U.S.C. §101 et seq. (the "Code" or "Bankruptcy Code"), and Rules 2014 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" or individually a "Bankruptcy Rule"), and 28 U.S.C. §§157 and 1334.

4. This matter constitutes a core proceeding under 28 U.S.C. §157(b).

5. Venue is proper under 28 U.S.C. §§1408 and 1409.

6. The Court has constitutional authority to decide this Motion under *Stern v. Marshall*, 564 U.S. 462 (2011) and its progeny.

# FACTUAL BACKGROUND

**The identity and background of the Debtor and Debtor in Possession.**

7. HPRN owns and operates a chain of rural AM and FM radio stations in parts of Texas, Oklahoma, and Arkansas.

**The Commencement of the Bankruptcy Cases.**

8. On March 26, 2024, HPRN commenced the above-captioned Chapter 11 case by filing a voluntary petition.

9. HPRN commenced this case primarily as a result of ongoing difficulties with various tower leases and challenges in the rapidly evolving radio industry.

**Factual background in support of the relief requested.**

10. HPRN may in the coming days file a motion to approve bid procedures and subsequently to conduct a Code §363 sale process of certain property of the Debtor, free and clear of all liens, claims, encumbrances, and other interests, with the proposed assumption of and assignment of leases and contracts with respect to certain broadcasting equipment, licenses, tower leases and executory contracts (collectively, the "Subject Property").

11. HPRN desires to employ Media Specialty Group Inc. as broker, led by Bill Whitley (the "Broker") to market the Subject Property and to conduct the upcoming sales process contemplated by the Debtor.

12. HPRN believes that the Broker possesses the qualifications, skills, and experience necessary to assist with the marketing of the Subject Property and to conduct the sales process.

13. A copy of the proposed Engagement Agreement between the Broker and HPRN is attached hereto as **Exhibit H014**.[1]

14. The Declaration of Bill Whitley is attached hereto as **Exhibit H015** regarding the disinterestedness between MSG and the Debtor.

15. The website biography of Bill Whitley is attached hereto as **Exhibit H016** regarding the disinterestedness between MSG and the Debtor.

---

[1] As of this filing, the Debtor and MSG are working on the final version of the Engagement Agreement. The Engagement Agreement, Exhibit H014 will be filed as a supplement to the Motion and served to the ECF notice parties and any other parties requesting a copy.

16. Debtor discloses that MSG previously transacted one or more of the stations among the Subject Property including acting as the sell-side broker on one more acquisitions by HPRN. No debts exist relating to the prior work.

17. HPRN believes that the Engagement Agreement is straightforward, fair, and reasonable, and is typical for the radio industry.

18. Debtor has consulted with Vertical Bridge, the alleged lessor of some of the cell towers, which has agreed with the choice of the Broker to conduct and/or assist in the Code § 363 sales process.

## RELIEF REQUESTED

19. HPRN respectfully requests that the Court enter a final order approving the retention of the Broker and approval of the Engagement Agreement, including that the fees and commission structure as specified therein may be paid by HPRN at closing of any eligible transaction.

20. A proposed form of Order is submitted with this Motion and is incorporated herein.

## BASIS OF RELIEF

21. Code §§ 327(a) and 328(a) provide that a debtor, subject to Court approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the Debtor in carrying out the Debtor' duties under this title. Bankruptcy Rule 2014(a) provides that an "order approving the employment of attorneys, accountants, appraisers, auctioneers, agents, or other professionals pursuant to §327 . . . of the Code shall be made only on application of the trustee or committee." Bankruptcy Rule 2014 requires that an application for retention of a professional includes specific facts showing the

necessity for employment, the name of the firm to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and to the best of the applicant's knowledge, all of the firm's connections with the debtor, creditors, any other party in interest, their respective attorneys and accounts, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

22. Courts generally hold that property and business brokers are "professionals" pursuant to Code § 327 when acting on behalf of the debtor to sell property of the debtor. *See F/S Airlease II, Inc. v. Simon*, 844 F.2d 99, 108 (3d Cir. 1999) ("a Business Broker, like an attorney, is a professional"); *Indian River Homes, Inc. v. Sussex Trust Co.*, 108 B.R. 46, 50 n.12 (D. Del. 1989) ("Bankruptcy courts routinely hold that Business Brokers are professional persons for purposes of § 327(a)"); *In re Channel 2 Associates*, 88 B.R. 351, 352 (Bankr. D.N.M. 1988); *In re 31-33 Corp.*, 100 B.R. 744, 746 (Bankr. E.D. Pa. 1989).

