BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

**High Plains Radio Network, LLC**

Case No.: **24-70089**

Debtor(s)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☐ is the first mail matrix in this case.

☑ adds entities not listed on previously filed mailing list(s).

**[ADDITIONAL SCHEDULE G PARTIES - NON V.B. TOWER LEASES, OFFICE LEASES]**

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **May 2, 2024**

/s/ Monte L. Spearman
Monte L. Spearman/Manager
Signer/Title

Date: **May 2, 2024**

/s/ Jeff Carruth
Signature of Attorney
Jeff Carruth 24001846
Weycer, Kaplan, Pulaski & Zuber, P.C.
2608 Hibernia St. Ste 105
Dallas, TX 75204-2514
(713) 341-1158  Fax: (866) 666-5322

26-0225489
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

City of Friona
623 Main St
Friona Texas 79035

Lift Systems
PO Box 7233
Abilene Texas 79608

Lift Systems
PO Box 7233
Abilene Texas 79608

South Plains Communications
5811 34th St
Lubbock Texas 79407

D&D Telecommunications
PO Box 6988
Abilene Texas79608

D&D Telecommunications
PO Box 6988
Abilene Texas79608

Titan Tower
PO Box 6972
Abilene Texas 79608

Titan Tower
PO Box 6972
Abilene Texas 79608

Media Facilities
1740 Dell Range Blvd #418
Cheyenne Wy 82009

Media Facilities
1740 Dell Range Blvd #418
Cheyenne Wy 82009

Media Facilities
1740 Dell Range Blvd #418
Cheyenne Wy 82009

Media Facilities
1740 Dell Range Blvd #418

4879-0430-0218, v. 1

Cheyenne Wy 82009

M Properties
2627 West Road
Mtn. Home AR 72653