Paul H. Cross  
Texas Bar No. 05131500  
PAUL H. CROSS ATTORNEY AT LAW PLLC  
11300 N. Central Expwy., Suite 604  
Dallas, Texas 75243  
Telephone:     214.926.5734  
Facsimile:      214.269.1439  
Email:  phclease@msn.com  

ATTORNEY FOR HANMI BANK

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE NORTHERN DISTRICT OF TEXAS**  
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | § | CASE NO. 24-70089 |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | |
| | § | |
| DEBTOR | § | CHAPTER 11, Subchapter V |

**AMENDED NOTICE OF HEARING OF HANMI BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING OF HANMI BANK'S SECOND AMENDED MOTION TO COMPEL ASSUMPTION OR REJECTION OF EQUIPMENT FINANCE AGREEMENTS AND NOTICE OF HEARING OF HANMI BANK'S APPLICATION FOR ADMINISTRATIVE EXPENSES OWED UNDER EQUIPMENT FINANCE AGREEMENTS**

Hanmi Bank's Motion for Relief From Automatic Stay, Hanmi Bank's Second Amended Motion to Compel Assumption or Rejection of Equipment Finance Agreements, and Hanmi Bank's Application for Administrative Expenses Owed Under Equipment Finance Agreements are set for hearing via WebEx on May 23, 2023 at 10:00 o'clock a.m. before the Honorable Scott W. Everett, United States Bankruptcy Judge, in the United States Federal Courthouse, 1000 Lamar Street, Room 222, Wichita Falls, Texas 76301.

The hearing will be conducted via WebEx. The WebEx hearing instructions are as follows:

| | |
|---|---|
| For WebEx Video Participation/Attendance: | https://us-courts.webex.com/meet/everett |
| For WebEx Telephonic Participation/Attendance: | Dial-In:     1- 650-479-3207 |
| | Access Code:     476 420 189 |

Further WebEx instructions from the above-named Court are attached to this notice and incorporated by reference.

GIVEN on May 13, 2024.

**AMENDED NOTICE OF HEARING OF HANMI BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING OF HANMI BANK'S SECOND AMENDED MOTION TO COMPEL ASSUMPTION OR REJECTION OF EQUIPMENT FINANCE AGREEMENTS AND NOTICE OF HEARING OF HANMI BANK'S APPLICATION FOR ADMINISTRATIVE EXPENSES OWED UNDER EQUIPMENT FINANCE AGREEMENTS**     Page 1

    Respectfully submitted,

_[signature]_

_____
Paul H. Cross
Texas Bar No. 05131500
PAUL H. CROSS ATTORNEY AT LAW PLLC
11300 N. Central Expwy., Suite 604
Dallas, Texas 75243
Telephone:   214.926.5734
Facsimile:    214.269.1439
Email:  phclease@msn.com

COUNSEL FOR HANMI BANK

### Certificate of Service

The undersigned certifies that on May 13, 2024 a true and correct copy of the foregoing motion was served via ECF all those receiving ECF notification in this case and via regular first class mail as follows:

High Plains Radio Network, LLC
c/o Monte Lee Spearman, Member
P.O. Box 1419
Vernon, Texas 76384

U.S. Trustee
United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75202

U.S. Small Business Administration
10737 Gateway, Suite 300
El Paso, Texas 79935

Jeffrey D. Carruth
Counsel for Debtor
Weycer Kaplan Pulaski & Zuber, P.C.
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514

Scott M. Seidel -SBRA V
Seidel Law Firm
6505 West Park Blvd, Suite 306
Plano, TX 75093
(214) 234-2500

_[signature]_

_____
Paul H. Cross

Hearings in the Wichita Falls Division of the Northern District of Texas Bankruptcy are pre-scheduled as either LIVE or WEBEX hearings as set forth on Judge Everett's yearly docket dates. There is no fee/charge for the participants who make appearances via Webex, although you will have to download the WebEx application to your electronic device. The WebEx meeting link for Judge Everett's courtroom is: https://us-courts.webex.com/meet/everett . The number for Webex telephonic appearances (US/Canada) is: 1-650-479-3207; Access code: 476 420 189. **Please note: Webex appearances at a LIVE hearing are not an option**.

**Please review the information below prior to participating in a hearing via WebEx.**

### CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING

The Court will allow participation in a virtual hearing using either of the following two methods. Please connect at least 10 minutes prior to the hearing time. It is recommended that attorneys discuss the logistics of the WebEx appearance and these instructions/tips with their clients/witnesses at least 48 hours before the hearing.

**Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.**

It is strongly preferred that participants who may speak during a hearing use the WebEx application ratherthan using the "call-in" option described in Option 2.

Attorneys and/or witnesses who anticipate offering extensive testimony or legal argument or conducting examination are required to utilize the video function. The court may consider special requests for other appearance options on a case-by-case basis.

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a cell phone or tablet for video, it should be set in a stationary position. Holding a cell phone or tablet in your hand while speaking does not yield a good video for the Court.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "CallMe At" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

**Option 2: Call-in via phone (audio only).**

The call-in number for Webex telephonic appearances (US/Canada) is: 1-650-479-3207. Access code: 476 420 189. The access code should be input when prompted.

## **HELPFUL HINTS AND ETIQUETTE**

- Please use the mute function when you are not speaking. Please be aware that sometimes the court mutes everyone when there is background noise. When you want to speak, make sure you are not on mute. Call-in users should dial *6 to unmute your line.

- Remember to state your name for the record each time before speaking and speak slowly and clearly so thecourt can get a good record.

- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have foundthat newer iPhones provide the best visual and audio feed – better than most desktop computers. <u>If you areon a personal computer, headphones or earbuds are required for those who need to speak during the</u> <u>hearing.</u>

- During examination attorneys and witnesses should use a separate camera and microphone, when possible. To avoid feedback parties using separate devices must not be in the same room. The Court may consider special requests on a case-by-case basis.

- WebEx participants may use the "share" button to easily share their screen or document with the Court or
other WebEx participants. Press "stop sharing" to remove the presentation from the meeting.

- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

- Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audioand video quality of the WebEx meeting.

- Participants are reminded that they should wear attire suitable for court.

- Participants who wish to test their WebEx connection or the share-screen functionality in advance of the hearing may arrange a "practice run" by contacting the courtroom deputy via email to swe_settings@txnb.uscourts.gov .

## **NOTICE OF HEARING CONTENT FOR MATTERS SET ON VIDEO DOCKET DATES**

**IMPORTANT**: Video dockets will be conducted via Webex video at https://us-courts.webex.com/meet/everett . When electronically filing the Notice of Hearing via CM/ECF select "https://us-courts.webex.com/meet/everett" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). **NOTE: Chapter 13 matters set for pre-hearing conference will be conducted electronically by the Chapter 13 trustee at 8:30 AM via the Go-To platform:** https://meet.goto.com/110600453 . Dial in (for audio only): 1 (646) 749-3122 (US); Access Code: 110 600 453.

The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice of the above WebEx video participation/attendance link for Judge Everett, (2) provide notice of the above Go-To-Meeting video link (for matters requiring a pre-hearing conference), and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Everett's webpage at: Judge Everett's Hearing dates | Northern District of Texas | United States Bankruptcy Court (uscourts.gov) .

## **EXHIBITS AND DEMONSTRATIVE AIDS**

Any party intending to introduce evidence at a hearing must file an exhibit list with a true and correct copy of each designated exhibit filed as a separate, individual attachments thereto so that the Court and all participants have ready access to all designated exhibits.  Exhibits should be filed by the date that they would normally be exchanged pursuant to our local rules using the "notice" or "list (witness/exhibit/generic)" or "Support/Supplemental doc" event in ECF.

For evidentiary hearings when more than ten exhibits have been filed in ECF or when the total page count of all exhibits exceeds 500 pages, Judge Everett requests a thumb/USB drive be delivered to him prior to the hearing at: U.S. Bankruptcy Court, Attn: Stephen Manz, 1100 Commerce Street, Room 1254, Dallas, TX 75242.

Paper copies of exhibits are not encouraged; however, paper copies may be provided <u>to the witness(s)</u> at an in-person hearing if preferred.

Demonstrative aids and Power Points may be shared with the Court and other Webex participants during a video hearing via the "share" button in Webex.  If these demonstrative aids and/or Power Points are admitted as exhibits, they would then have to be filed on the ECF docket after the hearing.

During a Webex hearing lawyers may refer to (and offer) their exhibits by referencing the exhibit's ECF document number for the Court and other Webex participants to access. After the hearing, the court will create a Minute Entry reflecting which exhibits were admitted.  You should consider emailing exhibits to witnesses ahead of time since they may not have access to PACER.