## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **HIGH PLAINS RADIO NETWORK LLC,** | § | **CASE NO. 24-70089-swe** |
| | § | |
| | § | (Chapter 11, SubV) |
| **DEBTOR.** | § | |

## AMENDED SCHEDULES AND/OR
## STATEMENT OF FINANCIAL AFFAIRS

I declare under penalty of perjury that I have read the following summary of schedules, schedules, and statement of financial affairs, and that they are true and correct to the best of my knowledge, information, and belief.

**HIGH PLAINS RADIO NETWORK, LLC**

By: _/s/ Monte L. Spearman_
Monte L. Spearman,
Managing Member

PROPOSED ATTORNEYS FOR DEBTOR

Jeff Carruth, SBT #24001846
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
2406 Hibernia Ste. 105
Dallas TX 75204
Phone: (713) 341-1158
jcarruth@wkpz.com

**Preliminary Statement, Disclaimer, and Reservation of Rights**
**Regarding Schedules and Statement of Financial Affairs**

The information contained in the following Debtor's schedules and related statements, disclosures, and lists in this Bankruptcy Case (collectively, the "Schedules") represents the information the Debtor has developed to date through its investigation of the assets, liabilities, and affairs of the Debtor and the estate. The Debtor's continuing review of its pre-petition books and records could yield additional information that would change or expand the information contained in the Schedules. Furthermore, while every effort has been made to file complete and accurate Schedules, inadvertent errors or omissions may exist. **ACCORDINGLY, THE DEBTOR RESERVES THE RIGHT TO AMEND THE SCHEDULES. THE DEBTOR DOES NOT WAIVE ANY ISSUE OF FACT, REMEDY, CLAIM, OR DEFENSE PERTAINING TO ANY MATTER ADDRESSED HEREIN.**

Likewise, the lack of notation of a setoff on Schedule F in the checkbox does not limit the Debtor from asserting a right of setoff and/or amended these schedules accordingly. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected in the Schedules as to amount, liability, or classification, or otherwise subsequently designate any claims to be "contingent," "unliquidated," and/or "disputed."

All amounts listed are subject to update and verification.

| Notes identifying amendments to schedules and SOFA | | |
|---|---|---|
| Date | Item | Explanation / Notes |
| 13-May-24 | Schedule AB-62 | Debtor incorporates Exhibit H013 regarding lease status and FCC licenses. |
| 13-May-24 | Schedule G | Tower and office lease details added. |
| 13-May-24 | Schedule H | Co-debtors broken out by equipment lender |
| 13-May-24 | Schedule H | Co-debtors broken out by equipment lender |
| 13-May-24 | SOFA 1 | Gross revenue YTD 2024 is corrected to total deposits. |
| 13-May-24 | SOFA 3 | 90-day list organized by vendor, vendor addresses provided. Debtor.  Also, the report previously generated by Debtor had listed all vendor invoices posted during the 90-day period, not all vendor payments during the 90-day period. This list is corrects the previous report. |
| 13-May-24 | SOFA 4 | Revised per creditor comments. |
| 13-May-24 | SOFA 11 | No change to the items listed, but an addenda is provided to tie in SOFA 11 to the |

**Various addenda and/or supplements follow the main schedules.  An index appears below.**

| Item | Description |
|---|---|
| AB 50 | Radio station and broadcast equipment detail |
| AB 69 | Lease and FCC license status |
| Schedule G | Non-vertical bridge tower detail |
| Schedule G | Office lease detail |
| Schedule H | Co-debtors on equipment loans |
| SOFA 3 | 90 day transaction list |
| SOFA 4, 30 | Payments to insiders, 1 year |
| **SOFA 11** | Tie in to motion to employ, attorney fee disclosure |

**Additional notes.**

| Item | Description |
|---|---|
| AB 39, 40, 41, 47 | Other AB equipment is included in the AB 50 addendum. |
| AB 50 | Valuation method used for the radio station and broadcast equipment is the replacement value.  Current market value would be less than replacement value.  Debtor continues to asset current market value and may amend the schedules accordingly. |
| AB 62 | FCC leases – Debtor has previously published a list of stations and licenses status.  Docket No. 23, Exhibit H009.<br><br>Debtor has updated this list with Exhibit H013 filed at Docket No. 67.  This exhibit is included with the Schedules due to creditor comment. |
| D – equipment claims | Debtor is continuing to review the collateral set of each equipment lender versus the particular items of equipment claimed by each creditor.  Debtor serves the right to amend the value of each claim.  Debtor also is verifying the amounts of the claims.  Accordingly, the equipment lenders are marked as "disputed" in this filing. |
| G. 2.14 | The list of active leases with Vertical Bridge as of the petition date is under review.  Various leases may have expired, terminated, or otherwise discontinued prior to the petition date.  Debtor reserves all rights, facts, claims, issues, rights, remedies, and defenses in this regard. |

**Fill in this information to identify the case:**

Debtor name    **High Plains Radio Network, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-70089**

