**EXHIBIT H027 – TO BE SUPPLIED**