# EXHIBIT H028

| Station | By State | VB Status | Consider Temporary Lease | Monthly Rate |
|---|---|---|---|---|
| 43 Leases | | | | |
| KLVQ AM + X | Athens TX | Ready to Turn Off - May 31 | Will Consider Temporary Use Lease with VB | $300 Per Mth AM |
| KYBE FM | Frederick OK | Ready to Turn Off - May 31 | Will Consider Temporary Use Lease with VB | $600 Per Mth FM |
| WDMS FM | Greenville MS | Ready to Turn Off - May 31 | Will Consider Temporary Use Lease with VB | $600 Per Mth FM |
| KFFA FM | Helena AR | Ready to Turn Off - May 31 | Will Consider Temporary Use Lease with VB | $600 Per Mth FM |
| 4 Leases | | | | |
| **KLVT-AM** | Levelland Tx | Ready to Turn Off - May 31 | Other Owner - Needs New or Temporary Lease | $300 Per Mth AM |
| **KWKG-FM** | Graham Tx | Ready to Turn Off - May 31 | Other Owner - Needs New or Temporary Lease | $600 Per Mth FM |
| KLXK-FM | Breckenridge Tx | Ready to Turn Off - May 31 | Other Owner - Needs New or Temporary Lease | $600 Per Mth FM |
| 3 Leases | | | | |
| KKYN FM | Plainview TX | Not Using VB Tower | | |
| KRIA FM | Plainview TX | Not Using VB Tower | | |
| KNNK FM | Hereford TX | Not Using VB Tower | | |
| KGRW FM | Friona TX | Not Using VB Tower | | |
| KCKL FM | Malakoff TX | Not Using VB Tower | | |
| KVWC FM | Vernon TX | Not Using VB Tower | | |
| KEYB FM | Altus OK | Not Using VB Tower | | |
| KRZP FM | Gassville AR | Not Using VB Tower | | |
| **KREW AM** | Plainview TX | Not Using VB Tower | | |
| **KVOP AM - A** | Plainview TX | Not Using VB Tower | | |
| **KVOP AM - B** | Plainview TX | Not Using VB Tower | | |
| **KVOP AM - C** | Plainview TX | Not Using VB Tower | | |
| **KVOP AM - D** | Plainview TX | Not Using VB Tower | | |
| **KKNM FM** | Bovina TX | Not Using VB Tower | | |
| **KDAV AM** | Lubbock TX | Not Using VB Tower | | |
| KZZN AM | Littlefield TX | Not Using VB Tower | | |
| KVWC AM | Vernon TX | Not Using VB Tower | | |
| KTAT AM | Frederick OK | Not Using VB Tower | | |
| KJOK FM | Hollis OK | Not Using VB Tower | | |
| KVBV AM | Buena Vista CO | Not Using VB Tower | | |
| KJMT FM | Calico Rock AR | Not Using VB Tower | | |
| KCMC FM | Viola AR | Not Using VB Tower | | |
| **KKYC FM** | Friona TX | Not Using VB Tower | | |
| **KICA AM** | Lariat TX | Not Using VB Tower | | |
| **KICA FM** | Farwell TX | Not Using VB Tower | | |
| KKRE FM | Hollis OK | Not Using VB Tower | | |
| KSWA AM | Graham Tx | Not Using VB Tower - License Returned | | |
| KROO AM | Breckenridge Tx | Not Using VB Tower - License Returned | | |
| WGVM AM | Greenville MS | Turning Off May 31 | | |
| KFFA AM | Helena AR | Turning Off May 31 | | |
| KAFN AM + X | Benton AR | Turning Off May 31 | | |
| KZYP AM | Malvern AR | Turning Off May 31 | | |
| KDEL FM | Arkadelphia AR | Turning Off May 31 | | |
| KVRC AM | Arkadelphia AR | Turning Off May 31 | | |
| KWPS FM | Caddo Valley AR | Turning Off May 31 | | |
| KYXK FM | Gurdon AR | Turning Off May 31 | | |
| 36 Leases | | | | |