# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

## WITNESS AND EXHIBIT LIST

| | | | |
|---|---|---|---|
| Main Case No: 24-70089-swe11 | | Name of Debtor: | High Plains Radio Network, LLC |
| **WITNESSES:**[1] | | | |
| 1. Debtor representative Monte Spearman | | Judge: | Scott W. Everett |
| 2. | | Courtroom Deputy: | |
| 3. | | Hearing Date: | May 28, 2024 |
| 4. | | | |
| 5. Any witnesses designated by any other party. | | Hearing Time: | 1:30 p.m. |
| 6. Any rebuttal witnesses as may be necessary. | | Party's Name: | |
| | | Attorney's Name: | Jeff Carruth |
| | | Attorney's Phone: | 713-341-1158 |
| | | Attorney's email: | jcarruth@wkpz.com |
| | | Nature of Proceeding: | *See list below.* |

**List regarding Nature of the Proceeding:**

Docket # 11 – Emergency Motion to Use Cash Collateral.

Docket # 13 – Motion to Maintain Bank Accounts.

Docket #57 – Motion to Employ Weycer, Kaplan, Pulaski & Zuber, P.C. as Attorneys for Debtor.

Docket #72 – Motion of Debtor to Employ Business Broker and Grant Related Relief.

Docket # 65,66 – **STATUS CONFERENE ONLY --** Motion of Creditor Vertical Bridge for Entry of an Order (I) Granting Vertical Bridge Relief from the Automatic Stay, or (II) Alternatively, Granting (A) Adequate Protection to Vertical Bridge with Immediate Payment of Its Administrative Claim for Post-Petition Rent and (B) Compelling Immediate Assumption or Rejection of Unexpired Leases of Nonresidential Real Property

---

[1] Movant reserves the right to amend and/or supplement this designation prior to the hearing(s), and to seek relief from the Court as might be necessary.

## EXHIBITS

| TAB## | EXH## H ___ | EXHIBITS - HPRN --  "H###" <br> ** = included with pleading <br> Description | Offer | Object | Admit |
|---|---|---|---|---|---|
|  | 001 | ucc1 recap ** |  |  |  |
|  | 002 | sos ucc1 report ** |  |  |  |
|  | 003 | budget 001 ** |  |  |  |
|  | 004 | ucc1 docs combined ** |  |  |  |
|  | 005 | payroll recap ** |  |  |  |
|  | 006 | bank account recap ** |  |  |  |
|  | 007 | utilities list ** |  |  |  |
|  | 008 | bank balance recap |  |  |  |
|  | 009 | station status |  |  |  |
|  | 010 | budget 001 - one station per tab (same as H003) |  |  |  |
|  | 011 | budget 002 - 13 wk ** |  |  |  |
|  | 012 | Carruth Declaration ** |  |  |  |
|  | 013 | station VB lease status ** |  |  |  |
|  | 014 | engagement MSG ** |  |  |  |
|  | 015 | Whitley Declaration ** |  |  |  |
|  | 016 | Whitley c.v. ** |  |  |  |
|  | 017 | **updated cash collateral budget (to be supplied)** |  |  |  |
|  | 018 | [reserved] |  |  |  |
|  | 019 | [reserved] |  |  |  |
|  | 020 | [reserved] |  |  |  |
|  | 021 | Kabat Engagement letter ** |  |  |  |
|  | 022 | Wagner verified statement ** |  |  |  |
|  | 023 | Declaration of Monte Spearman ** |  |  |  |
|  | 024 | Def's Supplemental Brief ** |  |  |  |
|  | 025 | Def Amended Opp to Pltfs Motion to Strike ** |  |  |  |
|  | 026 | Declaration of Monte Spearman 002 (to be filed May 21, 2024 per LBR 4001-1)  ** |  |  |  |
|  | 027 | FCC filings station status (to be supplied) |  |  |  |
|  | 028 | station VB lease status - updated May 21 ** |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | *Any item designated by any other party.* |  |  |  |
|  |  | *Any item on file in this case.* |  |  |  |
|  |  | *Rebuttal exhibits as necessary.* |  |  |  |

C:\Users\jcarr\Downloads\[exhibit list HPRN 001.xlsx]exhlistHPRN001

Dated: May 24, 2024         Respectfully submitted:

                                        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                        By:   */s/ Jeff Carruth*
                                            JEFF CARRUTH (TX SBN: 24001846)
                                            2608 Hibernia, Suite 105
                                            Dallas, TX 75204-2514
                                            Telephone: (713) 341-1158
                                            Fax: (713) 961-5341
                                            E-mail:  jcarruth@wkpz.com

                                            PROPOSED ATTORNEYS FOR
                                            HIGH PLAINS RADIO NETWORK, LLC,
                                            DEBTOR AND DEBTOR IN POSSESSION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on May 24, 2024 to all ECF users who have appeared in this case to date, and/or as set forth below.

      */s/ Jeff Carruth*
JEFF CARRUTH