B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re High Plains Radio Network, LLC ,    Case No. 24-70089

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BankFinancial, N.A. | Blue Bridge Financial, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: BankFinancial, N.A.
c/o Michael P. Ridulfo
5151 San Felipe, Suite 800
Houston, Texas 77056

Court Claim # (if known): 20
Amount of Claim: $97,415.10
Date Claim Filed: 05/29/2024

Phone: 713-425-7400
Last Four Digits of Acct #: _____

Phone: 571-933-8341
Last Four Digits of Acct. #: 2995

Name and Address where transferee payments should be sent (if different from above):
BankFinancial, N.A.
Attn: Loan Servicing
60 North Frontage Road
Burr Ridge, Illinois 60537
Phone: 630-425-5626
Last Four Digits of Acct #: 9476

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]    Date: 06/04/2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

**TO**

**EQUIPMENT FINANCE PURCHASE AGREEMENT**

**ASSIGNMENT**

Subject: Sale of Equipment Finance Agreement as set forth in the Equipment Finance Purchase Agreement, between <u>BankFinancial, National Association</u> and Blue Bridge Financial, LLC, dated: <u>11/8/2021</u>

| | |
|---|---|
| Purchase Date: | 1/26/2022 |
| Finance Agreement Number: | 142995 |
| Borrowers Name: | High Plains Radio Network, L.L.C. |
| Month of First Assigned Payment: | Feb-22 |
| Monthly Assigned Payment Amount: | $2,865.15 |
| Number of Assigned Payments: | 59 |
| Receivable Balance Assigned: | $169,043.85 |
| Discount Rate: | 4.75% |
| Purchase Price (Present Value): | $150,373.77 |

For good and valuable consideration Seller hereby assigns onto Buyer, without recourse to Seller, all of its right, title, interest in and under the above referenced Finance Agreement ("Financing Agreement Number 142995").. As security for payment of the Assigned Payments, Seller also assigns all of Sellers's right, title and interest in the Equipment covered by and described in the Finance Agreement, and all of Sellers's rights and remedies thereunder and under any guaranty thereof.

The terms and conditions of the Equipment Finance Purchase Agreement are incorporated herein and made a part hereof.

Wire/ACH Information:
Blue Bridge Financial, LLC
Bank: M&T Bank
A/C#: ▮▮▮▮1842
Routing #: ▮▮▮0046

| SELLER: | BUYER: |
|---|---|
| Blue Bridge Financial, LLC | BankFinancial, N.A. |
| By: *(signature)* | By: *(signature)* |
| Name: Kyle Bergeron | Name: Stephanie Hall |
| Title: SVP of Finance | Title: EVP |
| Date: 1/26/2022 | Date: 1/26/2022 |
| Address: 11921 Freedom Drive, Suite 1130 | Address: 1690 Sumneytown Pike, Suite 150 |
| Reston, Virginia 20190 | Lansdale, Pennsylvania 19446 |