

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 16, 2024

_____
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § § | CASE NO. 24-70089-swe |
| DEBTOR. | § § § | (Chapter 11, SubV) |

**ORDER GRANTING MOTION TO EXTEND SEC. 365(D)(4) INITIAL LEASE DETERMINATION DEADLINE (DOCKET NO. 172)**

On this date the Court considered *Motion to Extend Sec. 365(d)(4) Initial Lease Determination Deadline* (Docket No. 172) (the "Motion to Extend") filed herein on September 11, 2024 by High Plains Radio Network, LLC, debtor and debtor-in-possession ("HPRN" or the "Debtor").

The Court finds and concludes that the Debtor has provided good and sufficient notice of the Motion to Extend and of the expedited hearing.

The Court finds and concludes that the Debtor has demonstrated that the extension sought in the Motion to Extend is attributable to circumstances for which the Debtor should not justly be held accountable.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Extend is GRANTED as set forth herein.

2. Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to such terms in the Motion.

3. The initial period of time by which the Debtor must assume or reject leases of nonresidential real property pursuant to 11 U.S.C. §365(d)(4) is hereby extended for a period of ninety (90) days, through and until **October 22, 2024**.

4. This Order is without prejudice to the Debtor seeking additional potential extensions by subsequent motion and opportunity for a hearing.

###END OF ORDER###

Submitted by:
Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com
ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION