Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| HIGH PLAINS RADIO NETWORK, LLC, § § § § § § § | CASE NO. 24-70089-swe (Chapter 11, SubV) |
| DEBTOR. | **EXPEDITED HEARING REQUESTED:** **December 19 or 20, 2024** **By WebEx / in Dallas Texas** |

## MOTION TO EXTEND USE OF CASH COLLATERAL

**TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:**

High Plains Radio Network LLC, the debtor and debtor in possession ("HPRN" or the "Debtor"), file this *Motion to Extend Use of Cash Collateral* (the "Motion to Use Cash Collateral" or the "Motion") and in support thereof would show to the Court the following.

### EXPEDITED HEARING REQUESTED

1. Debtor concurrently has filed a separate motion seeking expedited consideration of this motion on December 19, 2024 or December 20, 2024.

2. The Debtor by this motion and the attached budget **EXHIBIT H046** seeks to extend the authority to use cash collateral in accordance with the attached budget, through and until the week of January 27, 2025.

**BACKGROUND AND BASIS OF RELIEF**

3. The Debtor by this motion and the attached budget **EXHIBIT H046** seeks to further extend the authority to use cash collateral in accordance with the attached budget, through and until the week of January 27, 2025.

4. Debtor seeks interim authorization for the extension, followed by a final hearing.

5. Alternatively, based upon prior hearings and authorizations, Debtor requests, on a final basis and without the necessity of an additional hearing, extension of the existing and/or previous final cash collateral authority, with the addition of the notice-only extension procedure contained in Paragraph No. 18 of the proposed order below.

6. A proposed order accompanies this Motion and is incorporated by reference herein.

**CONCLUSION AND PRAYER**

WHEREFORE, High Plains Radio Network LLC, Debtor and Debtor in Possession, respectfully requests that an expedited hearing be held on this Motion and that the Court immediately grant the Debtor's use of cash collateral according to the budget, **Exhibit H046** through and until the week of January 27, 2025. The Debtor further requests such other and further relief to which the Debtor is entitled at law or in equity.

Dated: December 12, 2024  Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:  */s/ Jeff Carruth*
 JEFF CARRUTH (TX SBN: 24001846)
 2608 Hibernia, Suite 105
 Dallas, TX 75204-2514
 Telephone: (713) 341-1158
 Fax: (713) 961-5341
 E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC
DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on December 12, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix).

**COPIES OF THE EXHIBITS WERE NOT SERVED BY REGULAR MAIL. PLEASE CONTACT THE UNDERSIGNED IF YOU WISH TO RECEIVE THE EXHIBITS.**

  */s/Jeff Carruth*
 Jeff Carruth

## ECF SERVICE LIST

**24-70089-swe11 Notice will be electronically mailed to:**

Christopher V. Arisco on behalf of Creditor Midland States Bank d/b/a Midland Equipment Finance
carisco@padfieldstout.com

Owen Colin Babcock on behalf of Creditor Balboa Capital Corporation
obabcock@padfieldstout.com

Jeffery D. Carruth on behalf of Debtor High Plains Radio Network, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com;jcarruth@ecf.courtdrive.com

Paul H. Cross on behalf of Creditor Hanmi Bank
phclease@msn.com

JaKayla DaBera on behalf of Creditor BankFinancial, N.A.
jdabera@krcl.com,
jdabera@ecf.courtdrive.com;ecf@krcl.com

John Easter on behalf of Creditor Pawnee Leasing Corporation
jeaster@padfieldstout.com

Shanna M. Kaminski on behalf of Interested Party Union Funding Source, Inc.
skaminski@kaminskilawpllc.com

Sherrel K. Knighton on behalf of Creditor Malakoff ISD
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Matthew F. Kye on behalf of Creditor Amur Equipment Finance, Inc.
mkye@kyelaw.com, dsullivan@kyelaw.com

Julie Anne Parsons on behalf of Creditor Eastland County Appraisal District
jparsons@mvbalaw.com,
karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor The County of Henderson, Texas
jparsons@mvbalaw.com,
karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor The County of Stephens, Texas
jparsons@mvbalaw.com,
karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Michael P. Ridulfo on behalf of Creditor BankFinancial, N.A.
mridulfo@krcl.com,
rcoles@krcl.com,scallier@krcl.com;mridulfo@ecf.courtdrive.com

Scott M. Seidel -SBRA V
scott@scottseidel.com,
csms11@trustesolutions.net;susan.seidel@earthlink.net

Dawn Whalen Theiss on behalf of Creditor Small Business Administration
dawn.theiss@usdoj.gov,
brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

