UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § § | |
| HIGH PLAINS RADIO NETWORK, LLC, § § § | CASE NO. 24-70089 |
| DEBTOR. § § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of documents listed below were mailed to the list attached on December 13, 2024. A separate copy of the Notice of Hearing was emailed to all parties on the Court's ECF Notice list.

| Date | Dkt # | Docket Text |
|---|---|---|
| 12/12/24 | 234 | Motion to extend time to -- *Third Motion of Debtor to Extend Sec. 1189(b) Plan Deadline Filed* by Debtor High Plains Radio Network, LLC (Attachments: # (1) Proposed Order) (Carruth, Jeffery) |
| 12/12/24 | 235 | Motion to use cash collateral -- *Motion to Extend Use of Cash Collateral Filed by Debtor High Plains Radio Network, LLC* (Attachments: # (1) Proposed Order) (Carruth, Jeffery) |
| 12/13/24 | 237 | Expedited Notice of hearing (Re: Docket Nos. 234, 235) filed by Debtor High Plains Radio Network, LLC. Hearing to be held on **12/19/2024 at 09:30 AM** at https://us-courts.webex.com/meet/everett (Carruth, Jeffery) |

Dated: December 13, 2024

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN: 24001846)
    2608 Hibernia, Suite 105
    Dallas, TX 75204-2514
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC,
DEBTOR AND DEBTOR IN POSSESSION

| | |
|---|---|
| **From:** | Mary Cornell |
| **To:** | carisco@padfieldstout.com; obabcock@padfieldstout.com; phclease@msn.com; jdabera@krd.com; jdabera@ecf.courtdrive.com; ecf@krd.com; jeaster@padfieldstout.com; skaminski@kaminskilawpllc.com; Sherrel.Knighton@lgbs.com; Dora.Casiano-Perez@lgbs.com; Sean.French@lgbs.com; Eva.Parker@lgbs.com; Alexis.Hall@lgbs.com; Dallas.Bankruptcy@lgbs.com; mkye@kyelaw.com; dsullivan@kyelaw.com; jparsons@mvbalaw.com; karla.alexander@mvbalaw.com; theresa.king@mvbalaw.com; juanie.montalvo@mvbalaw.com; julie.parsons@ecf.courtdrive.com; mridulfo@krcl.com; rcoles@krcl.com; scallier@krd.com; mridulfo@ecf.courtdrive.com; scott@scottseidel.com; csms11@trustesolutions.net; susan.seidel@earthlink.net; dawn.theiss@usdoj.gov; brooke.lewis@usdoj.gov; CaseView.ECF@usdoj.gov; ustpregion06.da.ecf@usdoj.gov; david.weitman@klgates.com |
| **Cc:** | jcarruth@aol.com; jeff; Jeff Carruth |
| **Subject:** | Case No. 24-70089; In re High Plains Radio Network, LLC - Notice of Expedited Hearing |
| **Date:** | Friday, December 13, 2024 3:26:00 PM |
| **Attachments:** | txnb2470089 0237 - Expedited Notice of hearing [234 235].pdf |

Good Afternoon,

    Please see attached.

Thank you.

Mary T. Cornell
*Legal Secretary/Assistant*
Weycer, Kaplan, Pulaski & Zuber, P.C.
24 Greenway Plaza, Suite 2050
Houston, TX 77046
(713) 357-4385 (Direct)
(713) 961-9045 (Main)
(713) 961-5341 (Fax)
www.wkpz.com



## Trusted Legal Advisors Since 1976

### HOUSTON • DALLAS/FORT WORTH

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.





