### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NOTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | |
|---|---|
| **In re:** | |
| **HIGH PLAINS RADIO NETWORK, LLC,** | **CASE NO. 24-70089-RLJ-11**<br>**CHAPTER 11** |
| **Debtor.** | |

### CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 259)

| Pleading Title | *First Fee and Expense Application of Kabat Chapman & Ozmer, LLP for Services Rendered and Reimbursement of Expenses as Debtor's Special Litigation Counsel* |
|---|---|
| **Docket No.** | 259 |
| **Date File** | February 6, 2025 |
| **Negative Notice ## Days** | 21 |
| **Objection Deadline** | February 27, 2025 |

The undersigned certifies that as of the filing of this certificate no responses, objections, and/or requests for hearing with respect to the pleading described above have been filed on the docket of this case or otherwise received by the undersigned. The deadline to object and/or request a hearing has expired upon the filing of this certificate.

Respectfully submitted this 11th day of March, 2025.

KABAT CHAPMAN & OZMER, LLP

*/s/ Aaron A. Wagner*
Aaron A. Wagner
Texas Bar No. 24037655
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (404) 700-7300
Email: awagner@kcozlaw.com
SPECIAL LITIGATION COUNSEL FOR
DEBTOR HIGH PLAINS RADIO NETWORK,
LLC