UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | CASE NO. 24-70089-swe |
| | § | (Chapter 11, SubV) |
| DEBTOR. | § | |
| | § | |

**STIPULATION AND AGREED ORDER:**

**(I)     SUPPLEMENTING ORDER GRANTING MOTION OF DEBTOR TO APPROVE RESOLUTION AGREEMENT WITH VERTICAL BRIDGE REIT, LLC AND ITS AFFILIATES (DOCKET NO. 253), AND**

**(II)    EXTENDING LEASE DETERMINATION DEADLINE AND SALE DEADLINE REGARDING VERTICAL BRIDGE REIT LLC, AND ITS AFFILIATES AND THE DEBTOR**

On January 17, 2024, the Court entered the *Order Granting Motion of Debtor to Approve Resolution Agreement with Vertical Bridge REIT, LLC and Its Affiliates* (Docket No. 253) (the "Subject Order") to approve the Resolution Agreement (as defined in the  Subject Order) and other matters between High Plains Radio Network LLC, the Debtor and Debtor in Possession (the "Debtor") and Vertical Bridge REIT LLC and its Affiliates (collectively, "Vertical Bridge").

---

**STIPULATION AND AGREED ORDER — Page 1**

30707366v1 101250.002.00

1613431114.2

The Subject Order and the Resolution Agreement extended the Code §365(d)(4) lease determination deadline as to Vertical Bridge through and until January 31, 2025.

Prior stipulations and agreed orders extended the Code §365(d)(4) deadline regarding Vertical Bridge to February 21, 2025 (Docket No. 260) and then to May 51, 2025 (Docket No. 276) and then to April 30, 2025 (Docket No. 283) and then to May 30, 2025 (Docket No. 298) and then to July 15, 2025 (Docket No. 320), and then to July 31, 2025 (Docket No. 333), and then to August 29, 2025 (Docket No. 340), and then to September 30, 2025 (Docket No. 344), and then to October 31, 2025 (Docket No. 352), and then to December 1, 2025 (Docket No. 360), and then to December 8, 2025 (Docket No. 365), and then to December 22, 2025 (Docket No. 371), and then to January 16, 2026 (Docket No. 374), and then to March 2, 2026 (Docket No. 380), and then to March 31, 2026 (Docket No. 398), and then to May 5, 2026 (Docket No. 400), and then to June 8, 2026 (Docket No. 405), and then to June 15, 2026 (Docket No. 413).

As evidenced by the signatures of counsel for their respective counsel appearing below, Vertical Bridge and the Debtor stipulate to the following.

1.    Vertical Bridge agrees and consents to the extension through and until **JUNE 22, 2026** of the following with respect to the Subject Order and/or the Resolution Agreement (collectively, the "Extensions").

a.    the Code §365(d)(4) lease determination deadline, as established in the Subject Order and the Resolution Agreement, as to the Subject Leases (as defined in the Resolution Agreement) of nonresidential real property between the Debtor and Vertical Bridge;

b.    the deadline stated in Resolution Agreement § 4.04 for the period of time for the marketing of the assets of the Debtor;

c.    the deadline stated in Resolution Agreement § 4.05 with respect to deemed rejection of the Subject Leases; and

d.    any other deadlines in the Subject Order and/or the Resolution Agreement that would apply to the sale process of the assets of the Debtor and/or the disposition of the Subject Leases;

e.    provided, however, (i) the site lease associated with KLVT in Levelland, Texas is excluded from the Extensions, (ii) the site leases associated with KVOP in Plainview, Texas are excluded from the Extensions, (iii) the site lease associated with KCMC in Mountain Home, Ark. is excluded from the Extension, and (iv) nothing herein shall extend the due date for payment of any Base Administrative Rent or Additional Administrative Rent.

2.    The effective date of the Extensions is **JUNE 15, 2026** irrespective of the entry date of the Agreed Order.

3. The Extensions are without prejudice to further extensions of the Code §365(d)(4) lease determination deadline and other deadlines in the Resolution Agreement as may be agreed in writing by Vertical Bridge and the Debtor.

4. Accordingly, Vertical Bridge and the Debtor request the entry of the Agreed Order appearing below.

**IT IS THEREFORE ORDERED THAT:**

1. The Stipulations above and the Extensions are approved by the Court as evidencing the agreement of the Debtor and Vertical Bridge.

2. The Subject Order and the Resolution Agreement are amended and/or supplemented (as applicable) by this Agreed Order and shall include the Extensions.

3. The period of time pursuant to Code §365(d)(4) by which the Debtor may assume or reject leases of nonresidential real property between the Debtor and Vertical Bridge, as contemplated in the Resolution Agreement, is hereby extended through and until **JUNE 22, 2026**.

4. The Extensions are without prejudice to further extensions of the Code §365(d)(4) lease determination deadline and other matters in the Subject Order and/or the Resolution Agreement as may be agreed in writing by Vertical Bridge and the Debtor.

5. The site leases associated with KLVT in Levelland, Texas, KVOP in Plainview, Texas, and KCMC in Mountain Home, Arkansas are excluded from the Extensions.


###END OF ORDER###


*{continued on following sheet}*

---

**STIPULATION AND AGREED ORDER — Page 3**

**AGREED:**

CONDON TOBIN SLADEK
SPARKS NERENBERG, PLLC

By:   */s/ Jeff Carruth*
     JEFF CARRUTH (TX SBN: 24001846)
     8080 Park Lane, Suite 700
     Dallas, Texas 75231
     Telephone: (214) 265-3834
     Fax: (214) 691-6311
     E-mail:  jcarruth@condontobin.com


ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC
DEBTOR AND DEBTOR IN POSSESSION


K&L Gates LLP

By:   */s/ Brandy Sargent\**
     David Weitman
     Texas State Bar No. 21116200
     Brandy Sargent
     (Admitted Pro Hac Vice)
     K&L Gates LLP
     1717 Main Street, Suite 2800
     Dallas, Texas 75201
     T: (214) 939-5500
     F: (214) 939-5849
     david.weitman@klgates.com
     brandy.sargent@klgates.com

COUNSEL FOR VERTICAL BRIDGE REIT, LLC

* *Signature by permission by /s/ Jeff Carruth*

---

**STIPULATION AND AGREED ORDER — Page 4**

1613431114.2

30707366v1 101250.002.00