United States Bankruptcy Court

Northern District of Texas

In re:
High Plains Radio Network, LLC
Debtor

Case No. 24-70089-swe
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-7 User: admin 
Date Rcvd: Oct 29, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brandy A. Sargent, K&L Gates, LLP, One SW Columbia St., Ste 1900, Portland, OR 97204-4041 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Wagner | on behalf of Debtor High Plains Radio Network LLC awagner@wlwlaw.com, wthor@kcozlaw.com;ccharrier@kcozlaw.com;dbutler@kcozlaw.com;mflores@kcozlaw.com |
| Asher Matiah Bublick | on behalf of U.S. Trustee United States Trustee asher.bublick@usdoj.gov |
| Brandy Sargent | on behalf of Creditor Vertical Bridge REIT LLC brandy.sargent@klgates.com |
| Broocks Wilson | on behalf of Interested Party United First LLC mack@wilson-pllc.com |
| Broocks Wilson | on behalf of Interested Party Union Funding Source Inc. mack@wilson-pllc.com |
| Christopher V. Arisco | |

| | |
|---|---|
| | on behalf of Creditor Midland States Bank d/b/a Midland Equipment Finance carisco@padfieldstout.com |
| David Weitman | on behalf of Creditor Vertical Bridge REIT LLC david.weitman@klgates.com |
| David G. Adams | on behalf of Creditor Small Business Administration david.g.adams@usdoj.gov southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| Dawn Whalen Theiss | on behalf of Creditor Small Business Administration dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| Frank Jennings Wright | on behalf of Interested Party Dan C. Guthrie Jr. frank@fjwright.law, imelda@fjwright.law;jeff@fjwright.law;bethany@fjwright.law |
| JaKayla DaBera | on behalf of Creditor BankFinancial N.A. jdabera@krcl.com, jdabera@ecf.courtdrive.com;ecf@krcl.com;srhea@kcrl.com |
| Jeffery D. Carruth | on behalf of Debtor High Plains Radio Network LLC jcarruth@condontobin.com, jsteele@condontobin.com;jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com;jcarruth@ecf.courtdrive.com |
| John Easter | on behalf of Creditor Pawnee Leasing Corporation jeaster@padfieldstout.com |
| John Easter | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment jeaster@padfieldstout.com |
| Julie Anne Parsons | on behalf of Creditor The County of Stephens Texas Austin.Bankruptcy@lgbs.com |
| Julie Anne Parsons | on behalf of Creditor The County of Henderson Texas Austin.Bankruptcy@lgbs.com |
| Kelsey Linendoll, I | on behalf of Creditor Midland States Bank d/b/a Midland Equipment Finance klinendoll@padfieldstout.com |
| Matthew F. Kye | on behalf of Creditor Amur Equipment Finance Inc. mkye@kyelaw.com, dsullivan@kyelaw.com |
| Michael P. Ridulfo | on behalf of Creditor BankFinancial N.A. mridulfo@krcl.com, rcoles@krcl.com,ntall@krcl.com;mridulfo@ecf.courtdrive.com |
| Owen Colin Babcock | on behalf of Creditor Balboa Capital Corporation obabcock@padfieldstout.com |
| Paul H. Cross | on behalf of Creditor Hanmi Bank phclease@msn.com |
| Scott M. Seidel | on behalf of Trustee Scott M. Seidel -SBRA V scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel -SBRA V | scott@scottseidel.com csms11@trustesolutions.net;susan.seidel@earthlink.net |
| Shanna M. Kaminski | on behalf of Interested Party Union Funding Source Inc. skaminski@kaminskilawpllc.com |
| Shanna M. Kaminski | on behalf of Interested Party United First LLC skaminski@kaminskilawpllc.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Sherrel K. Knighton | on behalf of Creditor Malakoff ISD sherrel.knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 28

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 29, 2026**

**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGH PLAINS RADIO NETWORK, LLC, | § | CASE NO. 24-70089-swe |
| | § | (Chapter 11, SubV) |
| DEBTOR. | § | |
| | § | |

**AGREED ORDER:**

**(I) SUPPLEMENTING ORDER GRANTING MOTION OF DEBTOR TO APPROVE RESOLUTION AGREEMENT WITH VERTICAL BRIDGE REIT, LLC AND ITS AFFILIATES (DOCKET NO. 253);**

**(II) SUPPLEMENTING ORDER AUTHORIZING (I) SALE(S) OF CERTAIN RADIO STATION ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS AND (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE(S) RE: BLACKSUN PRIVATE EQUITY INC. (RE: DOCKET NO. 316); AND**