23. The continued successful administration of this case requires the service of an experienced broker with experience in the radio industry.

24. Pursuant to the Engagement Agreement, and subject to this Court's approval, the Debtor has retained the Broker to market the Subject Property for sale and/or lease. The employment of the Broker is necessary to ensure that the Subject Property is marketed to the fullest extent possible so as to maximize its value for the benefit of the Debtor's estate and creditors.

25. The Debtor selected the Broker because of its extensive experience in rendering these services.

26. The retention of the Broker will place in the hands of the Broker an experienced business broker in this industry who is best able to market, and then sell, the Subject Property,

subject to Bankruptcy Court approval. The fees and commission structure in the Engagement Agreement benefits the Debtor inasmuch as the Broker will receive compensation based solely on his results, and will be paid at the closing of the sales or other transactions approved by the Court.

## CONCLUSION AND PRAYER

WHEREFORE, High Plain Radio Network, LLC, debtor and debtor in possession, respectfully requests that the Court that the Court authorize and approve the retention of Media Services Group LLC as set forth in this Motion and the Engagement Agreement. Debtor request such other and further relief to which Debtor is entitled at law or in equity.

Dated: May 1, 2024   Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:  */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, TX 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on May 1, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached service list.

**COPIES OF THE EXHIBITS WERE NOT SERVED BY REGULAR MAIL. PLEASE CONTACT THE UNDERSIGNED IF YOU WISH TO RECEIVE THE EXHIBITS.**

*/s/Jeff Carruth*
Jeff Carruth

### ECF SERVICE LIST

**24-70089-swe11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor High Plains Radio Network, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com;jcarruth@ecf.courtdrive.com

Paul H. Cross on behalf of Creditor Hanmi Bank  phclease@msn.com

Shanna M. Kaminski on behalf of Interested Party Union Funding Source, Inc.  skaminski@kaminskilawpllc.com

Sherrel K. Knighton on behalf of Creditor Malakoff ISD  Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Matthew F. Kye on behalf of Creditor Amur Equipment Finance, Inc.  mkye@kyelaw.com, dsullivan@kyelaw.com

Julie Anne Parsons on behalf of Creditor Eastland County Appraisal District  jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Henderson, Texas  jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Julie Anne Parsons on behalf of Creditor The County of Stephens, Texas  jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com

Scott M. Seidel -SBRA V  scott@scottseidel.com, csms11@trustesolutions.net;susan.seidel@earthlink.net

Dawn Whalen Theiss on behalf of Creditor Small Business Administration  dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

United States Trustee  ustpregion06.da.ecf@usdoj.gov

David Weitman on behalf of Creditor Vertical Bridge REIT, LLC  david.weitman@klgates.com