☑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to Filing Date | ☑ Operating a business<br>☐ Other | **$544,675.16** |
   | **For prior year:** From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other | **$2,500,795.32** |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other | **$2,078,811.39** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 1

5/13/24 10:22PM

Debtor  High Plains Radio Network, LLC    Case number *(if known)* 24-70089

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  See Attached Addendum | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  See Attached Addendum | | $0.00 | |

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Vertical Bridge Reit, LLC vs. High Plains Radio Network, LLC<br>50-2022-CA-001423 | collection | Circuit Court -15th Judicial Circuit<br>205 North Dixis Hwy<br>3188 PGA Blvd<br>West Palm Beach, FL 33401 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 2

5/13/24 10:22PM

Debtor   High Plains Radio Network, LLC

Case number (if known)   24-70089

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Weycer Kaplan Pulaski & Zuber, P.C.<br>24 Greeway Plaza, Suite 2050<br>Houston, TX 77046 | - SEE ALSO, ADDENDUM | 3/19/24 | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Weycer Kaplan Pulaski & Zuber, P.C.<br>24 Greeway Plaza, Suite 2050<br>Houston, TX 77046 | - SEE ALSO, ADDENDUM | 3/25/24 | $4,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Official Form 207              Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                              page 3

5/13/24 10:22PM

Debtor    **High Plains Radio Network, LLC**                    Case number *(if known)*  24-70089

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | Weycer Kaplan Pulaski & Zuber, P.C. 24 Greeway Plaza, Suite 2050 Houston, TX 77046 | - SEE ALSO, ADDENDUM | 3/25/24 | $6,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | Weycer Kaplan Pulaski & Zuber, P.C. 24 Greeway Plaza, Suite 2050 Houston, TX 77046 | - SEE ALSO, ADDENDUM | 3/26/24 | $7,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | Weycer Kaplan Pulaski & Zuber, P.C. 24 Greeway Plaza, Suite 2050 Houston, TX 77046 | - SEE ALSO, ADDENDUM | 3/26/24 | $8,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

5/13/24 10:22PM

Debtor    **High Plains Radio Network, LLC**                    Case number *(if known)* **24-70089**

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | PO Box 1478 Plainview, TX 79073 | |
| 14.2. | 205 S 25 Mile Ave Hereford, TX 79045 | |
| 14.3. | 3218 Quincy St Plainview, TX 79072 | |
| 14.4. | 2300 Country Rd 40 Plainview, TX 79072 | |
| 14.5. | 725 FM 2013 Friona, TX 79035 | |
| 14.6. | 808 Main Street Altus, OK 73522 | |
| 14.7. | 207 West Grand Avenue Frederick, OK 73542 | |
| 14.8. | 2651 CR 191 Littlefield, TX 79339 | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Debtor    **High Plains Radio Network, LLC**                    Case number *(if known)*  **24-70089**

cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 6

5/13/24 10.22PM

Debtor   **High Plains Radio Network, LLC** _____   Case number (if known) __24-70089__

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Monte L. Spearman PO Box 1478 Plainview, TX 79073 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Official Form 207                   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   page 7

5/13/24 10:22PM

Debtor   High Plains Radio Network, LLC

Case number (if known) 24-70089

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Monte L. Spearman | PO Box 1478 Plainview, TX 79073 | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See SOFA 4 Above | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

5/13/24 10:22PM

| Debtor | **High Plains Radio Network, LLC** | Case number *(if known)* | 24-70089 |

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 13, 2024

/s/ Monte L. Spearman                                Monte L. Spearman
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 9

4885-1979-6926, v. 1

| ADDENDUM SOFA 3 – SEE BELOW |
|---|
| ADDENDUM SOFA 4 – SEE BELOW |
| ADDENDUM SOFA 11 – SEE BELOW |

| SOFA | Event | Amount | SOFA | Amount |
|---|---|---|---|---|
| 3/19/2024 | deposit / payment | 5,000.00 | 11.1 | 5,000.00 |
| 3/25/2024 | deposit | 4,000.00 | 11.2 | 4,000.00 |
| 3/25/2024 | deposit | 6,000.00 | 11.3 | 6,000.00 |
| 3/26/2024 | deposit | 7,500.00 | 11.4 | 7,500.00 |
| 3/26/2024 | deposit | 8,500.00 | 11.5 | 8,500.00 |
| | **Total pre-pet retainer** | 31,000.00 | | 31,000.00 |
| 3/26/2024 | WKPZ inv. 244243 | (3,994.50) | | |
| 3/26/2024 | Filing fee | (1,738.00) | | |
| | **Retainer remaining** | 25,267.50 | | |
| | Total retainer agreed | 52,000.00 | | |
| | Retainer balance owed | 21,000.00 | | |