United States Trustee
ustpregion06.da.ecf@usdoj.gov

David Weitman on behalf of Creditor Vertical Bridge REIT, LLC
david.weitman@klgates.com

**REGULAR MAIL LIST**

| # | Name | Address1 | Address2 | Address3 | City | State | Zip | Email | Method of Service / Comment |
|---|------|----------|----------|----------|------|-------|-----|-------|------------------------------|
| 1 | SERVICE LIST | Case No. 24-70089 | In re: High Plains Radio Network LLC | | | | UPDATED: | | 6/14/2024 |
| 2 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[service list (hprn) 001 4878-4499-4995 v.14.xlsx]Sheet1 | | | | | | | | |
| 3 | Name | Address1 | Address2 | Address3 | City | State | Zip | Email | Method of Service / Comment |
| 4 | Amur Equipment Finance | c/o Matthew F. Kye | Kye Law Group, P.C. | 201 Old Country Road, Suite 120 | Melville | NY | 11747 | mkye@kyelaw.com | NOA-ECF |
| 5 | ASCAP | 250 West 58th Street | | | New York | NY | 10107 | lwagener@ascap.com | Regular Mail |
| 6 | Balboa Capital Corporation | c/o Owen C. Babcock | Padfield & Stout LLP | 100 Throckmorton St., #700 | Fort Worth | TX | 76102 | obabcock@padfieldstout.com | NOA-ECF |
| 7 | BankFinancial, N.A. | c/o Michael P. Ridulfo | Kane Russell Coleman Logan PC | 5151 San Felipe, Suite 800 | Houston | TX | 77056 | mridulfo@krcl.com | NOA-ECF |
| 8 | BankFinancial, N.A. | c/o Jaksyla DaBera | Kane Russell Coleman Logan PC | 5151 San Felipe, Suite 800 | Houston | TX | 77056 | jdabera@krcl.com | NOA-ECF |
| 9 | Blue Bridge Financial, Inc. | 11921 Freedom Drive | Suite 1130 | | Reston | VA | 20190-1192 | aloy@bluebridgefinancial.com | Regular Mail |
| 10 | BMI | PO Box 630893 | | | Cincinnati | OH | 45263-0893 | | Regular Mail |
| 11 | Broadcast Music, Inc. | 7 World Trade Center | 250 Greenwich St | | New York | NY | 10007 | renriquez-cohen@bmi.com | NOA-ECF |
| 12 | Bryn Mawr Equipment Finance Inc. | 801 Lancaster Avenue | | | Bryn Mawr | PA | 19010-3305 | | Regular Mail |
| 13 | Celico Partnership d/b/a Verizon Wireless | William M Vermette | 22001 Loudoun County Pkwy | | Ashburn | VA | 20147 | william.vermette@verizon.com | Regular Mail |
| 14 | Channel Partners Capital LLC | Attn Legal Department | 1111 E College Drive | Suite 200 | Marshall | MN | 56258-1968 | | Regular Mail |
| 15 | City of Altus | 509 S Main St | | | Altus | OK | 73521-3135 | | Regular Mail |
| 16 | City of Friona | 623 Main St | | | Friona | TX | 79035 | | Regular Mail |
| 17 | City of Hereford | PO Box 2277 | | | Hereford | TX | 79045-2277 | | Regular Mail |
| 18 | City of Plainview | 202 W 5th | | | Plainview | TX | 79072-8232 | | Regular Mail |
| 19 | City of Vernon | 1725 Wilbarger St | | | Vernon | TX | 76384-4741 | | Regular Mail |
| 20 | Crest Capitol | PO Box 88233 | | | Atlanta | GA | 30356-8233 | | Regular Mail |
| 21 | CT Corp. Sys. | Attn: SPRS | 330 N Brand Blvd | | Glendale | CA | 91203-2308 | | Regular Mail |
| 22 | D&D Telecommunications | PO Box 6988 | | | Abilene | TX | 79608 | | Regular Mail |
| 23 | Eastland County Appraisal District | c/o Julie Parsons | McCreary, Veselka, Bragg & Allen, PC | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |
| 24 | Eastland County Appraisal District | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 25 | Entergy Utility | PO Box 8105 | | | Baton Rouge | LA | 70891-8105 | | Regular Mail |
| 26 | Federal Communications Com. | 45 L Street NE | | | Washington | DC | 20554-0001 | | Regular Mail |
| 27 | Financial Agent Services | PO Box 2576 | | | Springfield | IL | 62708-2576 | | Regular Mail |
| 28 | First State Bank Athens | PO Box 471 | | | Athens | TX | 75751-0471 | | Regular Mail |
| 29 | Global Music Rights | 1801 W Olympic Blvd | | | Pasadena | CA | 91199-2280 | | Regular Mail |
| 30 | Hanmi Bank | 5403 Olympic Dr. #200 | | | Gig Harbor | WA | 98335-1853 | | NOA-ECF |
| 31 | Hanmi Bank | 1107 E Pioneer Parkway | | | Arlington | TX | 76010-5866 | | |