| | | |
|---|---|---|
| BMI<br>PO Box 630893<br>Cincinnati, OH 45263-0893 | Bryn Mawr Equipment Finance Inc.<br>801 Lancaster Avenue<br>Bryn Mawr, PA 19010-3305 | Channel Partners Capital LLC<br>Attn Legal Department<br>1111 E College Drive Suite 200<br>Marshall, MN 56258-1968 |
| City of Altus<br>509 S Main St<br>Altus, OK 73521-3135 | City of Hereford<br>PO Box 2277<br>Hereford, TX 79045-2277 | City of Plainview<br>202 W 5th<br>Plainview, TX 79072-8232 |
| City of Vernon<br>1725 Wilbarger St<br>Vernon, TX 76384-4741 | Crest Capitol<br>PO Box 88233<br>Atlanta, GA 30356-8233 | CT Corp. Sys.<br>Attn:  SPRS<br>330 N Brand Blvd<br>Glendale, CA 91203-2308 |
| Entergy Utility<br>PO Box 8105<br>Baton Rouge, LA 70891-8105 | Federal Communications Com.<br>45 L Street NE<br>Washington, DC 20554-0001 | Financial Agent Services<br>PO Box 2576<br>Springfield, IL 62708-2576 |
| First State Bank Athens<br>PO Box 471<br>Athens, TX 75751-0471 | Global Music Rights<br>1801 W Olympic Blvd<br>Pasadena, CA 91199-2280 | Hanszen LaPorte<br>14201 Memorial Dr<br>Houston, TX 77079-6731 |
| High Plains Radio Network, LLC<br>PO Box 1419<br>Vernon, TX 76385-1419 | Hitachi Capital America Corp.<br>7808 Creekridge Circle Suite 250<br>Edina, MN 55439-2647 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| Jeffery D. Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>2608 Hibernia Suite 105<br>Dallas, TX 75204-2514 | Liberty Mutual Insurance<br>175 Berkeley Street<br>Boston, MA 02116-3350 | Litefund Solutions<br>99 Wall St #2613<br>New York, NY 10005-4301 |
| Marlin Leasing Corp<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1727 | Media Facilities<br>1740 Dell Range Blvd. #418<br>Cheyenne, WY 82009-4961 | Meridian<br>367 Eagleview Blvd.<br>Exton, PA 19341-1156 |
| Meridian Equipment Finance LLC<br>9 Old Lincoln Highway<br>Malvern, PA 19355-2551 | Midland States Bank<br>1801 Park 270 Drive<br>Suite 200<br>St. Louis, MO 63146-4022 | Mitsubishi HC<br>7201 Metro Blvd. Ste 800<br>Edina, MN 55439-1333 |
| Mitsubishi HC<br>c/o Jason Sellers<br>825 Nicollet Mall, Ste 1648<br>Minneapolis, MN 55400 | Monte Spearman<br>PO Box 3649<br>Palestine, TX 75802 | New Lane Fin. B-M<br>801 Landcaster Ave<br>Bryn Mawr, PA 19010-3305 |

**CERTIFICATE OF SERVICE — Page 5**
certificate service COS [234, 235, 237] 4917-8906-6246 v.1.docx / 4917-8906-6246, v. 1

| | | |
|---|---|---|
| North Arkansas Electric<br>PO Box 1000<br>Salem, AR 72576-1000 | Optimum Telephone<br>1111 Stewart Ave.<br>Bethpage, NY 11714-3581 | Pawnee<br>3801 Automation Way #207<br>Ft Collins, CO 80525-5735 |
| SecureNet<br>101 N Federal HWY Ste 601<br>Boca Raton, FL 33432-3969 | SESAC<br>PO Box 5246<br>New York, NY 10008-5246 | Summit<br>4680 Parkway Dr #300<br>Mason, OH 45040-7979 |
| Summit Natural Gas<br>PO Box 676358<br>Dallas, TX 75267-6358 | Texas Comptroller<br>Rev Acct Div - Bankruptcy Section<br>PO Box 13528<br>Austin, TX 78711-3528 | The Fundworks<br>299 S. Main St. #1300<br>Salt Lake City, UT 84111-2241 |
| Turbo Capital<br>2308 N Market St<br>Wilmington, DE 19802-4230 | TXU Utility<br>PO Box 650638<br>Dallas, TX 75265-0638 | U.S. Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |
| United First LLC<br>2999 NE 191st St<br>Miami, FL 33180-3123 | Verizon Cell Phone<br>PO Box 660108<br>Dallas, TX 75266-0108 | Xcel Energy<br>Attn Bankruptcy Department<br>Po Box 9477<br>Minneapolis, MN 55484-0001 |