**(III) MOTION OF DEBTOR TO APPROVE AGREED ORDER TO RESOLVE VERTICAL BRIDGE LEASE CURE (RE: DOCKET NO. 480)**

On January 17, 2025, the Court entered the *Order Granting Motion of Debtor to Approve Resolution Agreement with Vertical Bridge REIT, LLC and Its Affiliates* (Docket No. 253) (the "Resolution Order") to approve the Resolution Agreement (as defined in the Resolution Order)

and other matters between High Plains Radio Network LLC, the Debtor and Debtor in Possession ("HPRN" or the "Debtor") and Vertical Bridge REIT LLC and its Affiliates (collectively, "Vertical Bridge"),

On May 20, 2025, the Court entered *Order Authorizing (I) Sale(s) of Certain Radio Station Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests and (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases in Connection with the Sale(s) re: Blacksun Private Equity Inc.* (Docket No. 316) (the "B-1 Sale Order") to approve a sale of certain stations to Blacksun Private Equity, Inc. (the "B-1 Sale")

On or about October 27, 2026, the Debtor filed a motion (Docket No. 480) (the "Motion to Resolve Rent Cure") seeking approval of this Agreed Order.

The Resolution Agreement requires the payment of Base Administrative Rent (as defined therein) from HPRN to Vertical Bridge in the amount of $5,000 per month through and until the assignment of the Vertical Bridge leases.

HPRN did not make the monthly Base Administrative Rent obligations set forth in the table below, and Vertical Bridge refrained from enforcing its remedies under the Resolution Agreement provided that the missing amounts plus $1,000 per month be paid at the first closing of asset sales by the Debtor, to which terms the Debtor has agreed, and which amount through November 1, 2026 totals $60,000 (the "Rent Cure")

| Period | Rent | Penalty |
|---|---|---|
| 2026-01 | 5,000 | 1,000 |
| 2026-03 | 5,000 | 1,000 |
| 2026-04 | 5,000 | 1,000 |
| 2026-05 | 5,000 | 1,000 |
| 2026-06 | 5,000 | 1,000 |
| 2026-07 | 5,000 | 1,000 |
| 2026-08 | 5,000 | 1,000 |
| 2026-09 | 5,000 | 1,000 |
| 2026-10 | 5,000 | 1,000 |
| 2026-11* | 5,000 | 1,000 |
| 2026-12* | 5,000 | 1,000 |
| **TOTAL** | | **66,000** |
| | | |
| * If necessary. | | |

The Resolution Agreement and the B-1 Sale Order permit the parties to implement and make non-material changes to the Resolution Agreement and the Asset Purchase Agreement attached to the B-1 Sale Order.

In an abundance of caution, HPRN and the Debtor seek Court approval of the Rent Cure.

The Court finds that sufficient notice of the Motion to Resolve Rent Cure has occurred.

Accordingly, in light of the agreement of HPRN and Veridical Bridge on the aforementioned matters, as evidenced by the signatures of counsel for their respective counsel appearing below, the Court is of the opinion that the following Agreed Order should be entered..

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Resolve Rent Cure is granted.

2. The Debtor is authorized to pay the Rent Cure to Vertical Bridge at and with the closing of the B-1 Sale, and if requested by Vertical Bridge, to have such funds paid directly from Blacksun to Vertical Bridge.

3. The Resolution Order, the Resolution Agreement, the B-1 Sale Order, and the Purchase Sale Agreement attached to the B-1 Sale Order each is amended and/or supplemented accordingly.

###END OF ORDER###

***{continued on following sheet}***

**AGREED:**

CONDON TOBIN SLADEK
SPARKS NERENBERG, PLLC

By: *   /s/ Jeff Carruth*
JEFF CARRUTH (TX SBN: 24001846)
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3834
Fax: (214) 691-6311
E-mail: jcarruth@condontobin.com

ATTORNEYS FOR
HIGH PLAINS RADIO NETWORK, LLC
DEBTOR AND DEBTOR IN POSSESSION

K&L Gates LLP

By: *   /s/ Brandy Sargent**
David Weitman
Texas State Bar No. 21116200
Brandy Sargent
(Admitted Pro Hac Vice)
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
T: (214) 939-5500
F: (214) 939-5849
david.weitman@klgates.com
brandy.sargent@klgates.com

COUNSEL FOR VERTICAL BRIDGE REIT, LLC

** Signature by permission by /s/ Jeff Carruth*