# SERVICE LIST

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVICE LIST | Case No. 22-51323 | In re: Kuberluxmi, LLC | | | | UPDATED: | 4/30/2024 | |
| 2 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\service list (hprn) 001 4878-4499-4995 v.8.xlsx]Sheet1 | | | | | | | | |
| 3 | Name | Address1 | Address2 | Address3 | City | State | Zip | Email | Method of Service / Comment |
| 4 | BMI | PO Box 630893 | | | Cincinnati | OH | 45263-0893 | | Regular Mail |
| 5 | Broadcase Music, Inc. | 7 World Trade Center | 250 Greenwich St | | New York | NY | 10007 | renriquez-cohen@bmi.com | NOA-ECF |
| 6 | Bryn Mawr Equipment Finance Inc. | 801 Lancaster Avenue | | | Bryn Mawr | PA | 19010-3305 | | Regular Mail |
| 7 | Channel Partners Capital LLC | Attn Legal Department | 1111 E College Drive | Suite 200 | Marshall | MN | 56258-1968 | | Regular Mail |
| 8 | City of Altus | 509 S Main St | | | Altus | OK | 73521-3135 | | Regular Mail |
| 9 | City of Friona | 623 Main St | | | Friona | TX | 79035 | | Regular Mail |
| 10 | City of Hereford | PO Box 2277 | | | Hereford | TX | 79045-2277 | | Regular Mail |
| 11 | City of Plainview | 202 W 5th | | | Plainview | TX | 79072-8232 | | Regular Mail |
| 12 | City of Vernon | 1725 Wilbarger St | | | Vernon | TX | 76384-4741 | | Regular Mail |
| 13 | Crest Capitol | PO Box 88233 | | | Atlanta | GA | 30356-8233 | | Regular Mail |
| 14 | CT Corp. Sys. | Attn: SPRS | 330 N Brand Blvd | | Glendale | CA | 91203-2308 | | Regular Mail |
| 15 | D&D Telecommunications | PO Box 6988 | | | Abilene | TX | 79608 | | Regular Mail |
| 16 | Eastland County Appraisal District | c/o Julie Parsons | McCreary, Veselka, Bragg & Allen, PC | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |
| 17 | Eastland County Appraisal District | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 18 | Entergy Utility | PO Box 8105 | | | Baton Rouge | LA | 70891-8105 | | Regular Mail |
| 19 | Federal Communications Com. | 45 L Street NE | | | Washington | DC | 20554-0001 | | Regular Mail |
| 20 | Financial Agent Services | PO Box 2576 | | | Springfield | IL | 62708-2576 | | Regular Mail |
| 21 | First State Bank Athens | PO Box 471 | | | Athens | TX | 75751-0471 | | Regular Mail |
| 22 | Global Music Rights | 1801 W Olympic Blvd | | | Pasadena | CA | 91199-2280 | | Regular Mail |
| 23 | Hanmi Bank | 5403 Olympic Dr. #200 | | | Gig Harbor | WA | 98335-1853 | | NOA-ECF |
| 24 | Hanmi Bank | 1107 E Pioneer Parkway | | | Arlington | TX | 76010-5866 | | NOA-ECF |
| 25 | Hanmi Bank | Attn. Paul Cross Esq. | 11300 N. Central Expressway Ste. 604 | | Dallas | TX | 75243 | phdease@msn.com | NOA-ECF |
| 26 | Hanmi Bank | 11300 North Central Expressway | Suite 604 | | Dallas | TX | 75243 | phdease@msn.com | NOA-ECF |
| 27 | Hanszen LaPorte | 14201 Memorial Dr | | | Houston | TX | 77079-6731 | | Regular Mail |
| 28 | High Plains Radio Network, LLC | PO Box 1419 | | | Vernon | TX | 76385-1419 | | Regular Mail |
| 29 | Hitachi Capital America Corp. | 7808 Creekridge Circle | Suite 250 | | Edina | MN | 55439-2647 | | Regular Mail |
| 30 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7317 | | Philadelphia | PA | 19101-7317 | | Regular Mail |
| 31 | Jeffery D. Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | 2608 Hibernia | Suite 105 | Dallas | TX | 75204-2514 | jcarruth@wkpz.com | Regular Mail |
| 32 | Liberty Mutual Insurance | 175 Berkeley Street | | | Boston | MA | 02116-3350 | | Regular Mail |