5/13/2024                                                                                            10:01 PM

# SOFA 3 ADDENDUM

**High Plains Radio Network LLC**

**Vendor Payments**

**12/27/2023 To 3/26/2024**

| Recipient | Address 1 | Amount Paid |
|---|---|---|
| Adobe Production Service | acct 456180863 | $393.00 |
| | 345 Park Ave. | |
| | San Jose, CA 95110-2704 | |
| ADP Payroll | ADP Services | $240,259.00 |
| Airgas USA LLC | PO Box 734671 | $119.52 |
| | Dallas, TX 75373-4671 | |
| | USA | |
| Altus Power | 509 S Main St | $1,005.00 |
| | Altus, OK 73521 | |
| American Express    MLS | PO Box 650448 | $2,406.00 |
| | Dallas, Tx 79265-0448 | |
| American Family Insurance | 4050 S. Timberline Rd. | $1,774.39 |
| | Ft. Collins, Co. 80525 | |
| | USA | |
| AppRiver | PO Box 749665 | $159.90 |
| | Atlanta, GA 30374-9665 | |
| Arrakis Systems | 6604 Powell St | $2,700.00 |
| | Loveland, Co 80538 | |
| Atmos    GV | GV 4008614071 | $333.79 |
| | PO Box 740353 | |
| | Cincinnati, OH 45274-0353 | |

Page 1

5/13/2024                                                                                      10:01 PM

| | A | B | C |
|---|---|---|---|
| 1 | | **SOFA 3 ADDENDUM** | |
| 52 | Atmos    HF | HF 404770109 3008216154 | $651.39 |
| 53 | | PO Box 740353 | |
| 54 | | Cincinnati, OH 75274-0353 | |
| 55 | | | |
| 56 | | | |
| 57 | Atmos    PLVW | PLVW 3006939574 | $935.03 |
| 58 | | PO Box 740353 | |
| 59 | | Cincinnati, OH 45274-0353 | |
| 60 | | | |
| 61 | | | |
| 62 | Bane Investment Holdings LLC | 824 N Marshall St | $2,050.00 |
| 63 | | Henderson, TX 75652 | |
| 64 | | | |
| 65 | | | |
| 66 | | | |
| 67 | Baxter County Collector | attn: Teresa Smith | $135.40 |
| 68 | | #8 East 7th St | |
| 69 | | Mountain Home, AR 72653 | |
| 70 | | | |
| 71 | | | |
| 72 | Black Hills Energy | PO Box 6006 | $588.46 |
| 73 | | Rapid City, SD 57709 | |
| 74 | | | |
| 75 | | | |
| 76 | | | |
| 77 | Bluepeak | 5100 S Broadband Lane | $889.75 |
| 78 | | Sioux Falls, SD 57108 | |
| 79 | | | |
| 80 | | | |
| 81 | | | |
| 82 | BMI         ZULA | PO Box 630893 | $551.79 |
| 83 | | Cincinnati, OH 45263-0893 | |
| 84 | | | |
| 85 | | | |
| 86 | | | |
| 87 | BMI      Master 23 | PO Box 630893 | $7,069.29 |
| 88 | | Cincinnati, OH 45263-0893 | |
| 89 | | | |
| 90 | | | |
| 91 | | | |
| 92 | Brightspeed      Athens | PO Box 6102 | $58.89 |
| 93 | | Carol Stream, IL 60197-6102 | |
| 94 | | | |
| 95 | | | |
| 96 | | | |
| 97 | City of Frederick | Utility Dept. | $1,110.87 |
| 98 | | PO Box 399 | |
| 99 | | Frederick, OK 73542 | |
| 100 | | | |
| 101 | | | |

Page 2

5/13/2024                                                                                                    10:01 PM

| | A | B | C |
|---|---|---|---|
| 1 | **SOFA 3 ADDENDUM** | | |
| 102 | City of Friona | c/o Leander Davila | $3,709.68 |
| 103 | | 623 Main St. | |
| 104 | | Friona, TX 79035 | |
| 105 | | | |
| 106 | | | |
| 107 | City of Palestine | 504  Queen St | $267.76 |
| 108 | | Palestine, TX 75801 | |
| 109 | | | |
| 110 | | | |
| 111 | | | |
| 112 | City of Vernon | 1725 Wilbarger | $242.70 |
| 113 | | Vernon, TX 76384-4741 | |
| 114 | | | |
| 115 | | | |
| 116 | | | |
| 117 | Credit Card | All Cards Various | $25,673.44 |
| 118 | | | |
| 119 | | | |
| 120 | | | |
| 121 | | | |
| 122 | David Fawcett | 462 FM 3266 | $45.00 |
| 123 | | Palestine, TX 75801 | |
| 124 | | | |
| 125 | | | |
| 126 | | | |
| 127 | DISH | PO Box 94063 | $1,756.56 |
| 128 | | Palatine, IL 60094-4063 | |
| 129 | | | |
| 130 | | | |
| 131 | | | |
| 132 | DSEC | PO Box 753 | $925.50 |
| 133 | | Hereford, TX 79045-0753 | |
| 134 | | | |
| 135 | | | |
| 136 | | | |
| 137 | Entergy | PO box 8105 | $14,987.06 |
| 138 | | Baton Rouge, LA 70891-8105 | |
| 139 | | | |
| 140 | | | |
| 141 | | | |
| 142 | ETEX Telephone Coop | PO Box 130 | $826.41 |
| 143 | | Gilmer, TX 75644-0130 | |
| 144 | | | |
| 145 | | | |
| 146 | | | |
| 147 | FCC            HPRN | HPRN Pmt Plan | $8,390.49 |
| | Master Acct | | |
| 148 | | | |
| 149 | | | |
| 150 | | | |
| 151 | | | |