| 32 | Hanmi Bank | Attn. Paul Cross Esq. | 11300 N. Central Expressway Ste. 604 | | Dallas | TX | 75243 | phclease@msn.com | NOA-ECF |
| 33 | Hanmi Bank | 11300 North Central Expressway | Suite 604 | | Dallas | TX | 75243 | phclease@msn.com | NOA-ECF |
| 34 | Hanszen LaPorte | c/o Kent H. Hanszen | 14201 Memorial Dr | | Houston | TX | 77079-6791 | khanszen@hanszenlaporte.com | Regular Mail |
| 35 | High Plains Radio Network, LLC | PO Box 1419 | | | Vernon | TX | 76385-1419 | | Regular Mail |
| 36 | High Plains Radio Network, LLC | c/o Aaron Wagner | Kabat Chapman & Ozmer, LLP | 171 17th Street NW, Suite 1550 | Atlanta | GA | 30363 | awagner@kcozlaw.com | NOA-ECF |
| 37 | Hitachi Capital America Corp. | 7808 Creekridge Circle | Suite 250 | | Edina | MN | 55439-2647 | | Regular Mail |
| 38 | iHeart Media | 20880 Stone Oak Parkway | 3rd Floor | | San Antonio | TX | 78258 | baddebtprevention@iheartmedia.com | Regular Mail |
| 39 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7317 | | Philadelphia | PA | 19101-7317 | | Regular Mail |
| 40 | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | Regular Mail |
| 41 | Internal Revenue Service | 1100 Commerce Street | M/S MC5027DAL | | Dallas | TX | 75242 | | Regular Mail |
| 42 | Jeffery D. Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | 2608 Hibernia | Suite 105 | Dallas | TX | 75204-2514 | jcarruth@wkpz.com | Regular Mail |
| 43 | Liberty Mutual Insurance | 175 Berkeley Street | | | Boston | MA | 02116-3350 | | Regular Mail |
| 44 | Lift Systems | PO Box 7239 | | | Abilene | TX | 79608 | | Regular Mail |
| 45 | Litefund Solutions | 99 Wall St #2613 | | | New York | NY | 10005-4301 | | Regular Mail |
| 46 | M Properties | 2627 West Road | | | Mtn. Home | AR | 72653 | | Regular Mail |
| 47 | Malakoff ISD | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeeway, Suite 1000 | | Dallas | TX | 75207 | dallas.bankruptcy@lgbs.com | NOA-ECF |
| 48 | Malakoff ISD | Linebarger Goggan Blair & Sampson, LLP | c/o Sherrel K Knighten | 2777 N Stemmons Fwy, Ste. 1000 | Dallas | TX | 75207-2328 | Sherrel.Knighten@lgbs.com | NOA-ECF |
| 49 | Marlin Lease Corp | 300 Fellowship Rd | | | Mount Laurel | NJ | 08054 | | Regular Mail |
| 50 | Marlin Leasing Corp | 300 Fellowship Rd | | | Mount Laurel | NJ | 08054-1727 | | Regular Mail |
| 51 | Media Facilities | 1740 Dell Range Blvd. #418 | | | Cheyenne | WY | 82009-4961 | | Regular Mail |
| 52 | Meridian | 367 Eagleview Blvd. | | | Exton | PA | 19341-1156 | | Regular Mail |
| 53 | Meridian Equipment Finance LLC | 9 Old Lincoln Highway | | | Malvern | PA | 19355-2551 | | Regular Mail |
| 54 | Meridian Equipment Finance, LLC | c/o Saldutti Law Group | 1040 Kings Highway N, Ste. 100 | | Cherry Hill | NJ | 08034 | rmcdowell@slgcollect.com | NOA-ECF |
| 55 | Midland States Bank | 1801 Park 270 Drive | Suite 200 | | St. Louis | MO | 63146-4022 | | Regular Mail |
| 56 | Midland States Bank d/b/a Midland Equipment | c/o Christopher V. Arisco | Padfield & Stout, LLP | 100 Throckmorton St., #700 | Fort Worth | TX | 76102 | carisco@padfieldstout.com | NOA-ECF |
| 57 | Mitsubishi HC | 7201 Metro Blvd. Ste 800 | | | Edina | MN | 55439-1333 | | Regular Mail |
| 58 | Mitsubishi HC Capital America, Inc. | c/o Jacob Sellers | 825 Nicollet Mall, Suite 1648 | | Minneapolis | MN | 55400 | jacob@greensteinsellers.com | NOA-ECF |
| 59 | Monte Spearman | 4837 Silverwood Dr. | | | Johnstown | CO | 80534 | | direct email |
| 60 | Monte Spearman | PO Box 3649 | | | Palestine | TX | 75802 | | Regular Mail |
| 61 | New Lane Fin. B-M | 801 Lancaster Ave | | | Bryn Mawr | PA | 19010-3305 | | Regular Mail |
| 62 | North Arkansas Electric | PO Box 1000 | | | Salem | AR | 72576-1000 | | Regular Mail |
| 63 | Optimum Telephone | 1111 Stewart Ave. | | | Bethpage | NY | 11714-3581 | | Regular Mail |
| 64 | Pawnee Leasing Corporation | 3801 Automation Way #207 | | | Ft Collins | CO | 80525-5735 | | Regular Mail |