| 33 | Lift Systems | PO Box 7233 | | | Abilene | TX | 79608 | | Regular Mail |
| 34 | Litefund Solutions | 99 Wall St #2613 | | | New York | NY | 10005-4301 | | Regular Mail |
| 35 | M Properties | 2627 West Road | | | Mtn. Home | AR | 72653 | | Regular Mail |
| 36 | Malakoff ISD | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeeway, Suite 1000 | | Dallas | TX | 75207 | dallas.bankruptcy@lgbs.com | NOA-ECF |
| 37 | Malakoff ISD | Linebarger Goggan Blair & Sampson, LLP | c/o Sherrel K Knighton | 2777 N Stemmons Fwy, Ste. 1000 | Dallas | TX | 75207-2328 | Sherrel.Knighton@lgbs.com | NOA-ECF |
| 38 | Marlin Lease Corp | 300 Fellowship Rd | | | Mount Laurel | NJ | 08054 | | Regular Mail |
| 39 | Marlin Leasing Corp | 300 Fellowship Rd | | | Mount Laurel | NJ | 08054-1727 | | Regular Mail |
| 40 | Media Facilities | 1740 Dell Range Blvd. #418 | | | Cheyenne | WY | 82009-4961 | | Regular Mail |
| 41 | Meridian | 367 Eagleview Blvd. | | | Exton | PA | 19341-1156 | | Regular Mail |
| 42 | Meridian Equipment Finance LLC | 9 Old Lincoln Highway | | | Malvern | PA | 19355-2551 | | Regular Mail |
| 43 | Meridian Equipment Finance, LLC | c/o Saldutti Law Group | 1040 Kinsg Highway N, Ste. 100 | | Cherry Hill | NJ | 08034 | rmcdowell@slgcollect.com | NOA-ECF |
| 44 | Midland States Bank | 1801 Park 270 Drive | Suite 200 | | St. Louis | MO | 63146-4022 | | Regular Mail |
| 45 | Mitsubishi HC | 7201 Metro Blvd. Ste 800 | | | Edina | MN | 55439-1333 | | Regular Mail |
| 46 | Mitsubishi HC Capital America, Inc. | c/o Jason Sellers | 825 Nicollet Mall, Suite 1648 | | Minneapolis | MN | 55400 | jacob@greensteinsellers.com | NOA-ECF |
| 47 | Monte Spearman | 4837 Silverwood Dr. | | | Johnstown | CO | 80534 | | direct email |
| 48 | Monte Spearman | PO Box 3649 | | | Palestine | TX | 75802 | | Regular Mail |
| 49 | New Lane Fin. B-M | 801 Landcaster Ave | | | Bryn Mawr | PA | 19010-3305 | | Regular Mail |
| 50 | North Arkansas Electric | PO Box 1000 | | | Salem | AR | 72576-1000 | | Regular Mail |
| 51 | Optimum Telephone | 1111 Stewart Ave. | | | Bethpage | NY | 11714-3581 | | Regular Mail |
| 52 | Pawnee | 3801 Automation Way #207 | | | Ft Collins | CO | 80525-5735 | | Regular Mail |
| 53 | SBA Covid-19 Disaster Loan | PO Box 3918 | | | Portland | OR | 97208-3918 | | NOA-ECF |
| 54 | Scott M. Seidel -SBRA V | Seidel Law Firm | 6505 West Park Blvd | Suite 306 | Plano | TX | 75093-6212 | scott@scottseidel.com | NOA-ECF |
| 55 | SecureNet | 101 N Federal HWY Ste 601 | | | Boca Raton | FL | 33432-3969 | | Regular Mail |
| 56 | SESAC | PO Box 5246 | | | New York | NY | 10008-5246 | | Regular Mail |
| 57 | South Plains Communications | 5811 34th St | | | Lubbock | TX | 79407 | | Regular Mail |
| 58 | Summit | 4680 Parkway Dr #300 | | | Mason | OH | 45040-7979 | | Regular Mail |
| 59 | Summit Natural Gas | PO Box 676358 | | | Dallas | TX | 75267-6358 | | Regular Mail |
| 60 | Texas Comptroller | Rev Acct Div - Bankruptcy Section | PO Box 13528 | | Austin | TX | 78711-3528 | | Regular Mail |
| 61 | The County of Henderson, Texas | c/o Julie Anne Parsons | McCreary Veselka Bragg & Allen, P.C. | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |
| 62 | The County of Henderson, Texas | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 63 | The County of Stephens, Texas | c/o Julie Anne Parsons | McCreary Veselka Bragg & Allen, P.C. | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |

4856-3828-5243, v. 1

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVICE LIST | Case No. 22-51323 | In re: Kuberlaxmi, LLC | | | | UPDATED: | 4/30/2024 | |
| 2 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[service list (hprn) 001 4878-4499-4995 v.8.xlsx]Sheet1 | | | | | | | | |
| 3 | Name | Address1 | Address2 | Address3 | City | State | Zip | Email | Method of Service / Comment |
| 64 | The County of Stephens, Texas | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 65 | The Fundworks | 299 S. Main St. #1300 | | | Salt Lake City | UT | 84111-2241 | | Regular Mail |
| 66 | The Fundworks LLC | c/o Dedicated Financial GBC | 4000 Lexington Ave N, Suite 125 | | Shoreview | MN | 55126 | bankruptcy@dedicatedgbc.com | NOA-ECF |
| 67 | Titan Tower | PO Box 6972 | | | Abilene | TX | 79608 | | Regular Mail |
| 68 | Turbo Capital | 2308 N Market St | | | Wilmington | DE | 19802-4230 | | Regular Mail |
| 69 | TXU Utility | PO Box 650638 | | | Dallas | TX | 75265-0638 | | Regular Mail |
| 70 | U.S. Bank Equipment Finance | 1310 Madrid Street | | | Marshall | MN | 56258-4099 | | Regular Mail |
| 71 | U.S. Small Business Admin | 150 Westpark Way | Suite 130 | | Euless | TX | 76040 | rebekah.osullivan@sba.gov | NOA-ECF |
| 72 | U.S. Small Business Administration | 1545 Hawkins Blvd Ste 202 | | | El Paso | TX | 79925-2654 | | NOA-ECF |
| 73 | U.S. Small Business Administration | c/o Dawn Whalen Theiss | 1100 Commerce St Ste 300 | | Dallas | TX | 75242 | dawn.theiss@usdoj.gov | NOA-ECF |
| 74 | United First LLC | 2999 NE 191st St | | | Miami | FL | 33180-3123 | | Regular Mail |
| 75 | United Funding | 1835 E Hollandale Beach BLVD | | | Hollandale Beach | FL | 33009-4619 | | NOA-ECF |
| 76 | United Funding | Shanna M. Kaminski | Kaminski Law, PLLC | P.O. Box 247 | Grass Lake | MI | 49240 | skaminski@kaminskilawpllc.com | NOA-ECF |
| 77 | United States Trustee | 1100 Commerce Street | Room 976 | | Dallas | TX | 75242-0996 | erin.schmidt2@usdoj.gov | NOA-ECF |
| 78 | Verizon Cell Phone | PO Box 660108 | | | Dallas | TX | 75266-0108 | | Regular Mail |
| 79 | Vertical Bridge REIT LLC | 750 Park of Commerce Dr #200 | | | Boca Raton | FL | 33487-3650 | | NOA-ECF |
| 80 | Vertical Bridge REIT LLC | Brandy A. Sargent | K&L Gates | One SW Columbia St., Ste 1900 | Portland | OR | 97204 | brandy.sargent@klgates.com | NOA-ECF |
| 81 | Vertical Bridge REIT LLC | David Weitman | K&L Gates | 1717 Main Street Suite 2800 | Dallas | TX | 75201 | david.weitman@klgates.com | NOA-ECF |
| 82 | Xcel Energy | Attn Bankruptcy Department | Po Box 9477 | | Minneapolis | MN | 55484-0001 | | Regular Mail |
| 83 | Zula Com | PO Box 3649 | | | Palestine | TX | 75802-3649 | | direct email |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | CASE NO. 24-70089-swe |
| | § | (Chapter 11, SubV) |
| DEBTOR. | § | |
| | § | |

**FINAL ORDER GRANTING MOTION OF DEBTOR TO EMPLOY BUSINESS BROKER AND GRANT RELATED RELIEF (RE: DOCKET NO. 71)**

On May 28, 2024 the Court conducted a hearing regarding the *Motion of Debtor to Employ Business Broker and Grant Related Relief* (Docket No. 71) (the "Motion") filed herein on May 1, 2024 by High Plains Radio Network, LLC, debtor and debtor-in-possession ("HPRN" or the "Debtor"). The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to such terms in the Motion.

3. The retention of Media Services Group Inc., Bill Whitley principal (the "Broker"), by the Debtor as the broker of the Debtor as set forth in the Engagement Agreement, Exhibit H012, is approved effective as of April 2, 2024.

4. The payment of any fees or commissions to the Broker shall be paid at the closing of any sale or other transactions approved by the Court.