Page 3

4885-1979-6926, v. 1

5/13/2024                                                                                                          10:01 PM

| | A | B | C |
|---|---|---|---|
| 1 | **SOFA 3 ADDENDUM** | | |
| 152 | FirsTier Capitol | PO Box 607 | $515.32 |
| 153 | | Kimball, NE 69145 | |
| 154 | | | |
| 155 | | | |
| 156 | | | |
| 157 | FORA Channel | Cash Loan Weekly Pmt | $43,589.70 |
| 158 | | | |
| 159 | | | |
| 160 | | | |
| 161 | | | |
| 162 | Fundworks | cash loan 11/16/23 | $29,287.50 |
| 163 | | $99k wkly payback $2928.75 | |
| 164 | | | |
| 165 | | | |
| 166 | | | |
| 167 | Global Music Rights HPRN 5011-000034 | 1801 W Olumpic BLVD | $6,013.51 |
| 168 | | Pasadena, CA 91199-2280 | |
| 169 | | | |
| 170 | | | |
| 171 | | | |
| 172 | Greenville City Of | GV 011871 | $114.77 |
| 173 | | PO Box 897 | |
| 174 | | Greenville, MS 38702-0897 | |
| 175 | | | |
| 176 | | | |
| 177 | Hanszen Investments | 200 W. Wellington | $5,761.20 |
| 178 | | Carthage, TX 75633 | |
| 179 | | | |
| 180 | | | |
| 181 | | | |
| 182 | Harmon Electric | 3600 Armory Rd | $4,105.52 |
| 183 | | Wichita Falls, TX 76302 | |
| 184 | | | |
| 185 | | | |
| 186 | | | |
| 187 | Harmon Electric Assoc. | PO Box 393 | $870.60 |
| 188 | | Hollis, OK 73550-0393 | |
| 189 | | | |
| 190 | | | |
| 191 | | | |
| 192 | Henderson City of | 300 W Main St | $218.98 |
| 193 | | Henderson, TX 75652 | |
| 194 | | | |
| 195 | | | |
| 196 | | | |
| 197 | Hereford City Utilities | PO Box 2277 | $347.96 |
| 198 | | Hereford, TX 79045-2277 | |
| 199 | | | |
| 200 | | | |
| 201 | | | |

Page 4

5/13/2024                                                                              10:01 PM

| | A | B | C |
|---|---|---|---|
| **1** | | **SOFA 3 ADDENDUM** | |
| 202 | Imagine Communications | 6100 Tennyson Parkway | $45.84 |
| 203 | | Suite 130 | |
| 204 | | Plano, TX 75024 | |
| 205 | | | |
| 206 | | | |
| 207 | Jack Henry Services | PO Box 609 | $75.00 |
| 208 | | Monett, MO 65708 | |
| 209 | | USA | |
| 210 | | | |
| 211 | | | |
| 212 | Legacy Insurance Group - AFCO | 105 N. Broadway | $1,145.49 |
| 213 | | Walters, OK 73572 | |
| 214 | | | |
| 215 | | | |
| 216 | | | |
| 217 | Liberty Mutual Ins | KRP Hollie O'steen | $4,520.74 |
| 218 | | Eastland Office | |
| 219 | | | |
| 220 | | | |
| 221 | | | |
| 222 | Lift Systems LLC | PO Box 7233 | $1,400.00 |
| 223 | | Abilene, TX 79608-7233 | |
| 224 | | | |
| 225 | | | |
| 226 | | | |
| 227 | Lighthouse Electric COOP | PO Box 600 | $1,341.85 |
| 228 | | Floydada, TX 79235-0600 | |
| 229 | | | |
| 230 | | | |
| 231 | | | |
| 232 | LP&L | Lubbock Power & Light | $222.84 |
| 233 | | Lubbock, Tx. | |
| 234 | | | |
| 235 | | | |
| 236 | | | |
| 237 | LUMEN CenturyLink        JT | PO Box 2961 | $345.54 |
| 238 | | Phoenix, AZ 85062-2961 | |
| 239 | | | |
| 240 | | | |
| 241 | | | |
| 242 | M Properties | 2627 West Road | $6,007.33 |
| 243 | | Mountain Home, AR 72653 | |
| 244 | | | |
| 245 | | | |
| 246 | | | |
| 247 | Mail & More | 210 West Oak St | $30.00 |
| 248 | | Palestine, TX 75801 | |
| 249 | | | |
| 250 | | | |
| 251 | | | |