4897-8096-1798, v. 1

| # | Name | Address1 | Address2 | Address3 | City | State | Zip | Email | Method of Service / Comment |
|---|---|---|---|---|---|---|---|---|---|
| | SERVICE LIST | Case No. 24-70089 | | In re: High Plains Radio Network LLC | | | UPDATED: | 6/14/2024 | |
| | C:\Users\jcarruth\ND Office Echo\VAULT-C95L7ZTY\[service list (hprn) 001 4878-4499-4995 v.14.xlsx]Sheet1 | | | | | | | | |
| 65 | Pawnee Leasing Corporation | c/o John T. Easter | Padfield & Stout, LLP | 100 Throckmorton St., #700 | Fort Worth | TX | 76102 | jeaster@padfieldstout.com | |
| 66 | Regions Bank d/b/a Ascentium Capital | 23970 US 59 North | | | Kingwood | TX | 77339 | trinalemond@ascentiumcapital.com | Regular Mail |
| 67 | SBA Covid-19 Disaster Loan | PO Box 3918 | | | Portland | OR | 97208-3918 | | NOA-ECF |
| 68 | Small Business Administration | c/o Dawn Whalen Theiss, Asst. US Attny | 1100 Commerce Street, 3rd Fl | | Dallas | TX | 75242-1699 | dawn.theiss@usdoj.gov | NOA-ECF |
| 69 | Scott M. Seidel -SBRA V | Seidel Law Firm | 6505 West Park Blvd | Suite 306 | Plano | TX | 75093-6212 | scott@scottseidel.com | NOA-ECF |
| 70 | SecureNet | 101 N Federal HWY Ste 601 | | | Boca Raton | FL | 33432-3969 | | Regular Mail |
| 71 | SESAC | PO Box 5246 | | | New York | NY | 10008-5246 | | Regular Mail |
| 72 | South Plains Communications | 5811 34th St | | | Lubbock | TX | 79407 | | Regular Mail |
| 73 | Summit | 4680 Parkway Dr #300 | | | Mason | OH | 45040-7979 | | Regular Mail |
| 74 | Summit Natural Gas | PO Box 676358 | | | Dallas | TX | 75267-6358 | | Regular Mail |
| 75 | Texas Comptroller | Rev Acct Div - Bankruptcy Section | PO Box 13528 | | Austin | TX | 78711-3528 | | Regular Mail |
| 76 | The County of Henderson, Texas | c/o Julie Anne Parsons | McCreary Veselka Bragg & Allen, P.C. | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |
| 77 | The County of Henderson, Texas | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 78 | The County of Stephens, Texas | c/o Julie Anne Parsons | McCreary Veselka Bragg & Allen, P.C. | P.O. Box 1269 | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com | NOA-ECF |
| 79 | The County of Stephens, Texas | c/o Julie Anne Parsons McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | NOA-ECF |
| 80 | The Fundworks | 299 S. Main St. #1300 | | | Salt Lake City | UT | 84111-2241 | | Regular Mail |
| 81 | The Fundworks LLC | c/o Dedicated Financial GBC | 4000 Lexington Ave N, Suite 125 | | Shoreview | MN | 55126 | bankruptcy@dedicatedgbc.com | NOA-ECF |
| 82 | Titan Tower | PO Box 6972 | | | Abilene | TX | 79608 | | Regular Mail |