###END OF ORDER###

Submitted by:
Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com
ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

**ENGAGEMENT AGREEMENT – TO BE FILED AS SUPPLEMENT AND SERVED TO THE E.C.F NOTICE PARTIES AND OTHERWISE AVAILABLE UPON REQUEST**

**EXHIBIT H015**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | CASE NO. 24-70089-swe |
| | § | (Chapter 11, SubV) |
| DEBTOR. | § | |

## DECLARATION OF BILL WHITLEY

Pursuant to 28 U.S.C. § 1746 and Bankruptcy Rule 2014, Bill Whitley, hereby declares the following under penalty of perjury of the laws of the United States that the following statements are true and correct.

1. My name is Bill Whitley. I am more than twenty-one (21) years of age and am competent and authorized to make this declaration. I have personal knowledge of the facts set forth herein and they are true and correct.

2. I am a broker associated with and principal of Media Specialty Group Inc. ("MSG" or the "Broker"). My curriculum vitae is attached hereto as **EXHIBIT H016**.

3. This declaration was prepared and is being submitted as an exhibit to the *Motion to Employ Broker* (the "Broker Motion") filed in the above-captioned Chapter 11 bankruptcy case by High Plains Radio Network, LLC, debtor and debtor in possession ("HPRN" or the "Debtor"). Unless otherwise defined herein, capitalized terms shall have the same meaning in this Declaration as ascribed to such terms in the Broker Motion.

4. HPRN has asked MSG to represent HPRN to market the Subject Property for one or more potential sale and/or lease transactions.

5. Neither I nor MSG, nor its employees, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor, or its estate in the matters upon which MSG is to be engaged.

6. Neither I nor MSG, insofar as I have been able to ascertain based on MSG's review to date, has any connection with the Debtor, its creditors, or any other party in interest herein, or their respective attorneys or accountants.

7. Neither I, MSG, nor its employees, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor, its creditors, or any other party in interest herein, or their respective attorneys or accountants,

FURTHER DECLARANT SAYETH NOT

DATED: May 1, 2024        **MEDIA SERVICES GROUP INC.**
                                                 By:    /s/ Bill Whitley
                                                       Bill Whitley, Principal



## Bill Whitley

 whitley@mediaservicesgroup.com

 972-231-4500

 972-231-4509

Bill Whitley has been in the broadcast brokerage field for over thirty years. Headquartered in Dallas, Whitley has been active on a nationwide basis with an emphasis on media properties in the southwest. Whitley joined Chapman Associates, a nationally recognized media brokerage firm, in 1978. Whitley formed his own firm, Whitley Media, in 1990. In 1998, Whitley Media merged with Media Services Group.

During his career Whitley has completed over $300,000,000 in broadcasting transactions and personally handled an estimated three hundred and fifty appraisal assignments.

Prior to his brokerage career, Whitley had extensive experience in the broadcasting industry in television production in Dallas-Fort Worth. In radio Whitley held sales and management positions in Temple, Dallas, and Little Rock.

Whitley holds his Bachelor's and Master's degrees in Radio-Television from Texas Christian University. He served for several years as an adjunct faculty member of the broadcasting department of Southern Methodist University.

Whitley has completed appraisal assignments for numerous financial institutions and broadcasters. He has appraised TV properties in markets including Laredo, TX; Montgomery, AL; Roanoke, VA; and Rockford, IL. Radio station markets appraised by Whitley include: Dallas, Houston, Sherman, TX; Albuquerque, NM; Little Rock, AR; and Shreveport, LA.

Whitley has handled transactions nationally, including station sales in Hawaii, California, Arizona, Mississippi, and Missouri, as well as Texas, Oklahoma, New Mexico and Arkansas.

Whitley has also served as a receiver for broadcast properties in Texas and Louisiana. He has worked with trustees, debtors, creditors and the courts in Chapter 11, Chapter 7, receiverships, and foreclosure proceedings in both a consultant and broker role.

**EXHIBIT H016**

Whitley has served as an expert witness in court proceedings relative to broadcast station values in Texas, New Mexico and Arkansas. He has served as a guest lecturer at several universities and has been a panelist on valuation seminars for state broadcast associations.



- Radio & TV Brokerage
- Tower Brokerage
- Valuations
- Financing
- Consulting
- For Sale

## Radio & TV Brokerage

Media Services Group provides brokerage services for radio stations, television stations, cell towers, and new media businesses. Our team will work with you during the transaction process to maximize your return for the current market conditions.

Read More »