Page 5

5/13/2024                                                                                    10:01 PM

| | A | B | C |
|---|---|---|---|
| **1** | **SOFA 3 ADDENDUM** | | |
| 252 | Medical Insurance | all people and allpolicies 2024 | $4,578.70 |
| 253 | | | |
| 254 | | | |
| 255 | | | |
| 256 | | | |
| 257 | Medicare Premium Collection Center | PO Box 790355 | $524.10 |
| 258 | | St. Louis, MO 63179-0355 | |
| 259 | | | |
| 260 | | | |
| 261 | | | |
| 262 | Mississippi SOS Filings | Mississippi | $251.25 |
| 263 | | Secretary of State | |
| 264 | | | |
| 265 | | | |
| 266 | | | |
| 267 | North Arkansas Electric Co-op | PO Box 1000 | $593.27 |
| 268 | | Salem, AR 72576-1000 | |
| 269 | | | |
| 270 | | | |
| 271 | | | |
| 272 | Oklahoma Natural Gas | Oklahioma | $132.50 |
| 273 | | Natural Gas | |
| 274 | | | |
| 275 | | | |
| 276 | | | |
| 277 | Optimum Delta | 1111 Stewart Ave. | $1,265.08 |
| 278 | | Bethpage, NY 11714-3581 | |
| 279 | | | |
| 280 | | | |
| 281 | | | |
| 282 | Optimum E-Tex | PO Box 70340 | $2,037.91 |
| 283 | | Philadelphia, PA 19175-0340 | |
| 284 | | | |
| 285 | | | |
| 286 | | | |
| 287 | Perkins Insurance Agencies LLC | First Insurance | $7,712.95 |
| 288 | | 104 N. Lamar  PO Box 351 | |
| 289 | | Eastland, TX 76448 | |
| 290 | | | |
| 291 | | | |
| 292 | Pioneer Telephone | PTCT 379568 | $874.16 |
| 293 | | PO Box 839 | |
| 294 | | Kingfisher, OK 73750-0839 | |
| 295 | | | |
| 296 | | | |
| 297 | Plainview City Utilities | 202 W 5th | $642.84 |
| 298 | | Plainview, TX 79072 | |
| 299 | | | |
| 300 | | | |

Page 6

5/13/2024                                                                                                              10:01 PM

|     | A | B | C |
|-----|---|---|---|
| 1 | **SOFA 3 ADDENDUM** | | |
| 301 | | | |
| 302 | Property Tax Master 2024 | All Couties Real and Personal Property Tax 2023 | $2,356.99 |
| 303 | | | |
| 304 | | | |
| 305 | | | |
| 306 | | | |
| 307 | Quality Air Service Center LLC | 1410 Quincy St | $87.99 |
| 308 | | Plainview, TX 79072 | |
| 309 | | | |
| 310 | | | |
| 311 | | | |
| 312 | RAB | PO Box 972036 | $348.00 |
| 313 | | Dallas, TX 75397-2036 | |
| 314 | | | |
| 315 | | | |
| 316 | | | |
| 317 | Regional Reps    Gen Media | 1655 Palm Beach Lakes Blvd. | $972.47 |
| 318 | | 9th Floor  Suite 903 | |
| 319 | | West Palm Beach, FL 33401 | |
| 320 | | | |
| 321 | | | |
| 322 | Reliant | PO Box 650475 | $1,906.40 |
| 323 | | Dallas, TX 75265-0475 | |
| 324 | | | |
| 325 | | | |
| 326 | | | |
| 327 | Rodney Orr Insurance | PO Box 593 | $915.44 |
| 328 | | Hope, AR 71802 | |
| 329 | | | |
| 330 | | | |
| 331 | | | |
| 332 | Sangre De Cristo Electric | PO Box 2013 | $216.78 |
| 333 | | Buena Vista, CO 81211 | |
| 334 | | | |
| 335 | | | |
| 336 | | | |
| 337 | SBA         Loan #8557278005 | PO Box 3918 | $632.00 |
| 338 | | Portland, OR 97208 | |
| 339 | | | |
| 340 | | | |
| 341 | | | |
| 342 | SBA Towers III LLC | PO Box 935148 | $4,967.16 |
| 343 | | Atlanta, GA 31193-5148 | |
| 344 | | | |
| 345 | | | |
| 346 | | | |
| 347 | SESAC         566565 | PO Box 5246 | $82.56 |
| 348 | | New York, NY 10008-5246 | |
| 349 | | | |