| 83 | Turbo Capital | 2308 N Market St | | | Wilmington | DE | 19802-4230 | | Regular Mail |
| 84 | TXU Utility | PO Box 650638 | | | Dallas | TX | 75265-0638 | | Regular Mail |
| 85 | U.S. Bank Equipment Finance | 1310 Madrid Street | | | Marshall | MN | 56258-4099 | | Regular Mail |
| 86 | U.S. Small Business Admin | 150 Westpark Way | Suite 130 | | Euless | TX | 76040 | rebekah.g.sullivan@sba.gov | NOA-ECF |
| 87 | U.S. Small Business Administration | 1545 Hawkins Blvd Ste 202 | | | El Paso | TX | 79925-2654 | | Regular Mail |
| 88 | U.S. Small Business Administration | c/o Dawn Whalen Theiss | 1100 Commerce St Ste 300 | | Dallas | TX | 75242 | dawn.theiss@usdoj.gov | NOA-ECF |
| 89 | United First LLC | 2999 NE 191st St | | | Miami | FL | 33180-3123 | | Regular Mail |
| 90 | United First, LLC | 27-01 Qeens Plaza North. | Suite 802 | | Long Island City | NY | 11101 | skaminski@kaminskilawpllc.com | NOA-ECF |
| 91 | United Funding | 1835 E Hollandale Beach BLVD | | | Hollandale Beach | FL | 33009-4619 | | NOA-ECF |
| 92 | Union Funding Source, Inc. | Shanna M. Kaminski | Kaminski Law, PLLC | P.O. Box 247 | Grass Lake | MI | 49240 | skaminski@kaminskilawpllc.com | NOA-ECF |
| 93 | United States Trustee | 1100 Commerce Street | Room 976 | | Dallas | TX | 75242-0996 | erin.schmidt2@usdoj.gov | NOA-ECF |
| 94 | U.S. Bank N.A. d/b/a U.S. Bank Equipment Fina | 1310 Madrid Street | | | Marshall | MN | 56258 | | Regular Mail |
| 95 | Verizon Cell Phone | PO Box 660108 | | | Dallas | TX | 75266-0108 | | Regular Mail |
| 96 | Vertical Bridge REIT LLC | 750 Park of Commerce Dr #200 | | | Boca Raton | FL | 33487-3650 | | NOA-ECF |
| 97 | Vertical Bridge REIT LLC | Brandy A. Sargent | K&L Gates | One SW Columbia St., Ste 1900 | Portland | OR | 97204 | brandy.sargent@klgates.com | NOA-ECF |
| 98 | Vertical Bridge REIT LLC | David Weitman | K&L Gates | 1717 Main Street Suite 2800 | Dallas | TX | 75201 | david.weitman@klgates.com | NOA-ECF |
| 99 | Vertical Bridge REIT LLC | David R. Osipovich | K&L Gates | 210 Sixth Ave | Pittsburgh | PA | 15222 | david.osipovich@klgates.com | NOA-ECF |
| 100 | Wintrust Specialty Finance | 2050 Main Street | Suite 230 | | Irvine | CA | 92614 | jschacht@wintrust.com | Regular Mail |
| 101 | Wintrust Specialty Finance | PO Box 3892 | | | Seattle | WA | 98124 | | Regular Mail |
| 102 | Xcel Energy | Attn Bankruptcy Department | Po Box 9477 | | Minneapolis | MN | 55484-0001 | | Regular Mail |
| 103 | Zula Com | PO Box 3649 | | | Palestine | TX | 75802-3649 | | direct email |