Page 7

5/13/2024                                                                                                    10:01 PM

|   | A | B | C |
|---|---|---|---|
| **1** |  | **SOFA 3 ADDENDUM** | |
| 350 | | | |
| 351 | | | |
| 352 | Skynet Country Inc. | PO Box 1484 | $245.85 |
| 353 | | Gladewater, TX 75647 | |
| 354 | | | |
| 355 | | | |
| 356 | | | |
| 357 | South Plains Communications | c/o Matt Reid | $2,250.00 |
| 358 | | 5811 34th St | |
| 359 | | Lubbock, TX 79407 | |
| 360 | | | |
| 361 | | | |
| 362 | SouthGroup Ins - Tapco | PO Box 958 | $1,259.46 |
| 363 | | Greenville, MS 38702 | |
| 364 | | | |
| 365 | | | |
| 366 | | | |
| 367 | Summit Utilities | Acct 210100260523 | $273.00 |
| 368 | | PO Box 676357 | |
| 369 | | Dallas, TX 75267-6357 | |
| 370 | | | |
| 371 | | | |
| 372 | SWEPC | Southwest Electric Power | $1,833.94 |
| 373 | | | |
| 374 | | | |
| 375 | | | |
| 376 | | | |
| 377 | Swisher Electric Coop Inc | PO Box 67 | $1,252.43 |
| 378 | | Tulia, TX 79088-0067 | |
| 379 | | | |
| 380 | | | |
| 381 | | | |
| 382 | SWRE | PO Box 310 | $2,030.00 |
| 383 | | Tipton, OK 73570-0310 | |
| 384 | | | |
| 385 | | | |
| 386 | | | |
| 387 | SYNTRIO Santa Rosa Com | PO Box 2128 | $300.77 |
| 388 | | Vernon, TX 76385-2128 | |
| 389 | | | |
| 390 | | | |
| 391 | | | |
| 392 | Tacher Media Reps    Gen Media | 1655 Palm Beach Lakes BLVD | $2,386.80 |
| 393 | | Suite #903 | |
| 394 | | West Palm Beach, FL 33401 | |
| 395 | | | |
| 396 | | | |
| 397 | TITAN Towers LP | PO Box 6972 | $6,600.00 |
| 398 | | Abilene, TX 79608 | |
| 399 | | | |

Page 8

5/13/2024                                                                                                    10:01 PM

| | A | B | C |
|---|---|---|---|
| **1** | **SOFA 3 ADDENDUM** | | |
| 400 | | | |
| 401 | | | |
| 402 | Town of Johnstown | PO Box 609 | $508.96 |
| 403 | | Johnstown, Co 80534 | |
| 404 | | | |
| 405 | | | |
| 406 | | | |
| 407 | Turbo Cap | Turbo Cap Funding | $2,498.33 |
| 408 | | | |
| 409 | | | |
| 410 | | | |
| 411 | | | |
| 412 | TVEC | PO Box 1228 | $1,310.00 |
| 413 | | Kaufman, TX 75142-5403 | |
| 414 | | | |
| 415 | | | |
| 416 | | | |
| 417 | TXU Energy | PO Box 650638 | $1,294.04 |
| 418 | | Dallas, TX 75265-0638 | |
| 419 | | | |
| 420 | | | |
| 421 | | | |
| 422 | Union Funding Source Inc | 1835 E Hallendale Beach BLVD #278 | $21,358.75 |
| 423 | | Hallendale, FL 33009 | |
| 424 | | | |
| 425 | | | |
| 426 | | | |
| 427 | United First | United First Funding | $968.00 |
| 428 | | | |
| 429 | | | |
| 430 | | | |
| 431 | | | |
| 432 | Verizon | JT 626165711-00001 | $1,027.01 |
| 433 | | PO Box 660108 | |
| 434 | | Dallas, TX 75266-0108 | |
| 435 | | | |
| 436 | | | |
| 437 | Verizon    Master Acct | PO Box 660108 | $4,852.28 |
| 438 | | Dallas, TX 75266-0108 | |
| 439 | | | |
| 440 | | | |
| 441 | | | |
| 442 | West Helena Water Utility | 92 Plaza | $340.37 |
| 443 | | West Helena, AR 72390 | |
| 444 | | | |
| 445 | | | |
| 446 | | | |
| 447 | Weycer, Kaplan, Pulaski & Zuber PC | 24 Greenway Plaza Suite 2050 | $31,000.00 |
| 448 | | Houston, TX 77046 | |
| 449 | | | |

Page 9

4885-1979-6926, v. 1



5/13/2024                                                                                                    10:01 PM

|     | A | B | C |
|-----|---|---|---|
| 1   | **SOFA 3 ADDENDUM** | | |
| 450 | | | |
| 451 | | | |
| 452 | Xcel Energy | PO Box 9477 | $1,714.83 |
| 453 | | MPLS, MN 55484-9477 | |
| 454 | | USA | |
| 455 | | | |
| 456 | | | |
| 457 | Xerox Financial Services | PO Box 202882 | $592.89 |
| 458 | | Dallas, TX 75320-2882 | |
| 459 | | | |
| 460 | | | |
| 461 | | | |
| 462 | | | |

Page 10

4885-1979-6926, v. 1



**High Plains Radio Network LL...**      <span style="color:red">**SOFA 4 ADDENDUM**</span>
PO Box 1478
Plainview, TX 79073