**PROPOSED INTERIM ORDER**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | CASE NO. 24-70089-swe |
| | § | (Chapter 11, SubV) |
| DEBTOR. | § | |
| | § | |

**INTERIM ORDER EXTENDING USE CASH COLLATERAL AND NOTICE OF FINAL HEARING (RE: DOCKET NO. _____)**

On December ____, 2024 , the Court conducted a hearing regarding the *Motion to Extend Use of Cash Collateral* (Docket No. ____) (the "Motion to Use Cash Collateral" or the "Motion") filed herein on December 12, 2024 by High Plains Radio Network LLC, debtor and debtor in possession ("HPRN" or the "Debtor").

The Court finds that HPRN provided due and appropriate notice of the Motion, the relief requested therein, and the hearing (the "Notice") has been served by the Debtor on (i) the Office of the United States Trustee for Region 6, (ii) the parties listed in the matrix filed in this case, (iii) any persons possessing a security interest in the assets of the Debtor and any person possessing a security interest in the cash collateral of the Debtor; (iv) certain other parties identified in the certificate of service filed with the Court (collectively, the "Noticed Parties").

Upon the record established at the hearing and/or prior hearings, the Court is of the opinion that the following Order should be entered.

THE COURT HEREBY MAKES THE FOLLOWING FINDINGS OF FACTS AND CONCLUSIONS OF LAW:

A. On March 26, 2024 (the "Petition Date"), the Debtor filed its voluntary petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code"). The Debtor continues to manage its assets as a debtor in possession pursuant to Code §§ 1107 and 1108.

B. The Court has jurisdiction over this proceeding and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334. The Motion is a core proceeding as defined in 28 U.S.C. § 157(b). Venue of the Chapter 11 Case and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C. Under the circumstances, the Notice given by the Debtor of the Motion and the hearing constitutes due and sufficient notice thereof and complies with Bankruptcy Rule 4001(c).

D. Debtor's primary creditor with respect to cash collateral is the Small Business Administration (the "SBA" or the "Lender").

E. The Lender likely asserts an interest in, inter alia, the accounts, equipment, and inventory of the Debtor.

F. Sufficient cause exists for immediate entry of this order pursuant to Bankruptcy Rules 4001(c)(2). The Debtor requires continued access to and use of the Cash Collateral in order to continue normal business operations.

G. No party appearing in this Chapter 11 Case has filed or made an objection to the relief sought in the Motion and the entry of this order on an interim basis, or any objections that were made are hereby overruled, or have been resolved by agreement.

Based upon the foregoing, and after due consideration and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. The Motion is granted on a interim basis.

2. The cash and revenue generated by the Debtor post-petition are available for use by the Debtor as provided in this Order.

3. As set forth below, the Debtor is authorized to use Cash Collateral under the terms of the budget, attached hereto as **Exhibit H046** (the "Budget"). The expenses of the Debtor shall not exceed 25% within **Exhibit H046** per line item category, absent the written consent of the Lender, which consent shall not be unreasonably withheld.

4. This authorization will expire on upon conclusion of the last week set forth in the Budget. The Debtor may seek to extend this authorization by subsequent motion, notice, and opportunity for a hearing.

5.   This order does not authorize the Debtor to pay any prepetition obligations without further order of this Court.

6.   During the period governed by this order, the Debtor must maintain an accounting of all funds and the Debtor shall segregate, remit, and deposit all of the Cash Collateral consistent with the Debtor's past and ordinary practices.

7.   Nothing contained in this Order limits the expenditure of any cash in the possession of the Debtor that is not Cash Collateral.

8.   As adequate protection for any diminution in the value of the Lender's interest in the Lender's collateral caused by the Debtor's use of Cash Collateral, the Lender is hereby granted valid, perfected, and enforceable replacement security interests in and liens upon the collateral referenced and described in the prepetition UCC-1 financing statement filed by the Lender with the Texas Secretary of State, only to the same extent and according to the same priority as the Lender's pre-petition lien position, and only to the extent of ($x$) the use of any Cash Collateral in which the Lender has an interest in excess of the Budget and ($y$) any actual diminution in the value of the Debtor's interest(s) in the Debtor's property resulting from the use of Cash Collateral (the "Post-petition Collateral").  The security interests and liens granted to the Lender shall at all times be senior to the rights of the Debtor and any successor trustees in these or any subsequent proceedings under the Code to the extent that the Lender's prepetition security interests and liens are senior to the rights of the Debtor.  The security interests and liens herein granted (i) are and shall be in addition to all security interests, liens, mortgages, and rights to set off existing in favor of the Lender, on the Petition Date; (ii) in the same priority as the prepetition liens in favor of the Lender to the extent that prepetition liens and security interests are valid, perfected, enforceable, and non-avoidable; (iii) are and shall be valid, perfected, enforceable, and effective as of the Petition Date without any further action by the Debtor or the Lender and without the execution, filing, or recordation of any financing statements, security agreements, or other documents, and (iv) shall secure payment of principal as well as any interest, costs, or other charges to which the Lender may be entitled post-petition, but only to the extent that these items represent a diminution in value of the Lender's interest in its collateral.

9.   To the extent of any inadequacy of the Post-petition Collateral with respect to the maintenance of position of the Lender, then, as further adequate protection, the Lender shall also be entitled to assert an administrative expense claim under Code §§ 361(3) and 503(b)(1).