**Account Transactions**

**3/27/2023 To 3/26/2024**

5/13/2024                                                                                    Page 1
9:04:13 PM

| ID# | Src | Date | Memo/Payee | Debit | Credit | Job No. |
|-----|-----|------|-----------|-------|--------|---------|
| **9-2000** | **Personal Draw** | | | | | |
| 00002379 | PJ | 4/3/2023 | Purchase; Credit Card | $630.71 | | Personal |
| 00002379 | PJ | 4/3/2023 | Purchase; Credit Card | $2,691.02 | | Personal |
| 00002379 | PJ | 4/3/2023 | Purchase; Credit Card | $883.49 | | Personal |
| 00002379 | PJ | 4/3/2023 | Purchase; Credit Card | $161.86 | | Personal |
| 00002379 | PJ | 4/3/2023 | Purchase; Credit Card | $278.62 | | Personal |
| 00002379 | PJ | 4/3/2023 | Purchase; Credit Card | $50.00 | | Personal |
| 00002380 | PJ | 4/3/2023 | Purchase; Credit Card | $124.98 | | Personal |
| mls | CD | 4/10/2023 | | $403.00 | | Personal |
| SC123123 | CD | 4/15/2023 | | $606.99 | | Personal |
| SC123123 | CD | 4/15/2023 | | $406.99 | | Personal |
| SC123123 | CD | 4/15/2023 | | $506.99 | | Personal |
| SC123123 | CD | 4/15/2023 | | $508.49 | | Personal |
| SC123123 | CD | 4/15/2023 | | $406.99 | | Personal |
| 00002465 | PJ | 4/24/2023 | Purchase; Misc Check - Debit | $1,250.00 | | Personal |
| 00002512 | PJ | 5/3/2023 | Purchase; Credit Card | $697.37 | | Personal |
| 00002512 | PJ | 5/3/2023 | Purchase; Credit Card | $442.41 | | Personal |
| 00002512 | PJ | 5/3/2023 | Purchase; Credit Card | $348.57 | | Personal |
| 00002512 | PJ | 5/3/2023 | Purchase; Credit Card | $352.07 | | Personal |
| 00002513 | PJ | 5/3/2023 | Purchase; Credit Card | $57.41 | | Personal |
| 00002619 | PJ | 6/1/2023 | Purchase; Credit Card | $507.66 | | Personal |
| 00002619 | PJ | 6/1/2023 | Purchase; Credit Card | $2,604.26 | | Personal |
| 00002619 | PJ | 6/1/2023 | Purchase; Credit Card | $771.53 | | Personal |
| 00002619 | PJ | 6/1/2023 | Purchase; Credit Card | $522.38 | | Personal |
| 00002620 | PJ | 6/1/2023 | Purchase; Credit Card | $24.99 | | Personal |
| SC123123 | CD | 7/8/2023 | | $505.99 | | Personal |
| SC123123 | CD | 7/8/2023 | | $1,349.10 | | Personal |
| SC123123 | CD | 7/8/2023 | | $113.21 | | Personal |
| per | CD | 7/10/2023 | | $386.99 | | Personal |
| per | CD | 7/10/2023 | | $605.99 | | Personal |
| SC123123 | CD | 7/10/2023 | | $505.99 | | Personal |
| SC123123 | CD | 7/10/2023 | | $605.99 | | Personal |
| SC123123 | CD | 7/10/2023 | | $506.99 | | Personal |
| 00002786 | PJ | 7/13/2023 | Purchase; Credit Card | $965.11 | | Personal |
| 00002786 | PJ | 7/13/2023 | Purchase; Credit Card | $1,409.66 | | Personal |
| 00002786 | PJ | 7/13/2023 | Purchase; Credit Card | $535.09 | | Personal |
| 00002786 | PJ | 7/13/2023 | Purchase; Credit Card | $334.47 | | Personal |
| 00002786 | PJ | 7/13/2023 | Purchase; Credit Card | $93.98 | | Personal |
| 00002787 | PJ | 7/13/2023 | Purchase; Credit Card | $24.99 | | Personal |
| personal | CD | 7/28/2023 | | $605.99 | | Personal |
| SC123123 | CD | 7/28/2023 | | $605.99 | | Personal |
| 00002868 | PJ | 8/1/2023 | Purchase; Credit Card | $1,259.88 | | Personal |
| 00002868 | PJ | 8/1/2023 | Purchase; Credit Card | $591.77 | | Personal |
| 00002868 | PJ | 8/1/2023 | Purchase; Credit Card | $854.47 | | Personal |
| 00002868 | PJ | 8/1/2023 | Purchase; Credit Card | $1,069.33 | | Personal |
| 00002868 | PJ | 8/1/2023 | Purchase; Credit Card | $356.75 | | Personal |
| 00002868 | PJ | 8/1/2023 | Purchase; Credit Card | $198.94 | | Personal |
| 00002911 | PJ | 8/10/2023 | Purchase; Credit Card | $175.26 | | Personal |
| 00002957 | PJ | 8/31/2023 | Purchase; Credit Card | $436.39 | | Personal |
| 00002962 | PJ | 9/1/2023 | Purchase; Credit Card | $1,504.95 | | Personal |
| 00002962 | PJ | 9/1/2023 | Purchase; Credit Card | $561.00 | | Personal |
| 00002962 | PJ | 9/1/2023 | Purchase; Credit Card | $1,446.63 | | Personal |
| 00002962 | PJ | 9/1/2023 | Purchase; Credit Card | $144.21 | | Personal |
| 00002962 | PJ | 9/1/2023 | Purchase; Credit Card | $663.24 | | Personal |
| 00002962 | PJ | 9/1/2023 | Purchase; Credit Card | $211.15 | | Personal |
| 00003057 | PJ | 10/1/2023 | Purchase; Credit Card | $36.76 | | Personal |
| 00003131 | PJ | 10/11/2023 | Purchase; Credit Card | $756.59 | | Personal |
| 00003131 | PJ | 10/11/2023 | Purchase; Credit Card | $862.85 | | Personal |
| 00003131 | PJ | 10/11/2023 | Purchase; Credit Card | $532.95 | | Personal |
| 00003131 | PJ | 10/11/2023 | Purchase; Credit Card | $543.90 | | Personal |