10.   This order shall be sufficient and conclusive evidence of the priority, perfection, and validity of the liens granted herein, effective as of the date and time of entry of this order, without any further act and without regard to any other federal, state, or local requirements or law requiring notice, filing, registration, recording, or possession of the collateral or other act to validate or perfect such security interest or lien.  If the Lender hereafter requests that the Debtor execute and deliver to the Lender financing statements, instruments, or documents considered by the Lender to be necessary or desirable to further evidence the perfection of the replacement liens and security interests granted in this order, the Debtor is authorized and directed to execute and deliver those financing statements, instruments, or documents.  Nothing in this Order shall in any way restrict the scope of the Lender's pre-petition liens, security interests, rights of set-off,

or claims with respect to its collateral, and all liens, security interests, and mortgages on the Lender's collateral shall extend to the fullest extent permitted by Code § 552(b).

11. The replacement liens granted to the Lender herein exclude and shall not encumber any Code Chapter 5 avoidance claims of the Debtor and/or of the estate.

12. The liens on the Lender's Post-petition Collateral are subordinated to fees payable to the Subchapter V Trustee. The Debtor is also authorized to pay the Subchapter V Trustee interim compensation in accordance with the *Scheduling Order and Notice of Status Conference.* (Docket No.18).

13. The terms of this Order shall in no way prejudice any (i) subsequent trustee, (ii) statutory committee or (iii) any party in interest that would otherwise have standing, to contest the pre-petition interests of the Lender in the Debtor's property and the amounts of the Debtor's indebtedness to the Lender.

14. The final hearing on the Motion pursuant to Bankruptcy Rule 4001(c)(2) is scheduled for **_____, 2025, AT 9:30 A.M.** prevailing Central time (the "Hearing Date") before this Court.

The final hearing will be conducted via a hybrid format. *Parties who will be offering evidence or participating in examination must make in-person appearances* in Judge Everett's courtroom located at US Federal Courthouse, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242; other interested parties may make Webex appearances. **INSTRUCTIONS FOR WEBEX HEARING PARTICIPATION APPEAR AT THE END OF THIS ORDER.**

| **For WebEx Video Participation/Attendance**: | https://us-courts.webex.com/meet/everett |
|---|---|
| **For WebEx Telephonic Participation/Attendance**: | Dial-In: 1-650-479-3207<br>Access Code: 2304 017 9738 |

The Debtor shall promptly mail copies of this order to the Noticed Parties. Any party in interest objecting to the relief sought at the final hearing shall serve and file written objections, which objections shall be served upon (a) counsel for Debtor – Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C., and (b) counsel to the Lenders as shown below,

> Dawn Whalen Theiss
> Assistant United States Attorney
> 1100 Commerce St., Ste. 300
> Dallas, Texas 75242
> dawn.theiss@usdoj.gov

and (c) the Office of the U.S. Trustee for Region 6 to Erin Schmidt, at erin.schmidt2@usdoj.gov, and (d) the SubChapter V Trustee, Scott Seidel, at scott@scottseidel.com (collectively, the "Core

Notice Parties"), and shall be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Texas.

15. Notwithstanding any other provisions of this Order, or any agreements approved hereby, any statutory ad valorem tax liens (collectively, the "Tax Liens") held by any taxing authority in the State of Texas (the "Taxing Authorities") for prepetition and postpetition ad valorem taxes shall not be primed nor made subordinate to any liens or superpriority administrative expense claims granted to any party hereby to the extend such Tax Liens are valid, senior, perfected, and unavoidable, and all parties' rights to object to the priority, validity, amount, and extent of the claims and liens asserted by the Taxing Authorities are fully preserved.

16. As adequate protection, the Debtor shall remit to Union Funding Source, Inc the amount of $1,000 per week beginning the week of April 8, 2024. Each of the Debtor, the SBA, and Union Funding Source, Inc ("Union Funding") reserve all facts, claims, issues, rights, remedies, and/or defenses with respect to ownership of the receivables of the Debtor as asserted in the documents attached to the pleading(s) of Union Funding and including whether Union Funding is entitled under such documents or otherwise to retain such adequate protection payments. Such amounts are authorized as part of and/or in addition to the Budget.

17. As adequate protection, the Debtor shall remit to the SBA adequate protection payments of $180.00 per month, on or before the last day of each month, commencing with the month of April, 2024. Such amounts are authorized as part of and/or in addition to the Budget.

18. **FURTHER EXTENSIONS OF AUTHORITY BY FILING AND SERVING NOTICE AND BUDGET.** With and after the entry of a final order, the Debtor may extend the authority to use cash collateral beyond the final order on the Motion by filing and serving to the parties in receipt of this Motion a notice of proposed extension of cash collateral and a proposed budget, with each budget covering no more than a five (5) week period. Any party objecting to the proposed use of cash may file an objection within fourteen (14) days from the date of the filing of the notice and the budget, and shall serve any such objection to the Core Notice Parties. Upon the filing of an objection, the Debtor shall request that an expedited hearing be set to resolve the objection.