## High Plains Radio Network LLC

### Account Transactions

### 3/27/2023 To 3/26/2024

5/13/2024
9:04:13 PM

Page 2

| ID# | Src | Date | Memo/Payee | Debit | Credit | Job No. |
|---|---|---|---|---|---|---|
| **9-2000** | **Personal Draw** | | | | | |
| 00003131 | PJ | 10/11/2023 | Purchase; Credit Card | $575.66 | | Personal |
| 00003165 | PJ | 10/23/2023 | Purchase; Credit Card | $302.94 | | Personal |
| 00003263 | PJ | 11/13/2023 | Purchase; Credit Card | $682.43 | | Personal |
| 00003263 | PJ | 11/13/2023 | Purchase; Credit Card | $580.83 | | Personal |
| 00003263 | PJ | 11/13/2023 | Purchase; Credit Card | $748.08 | | Personal |
| 00003263 | PJ | 11/13/2023 | Purchase; Credit Card | $1,289.61 | | Personal |
| 00003263 | PJ | 11/13/2023 | Purchase; Credit Card | $628.30 | | Personal |
| 00003264 | PJ | 11/13/2023 | Purchase; Credit Card | $315.52 | | Personal |
| 00003308 | PJ | 12/3/2023 | Purchase; Credit Card | $981.32 | | Personal |
| 00003308 | PJ | 12/3/2023 | Purchase; Credit Card | $1,574.54 | | Personal |
| 00003308 | PJ | 12/3/2023 | Purchase; Credit Card | $358.54 | | Personal |
| 00003308 | PJ | 12/3/2023 | Purchase; Credit Card | $339.61 | | Personal |
| 00003309 | PJ | 12/3/2023 | Purchase; Credit Card | $614.98 | | Personal |
| 00003451 | PJ | 1/5/2024 | Purchase; Credit Card | $661.64 | | Personal |
| 00003451 | PJ | 1/5/2024 | Purchase; Credit Card | $977.22 | | Personal |
| 00003451 | PJ | 1/5/2024 | Purchase; Credit Card | $667.69 | | Personal |
| 00003451 | PJ | 1/5/2024 | Purchase; Credit Card | $356.25 | | Personal |
| 00003451 | PJ | 1/5/2024 | Purchase; Credit Card | $442.97 | | Personal |
| 00003451 | PJ | 1/5/2024 | Purchase; Credit Card | $283.84 | | Personal |
| 00003452 | PJ | 1/5/2024 | Purchase; Credit Card | $386.37 | | Personal |
| personal | CD | 1/26/2024 | | $507.99 | | Personal |
| personal | CD | 1/26/2024 | | $407.25 | | Personal |
| personal | CD | 1/27/2024 | | $203.75 | | Personal |
| personal | CD | 1/28/2024 | | $915.00 | | Personal |
| walmart | CD | 1/28/2024 | | $133.42 | | Personal |
| personal | CD | 1/29/2024 | | $612.50 | | Personal |
| 00003544 | PJ | 2/1/2024 | Purchase; Credit Card | $336.46 | | Personal |
| 00003544 | PJ | 2/1/2024 | Purchase; Credit Card | $215.23 | | Personal |
| 00003544 | PJ | 2/1/2024 | Purchase; Credit Card | $23.71 | | Personal |
| 00003544 | PJ | 2/1/2024 | Purchase; Credit Card | $449.10 | | Personal |
| 00003544 | PJ | 2/1/2024 | Purchase; Credit Card | $882.34 | | Personal |
| 00003544 | PJ | 2/1/2024 | Purchase; Credit Card | $454.65 | | Personal |
| 00003545 | PJ | 2/1/2024 | Purchase; Credit Card | $1,402.34 | | Personal |
| 00003669 | PJ | 3/5/2024 | Purchase; Credit Card | $477.14 | | Personal |
| 00003669 | PJ | 3/5/2024 | Purchase; Credit Card | $850.33 | | Personal |
| 00003669 | PJ | 3/5/2024 | Purchase; Credit Card | $184.72 | | Personal |
| 00003669 | PJ | 3/5/2024 | Purchase; Credit Card | $409.64 | | Personal |
| 00003669 | PJ | 3/5/2024 | Purchase; Credit Card | $906.41 | | Personal |
| 00003670 | PJ | 3/5/2024 | Purchase; Credit Card | $765.95 | | Personal |
| | | | | $59,507.60 | $0.00 | |