####END OF ORDER####

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

---

**ORDER EXTENDING USE CASH COLLATERAL AND
NOTICE OF FINAL HEARING (RE: DOCKET NO. _____) — Page 5**
motion cash collateral 003 4895-2493-7464 v.5.docx[6] 4897-8096-1798, v. 1

**EXHIBIT H046 - BUDGET 13 WEEK THROUGH Jan 27 WEEK**

| High Plains Radio Network | 13-week budget. No admission of liability. | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calendar Start of Week | 11/4/2024 | 11/11/2024 | 11/18/2024 | 11/25/2024 | 12/2/2024 | 12/9/2024 | 12/16/2024 | 12/23/2024 | 12/30/2024 | 1/6/2025 | 1/13/2025 | 1/20/2025 | 1/27/2025 |
| Week: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| **Start Cash** | 3,965 | 23,965 | 15,965 | 36,609 | 3,459 | 23,459 | (4,541) | 16,103 | (16,047) | 3,953 | (24,047) | (9,547) | (30,553) |
| **Receipts** | | | | | | | | | | | | | |
| Operating income | 20,000 | 40,000 | 40,000 | 30,000 | 20,000 | 20,000 | 40,000 | 30,000 | 20,000 | 20,000 | 30,000 | 40,000 | 40,000 |
| **Total Cash Receipts** | 23,965 | 63,965 | 55,965 | 66,609 | 23,459 | 43,459 | 35,459 | 46,103 | 3,953 | 23,953 | 5,953 | 30,453 | 9,447 |
| **Operating Expenses** | | | | | | | | | | | | | |
| Payroll | 0 | (45,000) | 0 | (35,000) | 0 | (45,000) | 0 | (35,000) | 0 | (45,000) | 0 | (35,000) | 0 |
| Utilities & Leases & Ins. | 0 | 0 | 0 | (17,150) | 0 | 0 | 0 | (17,150) | 0 | 0 | 0 | (17,150) | 0 |
| Programming Related | 0 | 0 | (13,000) | 0 | 0 | 0 | (13,000) | 0 | 0 | 0 | (13,000) | 0 | 0 |
| Vertical Bridge Leases | 0 | 0 | (2,500) | (5,000) | 0 | 0 | (2,500) | (5,000) | 0 | 0 | (2,500) | (5,000) | 0 |
| Corp & Ins & Admin. | 0 | (3,000) | 0 | 0 | 0 | (3,000) | 0 | 0 | 0 | (3,000) | 0 | 0 | 0 |
| **Total OpEx** | 0 | (48,000) | (15,500) | (57,150) | 0 | (48,000) | (15,500) | (57,150) | 0 | (48,000) | (15,500) | (57,150) | 0 |
| **Prof. Fees/Admin. Expenses** | | | | | | | | | | | | | |
| WKPZ | 0 | 0 | 0 | (6,000) | 0 | 0 | 0 | (5,000) | 0 | 0 | 0 | 0 | (5,000) |
| Settlment PMTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hanmi Bank - AMUR | 0 | 0 | (1,000) | 0 | 0 | 0 | (1,000) | 0 | 0 | 0 | 0 | (1,000) | 0 |
| A.P. reserve | 0 | 0 | (1,000) | 0 | 0 | 0 | (1,000) | 0 | 0 | 0 | 0 | (1,000) | 0 |
| A.P. reserve | 0 | 0 | (540) | 0 | 0 | 0 | (540) | 0 | 0 | 0 | 0 | (540) | 0 |
| SBA | 0 | 0 | (316) | 0 | 0 | 0 | (316) | 0 | 0 | 0 | 0 | (316) | |
| SubV Trutsee | 0 | 0 | (1,000) | 0 | 0 | 0 | (1,000) | 0 | 0 | 0 | 0 | (1,000) | 0 |
| **Total Prof. Fees/Admin. Exp,** | 0 | 0 | (3,856) | (6,000) | 0 | 0 | (3,856) | (5,000) | 0 | 0 | 0 | (3,856) | (5,000) |
| **Total Disbursements** | 0 | (48,000) | (19,356) | (63,150) | 0 | (48,000) | (19,356) | (62,150) | 0 | (48,000) | (15,500) | (61,006) | (5,000) |
| **Net Cash Flow** | 23,965 | 15,965 | 36,609 | 3,459 | 23,459 | (4,541) | 16,103 | (16,047) | 3,953 | (24,047) | (9,547) | (30,553) | 4,447 |

C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[exh h046 - budget thru 20250127w 4927-2057-7286 v.2.xlsx]13 Wk Budget Updated 110424